# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

ASFA KASSAM, individually and behalf of all others similarly situated,

    Plaintiff,

    v.

FLUX POWER HOLDINGS, INC., RONALD F. DUTT, and CHARLES A. SCHEIWE,

    Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO.  2:24-cv-02051-CDS-BNW

**DECLARATION OF KEVIN S. ROYAL IN SUPPORT OF DEFENDANT FLUX POWER HOLDINGS, INC. AND RONALD F. DUTT'S UNOPPOSED MOTION TO TRANSFER PLAINTIFF'S CLASS ACTION COMPLAINT**

I, Kevin S. Royal, declare as follows:

1.    I am the Chief Financial Officer of Flux Power Holdings, Inc. ("Flux"). I make each of the following statements based on my personal knowledge. If necessary, I could and would testify competently to the truth of each of them.

2.    Flux is incorporated in the State of Nevada.

3.    Flux has its principal place of business at its corporate headquarters in Vista, California. The corporate headquarters is where corporate decision-making occurs and where the executive management team—including Flux's Chief Executive Officer (Mr. Dutt) and myself—regularly work. Flux's corporate disclosures and SEC filings are drafted, approved, and issued from its Vista, California headquarters. Financial and operational results are also calculated at the California headquarters. Flux's business records and documents relating to these matters are either physically located or electronically stored at Flux's headquarters.

4.    Flux has approximately 130 employees, most of whom are based in Southern California.

5.    Flux does not have any offices in Nevada. On information and belief, no current member of Flux's executive management team resides in Nevada.

6.    On information and belief, all current members of Flux's executive management team live nearby the corporate headquarters in Southern California, including Flux's CEO Ronald F. Dutt.

7.    On information and belief, Flux's former CFO Charles A. Scheiwe also resides in Southern California. Mr. Scheiwe served as Flux's CFO until March 1, 2024.

8.    On information and belief, the Plaintiff in the above-captioned securities class action does not live in Nevada. Although Plaintiff's address is redacted from the publicly filed version of her Certification and Authorization form, *see* ECF No. 1-5, the Civil Cover Sheet lists Ms. Kassam's county of residence as King County, *see* ECF No. 1-1 at 1, and there is no King County in the State of Nevada.

DECL. ISO MOTION TO TRANSFER                    2                    CASE NO. 2:24-cv-02051-CDS-BNW

9.    I am not aware of any potential witnesses relevant to this litigation who reside in Nevada.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.  Executed in New York County, New York on this 23rd day of December 2024.

DocuSigned by:

*Kevin Royal*

E94DA233A1CE423...

Kevin Royal
Chief Financial Officer
Flux Power Holdings, Inc.

DECL. ISO MOTION TO TRANSFER                3        CASE NO. 2:24-cv-02051-CDS-BNW