ANDREW R. MUEHLBAUER, ESQ.
Nevada Bar No. 10161
**MUEHLBAUER LAW OFFICE, LTD.**
7915 West Sahara Avenue, Suite 104
Las Vegas, Nevada 89117
Telephone: 702.330.4505
Facsimile: 702.825.0141
Email: andrew@mlolegal.com

**POMERANTZ LLP**
Jeremy A. Lieberman
(*pro hac vice* application forthcoming)
J. Alexander Hood II
(*pro hac vice* application forthcoming)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: 212-661-1100
Facsimile:  917-463-1044
jalieberman@pomlaw.com
ahood@pomlaw.com

*Counsel for Roger Jones*

*[Additional Counsel on Signature Page]*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ASFA KASSAM, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FLUX POWER HOLDINGS, INC., RONALD F. DUTT, and CHARLES A. SCHEIWE,<br><br>Defendants. | No.: 2:24-cv-02051-CDS-BNW<br><br>**NOTICE OF NON-OPPOSITION OF ROGER JONES TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL** |

NOTICE OF NON-OPPOSITION

TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD

On December 31, 2024, Roger Jones ("Jones"), by and through his counsel, filed a motion pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for an order: (i) appointing Jones as Lead Plaintiff on behalf of a class (the "Class") consisting of persons or entities who purchased or otherwise acquired publicly traded Flux Power Holdings, Inc. securities between November 11, 2022 and September 30, 2024, inclusive; and (ii) approving Jones's selection of Pomerantz LLP as Lead Counsel and Muehlbauer Law Office, Ltd. as Liaison Counsel for the Class.  Dkt. No. 14.

Having reviewed the competing motions before the Court, it appears that Jones does not have the "largest financial interest" in this litigation within the meaning of the PSLRA.  This notice of non-opposition shall have no impact on Jones's membership in the proposed Class or his right to share in any recovery obtained for the benefit of Class members.

Dated:  January 13 2025                    Respectfully submitted,

**MUEHLBAUER LAW OFFICE, LTD.**

*/s/ Andrew R. Muehlbauer*
Andrew R. Muehlbauer
7915 West Sahara Ave., Suite 104
Las Vegas, Nevada 89117
Telephone: 702-330-4505
Facsimile: 702-825-0141
andrew@mlolegal.com

**POMERANTZ LLP**
Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: 212-661-1100
Facsimile: 917-463-1044
jalieberman@pomlaw.com

NOTICE OF NON-OPPOSITION

1

ahood@pomlaw.com

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
peretz@bgandg.com

*Counsel for Roger Jones*

NOTICE OF NON-OPPOSITION

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2025, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Andrew R. Muehlbauer
Andrew R. Muehlbauer