**BRAGAR EAGEL & SQUIRE, P.C.**
Melissa A. Fortunato (SBN 319767)
  fortunato@bespc.com
Marion C. Passmore (SBN 228474)
  passmore@bespc.com
515 South Flower Street, Suite 1800
Los Angeles, California  90071
Telephone:  (213) 612-7735
Facsimile:   (212) 214-0506

*Counsel for Lead Plaintiff Movant Thomas Frank Clark
and Proposed Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASFA KASSAM, Individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>        v.<br><br>FLUX POWER HOLDINGS, INC., RONALD F. DUTT, and CHARLES A. SCHEIWE,<br><br>                    Defendants. | Case No. 3:25-cv-00113-JO-DDL<br><br>CLASS ACTION<br><br>**REPLY MEMORANDUM OF LAW IN OPPOSITION TO COMPETING LEAD PLAINTIFF MOTION AND IN FURTHER SUPPORT OF THOMAS FRANK CLARK'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL** |

REPLY MEMORANDUM OF LAW IN OPPOSITION TO COMPETING LEAD PLAINTIFF MOTION AND IN FURTHER SUPPORT OF THOMAS FRANK CLARK'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL

No. 3:25-cv-00113-JO-DDL

**ARGUMENT**

Movant Thomas Frank Clark ("Clark" or "Movant") respectfully submits this reply memorandum of law in further support of his motion for appointment as lead plaintiff and approval of his selection of counsel for the proposed Class.[1]  There are only two remaining motions for appointment as lead plaintiff and approval of lead counsel pursuant to the PSLRA that remain before the Court.[2]  Clark is the only one of the two that timely filed his certification to be lead plaintiff and timely responded to the competing motions.  As such, he is the only adequate plaintiff and should be appointed lead plaintiff, and his selection of counsel approved.

Clark made the requisite *prima facie* showing of Rule 23 adequacy and typicality.  As detailed in his opening motion, Clark has no conflicts with the proposed Class, understands the role of a lead plaintiff, is dedicated to the vigorous prosecution of this Action, and has selected qualified counsel.  The only competing movant, Paulson, may claim a larger loss, but he failed to make the requisite showing of adequacy by the statutory deadline or thereafter.

First, Paulson did not timely file a PSLRA certification in support of his December 31, 2024 motion, and only after Clark raised the missing certification as an issue, did Paulson file an errata to his original motion claiming the absence of the certification was an inadvertent clerical error.  Second, Paulson filed the errata sheet and a memorandum of law in opposition to Clark's motion late.  Oppositions to the

---

[1]  All capitalized terms not otherwise defined herein shall have the same meaning as set forth in Movant's opening memorandum (ECF No. 13).  Unless otherwise stated, all emphasis is added, and all internal citations, quotations, and alterations are omitted.

[2]  On January 13, 2025, the third movant filed a notice of non-opposition to the competing motions.  ECF No. 15.

REPLY MEMORANDUM OF LAW IN OPPOSITION TO COMPETING LEAD PLAINTIFF MOTION AND IN FURTHER SUPPORT OF THOMAS FRANK CLARK'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL

No. 3:25-cv-00113-JO-DDL

parties' respective motions were due on January 14, 2025,[3] but his opposition and errata were not filed until January 15, 2025. Paulson's late attempt to cure his omission (after being apprised that there was no certification filed and after opposition was due) should not be allowed to cure these deficiencies. *See Tomaszewski v. Trevena, Inc.*, 383 F. Supp. 3d 409, 414-415 (E.D. Pa. 2019) (appointing a group the second largest financial loss, finding that the errors in the other movant's sworn statements "amount to a substantial degree of carelessness and raise doubt as to whether he will fairly and adequately represent the best interest of the class.").

Although Paulson offers an explanation for the late certification – an inadvertent clerical error – he fails to state when he discovered the error, and why it was not corrected sooner. Instead, Paulson filed the errata only after Clark filed his opposition. In addition, Paulson offers nothing to support his having failed to file his opposition to Clark's competing motions by January 14, 2025, the date required by the Court's rules.

In the end, Paulson has not established his adequacy to serve as lead plaintiff in this Action. Movant Clark filed his certification and opposition on time and has demonstrated his adequacy to serve. As such, Clark respectfully requests that his motion for appointment as lead plaintiff be granted.[4]

---

[3] Under the Local Rules of the District of Nevada 13.3, the failure of an opposing party to serve and file a written opposition "may be construed as an admission that the motion is meritorious and a consent to granting the same."

[4] Movant recognizes that in the intervening period, the United States District Court for the District of Nevada granted the unopposed motion to transfer this Action to this Court. The Southern District of California has different rules regarding motion reply dates, but as the original motions were filed in the District of Nevada and accordance with Local Rule 13.3 of the District of Nevada, Movant is filing this reply within

REPLY MEMORANDUM OF LAW IN OPPOSITION TO COMPETING LEAD PLAINTIFF MOTION AND IN FURTHER SUPPORT OF THOMAS FRANK CLARK'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL

No. 3:25-cv-00113-JO-DDL

## CONCLUSION

For the foregoing reasons and those given in his opening motion and opposition, Clark respectfully requests that this Court: (1) appoint Clark as Lead Plaintiff for the Class in the Action; (2) approve BES as Lead Counsel for the Class; and (3) grant such other and further relief as the Court may deem just and proper.

January 21, 2025

Respectfully submitted,

By: */s/ Melissa A. Fortunato*
**BRAGAR EAGEL & SQUIRE, P.C.**
Melissa A. Fortunato (SBN 319767)
  fortunato@bespc.com
Marion C. Passmore (SBN 228474)
  passmore@bespc.com
515 South Flower Street, Suite 1800
Los Angeles, California  90071
Telephone:  (213) 612-7735
Facsimile:   (212) 214-0506

*Counsel for Lead Plaintiff Movant Thomas Frank Clark and Proposed Lead Counsel for the Class*

seven days of the date that opposition was due, even if the ultimate appointment issue will be resolved by the transferee court.

REPLY MEMORANDUM OF LAW IN OPPOSITION TO COMPETING LEAD PLAINTIFF MOTION AND IN FURTHER SUPPORT OF THOMAS FRANK CLARK'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL

No. 3:25-cv-00113-JO-DDL

- 3 -