CAZ HASHEMI, State Bar 210239
chashemi@wsgr.com
BENJAMIN M. CROSSON, State Bar 247560
bcrosson@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA  94304-1050
Telephone:   (650) 493-9300
Facsimile:   (866) 974-7329

JESSICA L. SNORGRASS, State Bar No. 259962
jsnorgrass@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1900 Avenue of the Stars, 28th Floor
Los Angeles, CA 90067
Telephone: (424) 446-6900

*Attorneys for Defendants*
*Flux Power Holdings, Inc. and Ronald F.*
*Dutt*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASFA KASSAM, Individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>        v.<br><br>FLUX POWER HOLDINGS, INC., RONALD F. DUTT, and CHARLES A. SCHEIWE,<br><br>                Defendants. | Case No. 3:25-cv-00113-JO-DDL<br><br>**NOTICE OF RELATED CASE** |

NOTICE OF RELATED CASE                                                                                3:25-CV-00113-JO-DDL

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, Pursuant to Local Civil Rule 40.1(f) of the United States District Court for the Southern District of California Defendants Flux Power Holdings, Inc. ("Flux Power") and Ronald F. Dutt, by and through their undersigned counsel, in the above-captioned matter, *Kassam, et al., v. Flux Power Holdings, Inc., et al.*, No. 3:25-cv-00113-JO-DDL (filed November 1, 2024) (the "Securities Class Action"), hereby notify the Clerk of the Court, and all parties and their counsel of record of the following related action as defined in Local Civil Rule 40.1:

- *Pearl v. Flux Power Holdings, Inc. et al.*, No. 3:25-cv-00373-W-JLB (filed January 7, 2025) (the "Derivative Action").

This first-filed Securities Class Action is a putative class action alleging federal claims against Flux Power and certain of Flux Power's current and former officers for violations of Section 10(b) of the Exchange Act and Rule 10b-5 promulgated thereunder, as well as Section 20(a) of the Exchange Act. The Derivative Action is an action brought against certain of Flux Power's current and former directors and officers alleging breach of fiduciary duties, unjust enrichment, aiding and abetting, and insider trading. It was recently transferred to this district and is currently pending before the Honorable Thomas J. Whelan.

The Securities Class Action and the Derivative Action are related because they: (i) arise from substantially identical transactions, happenings, or events; and (ii) involve many of the same parties. The complaints in the Securities Class Action and the Derivative Action similarly allege that the defendants made false and misleading statements in Flux Power's public filings and that the purportedly misleading statements involved Flux Power's internal controls over financial reporting. Two of the same current and/or former officers are named as defendants in both actions. Although the actions assert different legal claims, the claims and

alleged damages in the Derivative Action are premised, in part, on the Securities Class Action and depend on its outcome.

Given the substantially similar factual and legal issues, assigning the cases to different judges will likely result in an unduly burdensome duplication of labor and expense and/or potentially conflicting results. Relation of the cases and assignment of the Derivative Action to this Court will conserve both party and judicial resources. For this reason, a notice of related case has been filed concurrently in the Derivative Action seeking to relate that action to the Securities Class Action. Defendants now respectfully file this Notice of Related Action to bring the Derivative Action to the Court's attention.

Dated: March 3, 2025

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: s/ *Benjamin M. Crosson*
Benjamin M. Crosson
E-mail: bcrosson@wsgr.com

*Attorney for Defendants*
*Flux Power Holdings, Inc. and Ronald F. Dutt*