Laurence M. Rosen (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226 4684
Email: lrosen@rosenlegal.com

*Lead Counsel for Plaintiffs and the Class*

[*additional counsel on signature page*]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASFA KASSAM, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FLUX POWER HOLDINGS, INC., RONALD F. DUTT, and CHARLES A. SCHEIWE,<br><br>Defendants. | Case No. 3:25-cv-113-JO-DDL<br><br>**AMENDED COMPLAINT**<br><br><u>CLASS ACTION</u><br><br>JURY TRIAL DEMANDED |

Lead Plaintiff Brandon Paulson and named Plaintiff Thomas Frank Clark (collectively, "Plaintiffs"), individually and on behalf of all other persons similarly situated, by Plaintiffs' undersigned attorneys, allege in this amended class action complaint the following based upon personal knowledge as to their own acts, and upon facts obtained through an investigation conducted by their counsel, which included, *inter alia*: review and analysis of public statements, public documents, public filings, conference calls, announcements, and wire and press releases published by and regarding Flux Power Holdings, Inc. ("Flux Power" or the "Company"), United States Securities and Exchange Commission ("SEC") filings, media and analyst reports and advisories about the Company, interviews with former Flux Power employees, and information readily obtainable on the Internet. Plaintiffs believe that substantial evidentiary support will exist for the allegations set forth herein after a reasonable opportunity for discovery. Most of the facts supporting the allegations contained herein are known only to Defendants (defined below) or are exclusively within their control.

## NATURE OF THE ACTION

1. Plaintiffs bring this action as a federal securities class action pursuant to Federal Rule of Civil Procedure 23(a) and (b)(3), on behalf of a Class defined as all persons or entities who purchased publicly traded Flux Power common stock between November 15, 2021 and February 14, 2025, both dates inclusive ("Class Period").[1] Plaintiffs bring claims individually and on behalf of the Class pursuant to Section 10(b) and 20(a) of the Securities Exchange Act of 1934 ("Exchange Act").

2. Flux Power sells lithium-ion battery packs, primarily to forklift equipment manufacturers. From November 2021 through March 2024, Flux Power issued false financial statements, materially overstating its inventory, gross profit, and total assets and understating its

---

[1] Excluded from the Class are: (a) persons who suffered no compensable losses; and (b) Defendants; the present and former officers, directors, or control persons of the Company at all relevant times; members of their immediate families and their legal representatives, heirs, successors, predecessors, or assigns; present and former parents, subsidiaries, assigns, successors, and predecessors of Flux Power; and any entity in which any of the persons excluded under this subsection (b) has or had a controlling or majority ownership interest at any time.

cost of sales and net loss. The false financial statements stemmed primarily from the Company's failure to properly account for a glut of excess and obsolete inventory that the Company had accrued. These errors and false statements were caused by multiple material weaknesses in the Company's internal control over financial reporting, which Defendants also failed to disclose, including a lack of accounting personnel with relevant expertise.

3. As a result of these false financial statements, Flux Power had to undertake an expensive investigation and issue restatements for each of its previously filed quarterly and annual financial statements for the nearly three-year period. When the restatement was first announced in September 2024, with an estimated impact of $1.7 million in overstated inventory over the prior seven quarters, the price of Flux Power's common stock fell as investors learned the true (and materially worse) financial condition of the Company. However, the initial restatement announcement was not the only consequence of Defendants' false and misleading statements, and it did not reveal the full impact of the restatement that was finally issued in January 2025.

4. A few weeks after the restatement was first announced, Flux Power revealed it would need more time to complete the restatement and would be delayed in filing its annual report for the fiscal year ended June 30, 2024 ("FY2024"), causing the Company's stock price to fall again. In November 2024, Flux Power provided an update on its restatement process, revealing that estimated adjustments from the restatement totaled $4.9 million, nearly ***three times as large as originally estimated***. This news caused the Company's stock price to fall even further.

5. The restatement announcement and subsequent updates revealing the even larger magnitude of the restatement was followed by a parade of suspiciously-timed executive departures, as the Company completely overhauled its senior leadership in the wake of the investigation into and restatement of its prior financial statements. Less than one week after dramatically increasing its estimate of the magnitude of the restatement, Flux Power announced that Defendant Dutt, the Company's CEO and Chairman, would be stepping down. This abrupt

announcement came after the Company had already replaced Defendant Scheiwe, its CFO, just months earlier, and while it was investigating substantial and pervasive errors in its financial statements dating back years. The timing of Dutt's and Scheiwe's departures from the Company suggest that they were forced out in light of the rampant accounting errors and false statements, amidst the comprehensive investigation and restatement process. On news of Dutt's departure, the Company's stock price fell by over 13%.

6. In January 2025, Flux Power announced on successive days that it was replacing its Chief Revenue Officer too, and that its outside auditor, Baker Tilly US LLP ("Baker Tilly") was ending its engagement with the Company, with a much smaller auditor replacing it. On this news, the Company's stock price fell by another 13.6%.

7. Finally, in late January 2025, Flux Power issued its full restatement, which spanned not just the fiscal year ended June 30, 2023 ("FY2023") and the first three quarters of FY2024 (and each quarterly and annual financial statement issued for those periods) as previously disclosed, but also the entire fiscal year ended June 30, 2022 ("FY2022") and each of the quarterly and annual financial statements issued for that time period. The Company also revealed additional material errors and accounting violations and admitted to additional material weaknesses in its financial reporting. The Company conceded that "***[t]he impact of applying corrections for these errors is material***."

8. The restated financials, which ultimately covered four additional quarters of financial statements preceding the seven quarters of financial statements that Flux Power already told investors not to rely upon, revealed an overstatement of Flux Power's gross profits by over 30% and an understatement of net loss by over 5.2% in FY2022, an overstatement of gross profits by over 7.6% and an understatement of net loss by nearly 13% in FY2023, and an overstatement of gross profits by over 5.3% and an understatement of net loss by over 8.5% for the first nine months of FY2024. The cumulative result, as revealed by the restatements, showed that Defendants had overstated Flux Power's gross profits by over 10% and understated its net loss by just shy of 8% over the nearly three-year span of restated financials. In sum, Defendants

materially misstated Flux Power's financial condition and operational results, and concealed material weaknesses in its internal controls, dating back to November 2021.

9. In February 2025, Flux Power further revealed that it "anticipates reporting a significant increase in administrative expenses relating to the restatement process," which it estimated at "approximately $1,000,000 and $500,000 for the three and six months ended December 31, 2024, respectively." On this news, the Company's stock price fell by another 11.0%. In March 2025, Flux Power revealed that its "selling and administrative expenses" for the quarter ended December 31, 2024 increased by $1.4 million (30%) year-over-year, and by $1.8 million (19%) year-over-year for the six-month period, attributable in significant part to "professional fees associated with the multi-year restatement of previously filed financial statements." Those year-over-year increases represented approximately 8.3% of the Company's total revenues and 73.8% of its net loss for the quarter, and 5.4% of its revenues and 50.1% of its net loss for the six-month period. The restatement was not only embarrassing for the Company, it was expensive, particularly for a Company that still had relatively small revenues and negative earnings.

10. The false financial statements issued by Flux Power were not simply a benign misapplication of esoteric accounting principles. They resulted from longstanding issues with excess and obsolete inventory and accounting deficiencies that were known to or recklessly disregarded by Defendants. The excess and obsolete inventory resulted from the Company switching its battery supplier and revising its battery designs, and from overbuying batteries during the Covid-19 pandemic. The Company's top executives, including Dutt and Scheiwe, participated in daily meetings where these issues were discussed.

11. Scheiwe was also responsible for hiring and overseeing the inadequately-staffed accounting department and signing off on the Company's financial statements. Problems with the Company's internal control over financial reporting were also discussed with Defendants during the daily meetings. Baker Tilly had originally brought these internal control issues to Defendants' attention in the first place before it stepped down as the Company's outside auditor.

12. In sum, Flux Power mismanaged its inventory and issued materially false financial statements because for three years it failed to properly account for its excess and obsolete inventory, among other things, due to several undisclosed material weaknesses in its internal control over financial reporting. When the truth came to light, the Company had to undertake an expensive restatement to revise eleven consecutive quarters of financial statements. In the wake of this accounting debacle, the Company's outside auditor jumped ship and the Company replaced most of its senior leadership, including its CEO and CFO, Defendants Dutt and Scheiwe.

13. As the truth about Flux Power's financial condition and operations over the prior three years finally came out through a series of disclosures, the Company's stock price declined substantially, losing over half its value and harming investors.

**JURISDICTION AND VENUE**

14. The claims asserted herein arise under and pursuant to Sections 10(b) and 20(a) of the Exchange Act (15 U.S.C. §§ 78j(b) and 78t(a)) and Rule 10b-5 promulgated thereunder by the SEC (17 C.F.R. § 240.10b-5).

15. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1331, and Section 27 of the Exchange Act (15 U.S.C. §78aa).

16. This Court has jurisdiction over each defendant named herein because each defendant has sufficient minimum contacts with this District so as to render the exercise of jurisdiction by this Court permissible under traditional notions of fair play and substantial justice.

17. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b) and Section 27 of the Exchange Act (15 U.S.C. § 78aa(c)) because the alleged false and misleading public filings and statements were made in or issued from this District and the Company's headquarters are located in this District.

18. In connection with the acts, transactions, and conduct alleged in this complaint, Defendants (defined below) directly or indirectly used the means and instrumentalities of

interstate commerce, including but not limited to, the United States mail, interstate telephone communications, the Internet, and the facilities of the national securities exchange.

**PARTIES**

19. Lead Plaintiff Brandon Paulson, as set forth in his certification attached hereto as Exhibit 1, purchased the Company's common stock at artificially inflated prices during the Class Period and was damaged thereby.[2]

20. Named Plaintiff Thomas Frank Clark, as set forth in his certification on file with the Court (Dkt. No. 13-3) and incorporated by reference herein, purchased the Company's common stock at artificially inflated prices during the Class Period and was damaged thereby.

21. Flux Power is incorporated in Nevada and its principal executive offices are located at 2685 S. Melrose Drive, Vista, California 24011. The Company's common stock trades on the NASDAQ exchange under the ticker symbol "FLUX." Flux Power had roughly 120-130 employees throughout the Class Period, located at the Company's manufacturing facility and headquarters in Vista, CA, and its support center in Atlanta, GA.

22. Defendant Ronald F. Dutt served as the Company's Chief Executive Officer ("CEO"), Chairman, and President at all relevant times during the Class Period. Dutt provided Chief Financial Officer ("CFO") and Chief Operating Officer ("COO") consulting services for the Company from 2008 through 2012, providing financial consulting services, strategic business modeling services, and managing operations. Dutt served as the Company's CFO since December 7, 2012, and its interim CEO and interim corporate secretary since June 28, 2013. Dutt became the Company's CEO and a director on March 19, 2014. On September 19, 2017, Dutt was appointed as the Company's President, Chief Financial Officer ("CFO"), and corporate secretary. He resigned as CFO and corporate secretary as of December 16, 2018, but continued in his roles as the Company's CEO and President. Dutt became the Company's Chairman on

---

[2] Mr. Paulson's corrected certification was previously filed on January 15, 2025, the same day this Action was transferred from the District of Nevada. *Kassam v. Flux Power Holdings, Inc.*, No. 2:24-cv-2051-CDS-BNW (D. Nev.) (Dkt. No. 18). It appears that this filing was not transferred onto this Court's docket, so the document is attached here for ease of reference.

June 28, 2019. On November 20, 2024, Dutt purportedly notified the Company's board of directors (the "Board") of his intent to "retire" from his positions. On March 10, 2025, Dutt resigned from his positions as director, Chairman of the Board, CEO, and President of the Company, effective immediately.

23. Defendant Charles Scheiwe served as the Company's CFO from December 17, 2018 to March 1, 2024. Scheiwe served as the Company's Controller since July 9, 2018. He was appointed as the Company's CFO and corporate secretary on December 17, 2018. On February 23, 2024, Flux Power announced that it was replacing Scheiwe as CFO and corporate secretary, hiring Kevin Royal as Scheiwe's replacement.

24. Defendants Dutt and Scheiwe are collectively referred to herein as the "Individual Defendants."

25. Each of the Individual Defendants:

(a) directly participated in the management of the Company;

(b) was directly involved in the day-to-day operations of the Company at the highest levels;

(c) was privy to confidential proprietary information concerning the Company and its business and operations;

(d) was directly or indirectly involved in drafting, producing, reviewing and/or disseminating the false and misleading statements and information alleged herein;

(e) was directly or indirectly involved in the oversight or implementation of the Company's internal controls;

(f) was aware of or recklessly disregarded the fact that the false and misleading statements were being issued concerning the Company; and/or

(g) approved or ratified these statements in violation of the federal securities laws.

26. Flux Power and the Individual Defendants are collectively referred to herein as "Defendants."

## CONFIDENTIAL WITNESSES

27. Plaintiffs' investigators spoke with former employees of Flux Power who have personal knowledge of the facts alleged and attributed to them in this complaint.

28. Former Employee 1 ("FE1") worked as the Company's Director of SEC Reporting from January 2020 to May 2024. FE1 reported directly to Scheiwe. FE1 prepared and filed all SEC documents for Flux Power, including quarterly and annual reports on Forms 10-Q and 10-K and periodic 8-K filings. FE1 also coordinated year-end audits and quarterly reviews for the Company. FE1's role involved supporting financial managers and preparing statements for SEC reports, compiling but not creating the information contained therein.

29. Former Employee 2 ("FE2") worked as a Financial Analyst and Business Intelligence Developer for the Company from July 2021 to June 2022. FE2 reported directly to Scheiwe. FE2 worked on both finance and IT business intelligence, mainly managing the Company's Enterprise Resource Planning ("ERP") systems, which collected data from key business functions to provide insights into operations and overall company health. FE2 interacted daily with Scheiwe.

30. Former Employee 3 ("FE3") worked as an assistant Controller for Flux Power from October 2017 to March 2024. FE3 reported directly to Scheiwe, and later to the Company's Director of Accounting, Mike Messervy. FE3 managed accounts payable and vendor relations, produced monthly sales reports, and worked on year-end audits, budget preparation, and analysis. FE3 also performed account reconciliations and assisted with tax filings.

31. Former Employee 4 ("FE4") worked as the Company's Senior Manager - Supply Chain from December 2019 through October 2021. FE4 reported primarily to Flux Power's COO, John Berry, who reported directly to Dutt. FE4 was responsible for production planning, aligning the supply chain, and forecasting.

32. Former Employee 5 ("FE5") worked as the Materials Manager for Flux Power from January 2020 to November 2021. FE5 reported to FE4, who reported to the Company's

COO, Berry. FE5's roles included serving as the de facto Purchasing Manager for Flux Power, managing inventory and purchasing materials for battery sales.

**COMPANY BACKGROUND**

33. Defendant Flux Power designs, develops, manufactures, and sells lithium-ion battery packs for use in a range of industrial and commercial sectors including material handling, lift trucks, airport ground support equipment ("GSE"), robotic and industrial equipment, and stationary energy storage. Its primary customers are forklift equipment manufacturers.

34. Flux Power produces highly-engineered battery packs that combine a sophisticated battery management system with lithium-ion cells to provide longer run times, lower operating costs, simplified operations, little-to-no maintenance, and fewer emissions compared to the incumbent technologies: lead-acid batteries and propane fueled engines.

35. Flux Power's primary competition in the market is lead-acid batteries. The Company estimated that lead-acid batteries account for over 90% of the current market. In contrast, Flux Power's battery packs use lithium iron phosphate ("LFP") cells sourced from suppliers in China. Flux Power's LFP battery packs also include a unique telemetry system, SkyBMS, that facilitates real-time data on system performance as well as remote management of the packs. Flux Power's products support a variety of power requirements and vehicle sizes. Its battery packs are designed for class 1, 2, and 3 equipment used in distribution centers, food and beverage manufacturing and delivery, warehouse operations, and airport ground operations.

36. Flux Power was founded in 2009, focusing on battery packs for electric vehicles. In 2013, the Company shifted its focus to material handling applications. In 2014, Flux Power introduced a battery for Class 3 forklifts. In 2018, the Company launched new battery systems for Class 1 counterbalanced forklifts and for Class 2 forklifts and made its first substantial shipments of systems for GSE. In recent years, Flux Power has expanded its product offerings across forklift classes, gained additional UL listings for its products, and launched its SkyBMS telemetry system.

37. Flux Power's battery packs are UL-listed, meaning that they meet industry safety and performance standards as evaluated by Underwriters Laboratories ("UL"), and are tested, qualified, and approved by major original equipment manufacturers ("OEMs") in the material handling industry, including Crown Equipment, Toyota Material Handling, and Raymond. Flux Power primarily sells its products to end customers that specify its products on new forklift purchases, with battery packs shipped and invoiced to OEMs.

38. Flux Power's inventories consist primarily of its battery pack systems, including battery cells and the related subcomponents and materials. According to FE1, Flux Power initially purchased its battery cells from China Aviation Lithium Batteries ("CALB"), and then later switched its vendor to Eve Energy, which FE1 learned from Scheiwe. FE2 also recalled that the Company changed its battery supplier from a Chinese company to Eve Energy around 2021.

39. FE4 explained that the switch to Eve Energy as the supplier coincided with Flux Power's adoption of a new battery design. According to FE4, CALB was discontinuing the batteries that Flux Power used at the time.

40. Flux Power also provided customers with loaner packs, which the Company built and used specifically as loaners. When a customer's unit malfunctioned, the Company would send out a loaner pack to be returned later.

## **RELEVANT ACCOUNTING STANDARDS**

41. U.S. Generally Accepted Accounting Principles ("GAAP") constitute those standards recognized by the accounting profession as the conventions, rules, and procedures necessary to define accepted accounting practices at a particular time, and are the common set of accounting principles, standards, and procedures that companies in the United States use to prepare their financial statements.

42. The SEC has statutory authority for the promulgation of GAAP for public companies and has delegated that authority to the Financial Accounting Standards Board ("FASB"). The SEC's Rules and interpretive releases and the FASB Accounting Standards

Codification ("ASC") represent sources of authoritative GAAP for SEC registrants. ASC 105-10-05-1.

43. SEC Regulation S-X (17 C.F.R. § 210.4-01(a)(1)) states that financial statements filed with the SEC which are not prepared in compliance with GAAP are presumed to be misleading and inaccurate despite footnote or other disclosures, unless the Commission has otherwise provided.

44. SEC rules and regulations require that publicly traded companies such as Flux Power include financial statements that comply with GAAP in their annual and quarterly reports filed with the SEC. *See* Sections 12 and 13 of the Exchange Act; Rule 10-01(d) of SEC Regulation S-X. Regulation S-X requires that interim financial statements must also comply with GAAP. 17 C.F.R. § 210.10-01(a).

**Restatements and Materiality**

45. GAAP requires any error in the financial statements of a prior period discovered after the financial statements are issued to be reported as an error correction by restating the prior-period financial statements and providing a description of the nature of the error and its effect on the financial statements. ASC 250-10-45-23; ASC 250-10-50-7.

46. ASC 250 distinguishes errors from accounting changes and defines an "error" as "an error in recognition, measurement, presentation, or disclosure in financial statements resulting from mathematical mistakes, mistakes in the application of generally accepted accounting principles (GAAP), or oversight or misuse of facts that existed at the time the financial statements were prepared." ASC 250-10-20 – Glossary.

47. ASC 250 further requires disclosure that "previously issued financial statements have been restated, along with a description of the nature of the error," including "the effect of the correction on each financial statement line item … for each prior period presented" and "the cumulative effect of the change on retained earnings … as of the beginning of the earliest period presented." ASC 250-10-50-7.

48. The SEC Staff Accounting Bulletins No. 99, Materiality, and No. 108, Quantifying Financial Statement Misstatements, ("SAB 99" and "SAB 108") are the primary source of guidance in assessing materiality of financial statement misstatements.

49. GAAP does not apply to immaterial items (ASC 105-10-05-6), so a restatement is required only for items deemed to be material.

**Accounting for Inventory**

50. Flux Power disclosed that it employed the first-in, first-out ("FIFO") inventory cost method. GAAP requires companies using FIFO to present their inventory at the lower of cost or net realizable value on their financial statements, which Flux Power purported to do. ASC 330-10-35-1B. Net realizable value is defined as the "estimated selling prices in the ordinary course of business, less reasonably predictable costs of completion, disposal, and transportation." ASC 330-10-20.

51. "When evidence exists that the net realizable value of inventory is lower than its cost, the difference shall be recognized as a loss in earnings in the period in which it occurs. That loss may be required, for example, due to damage, physical deterioration, obsolescence, changes in price levels, or other causes." ASC 330-10-35-1B. Depending on the composition of inventory, cost adjustments could be applied to individual items, categories of inventory, or components of each major category. ASC 330-10-35-8 – 11. Therefore, in practice, inventory valuation adjustments are recorded by establishing a reserve against the cost of inventory to reduce its carrying value. GAAP requires companies to disclose "substantial and unusual losses that result from the subsequent measurement of inventory … in the financial statements." ASC 330-10-50-2.

52. Flux Power purported to "evaluate[] inventories to determine if write-downs are necessary due to obsolescence or if the inventory levels are in excess of anticipated demand at market value based on consideration of historical sales and product development plans."

53. Flux Power also explained that GAAP "requires management to make estimates and assumptions that affect the reported amounts of assets, liabilities, revenues, and expenses,

as well as certain financial statement disclosures. Significant estimates include valuation allowances relating to inventory and deferred tax assets."

## DEFENDANTS MADE FALSE AND MISLEADING STATEMENTS OF MATERIAL FACT DURING THE CLASS PERIOD

54. Throughout the Class Period, Defendants made several false and misleading statements of material fact concerning the Company's financial results and material weaknesses in its internal control over financial reporting.

55. Flux Power's quarterly and annual financial statements filed with the SEC for each quarter and year from FY2022 through the third quarter of FY2024 contained false financial statements including, among other things, overstatements of inventory, gross profit, current assets, and total assets, and understatements of cost of sales and net loss. Defendants failed to disclose that, as a result of these false financial statements, Flux Power would need to undertake an expensive investigation and issue restatements for each of its previously filed quarterly and annual financial statements dating back to the beginning of FY2022. Defendants also misleadingly understated and/or omitted material weaknesses in the Company's internal control over financial reporting throughout the Class Period. Finally, the Individual Defendants made false certifications pursuant to the Sarbanes-Oxley Act of 2002 ("SOX").

56. In connection with the eventual restatement, Flux Power evaluated the materiality of its misstatements in accordance with SAB 99 and SAB 108. The Company concluded that its previously issued financial statements contained material errors and should be restated.

57. As a result, Flux Power's financial statements were materially false and misleading over a span of nearly three full years, which deprived the Company's financial statement users (including investors in the Company's common stock such as Plaintiffs and Class members) of the ability to accurately evaluate Flux Power's business, operations, prospects, and equity value.

**False Financial Statements and False and Misleading Statements Regarding the Company's Internal Control Over Financial Reporting**

58. On November 12, 2021, after the market closed, Flux Power filed with the SEC its quarterly report on Form 10-Q for the quarter ended September 30, 2021 ("1Q22 10-Q").[3] Dutt and Scheiwe signed the 1Q22 10-Q. The Class Period begins on November 15, 2021, the first trading day after the 1Q22 10-Q was filed.

59. The 1Q22 10-Q contained false financial statements, which were later restated in the Company's annual report filed with the SEC for FY2024 ("2024 10-K"). The following chart presents each of the false financial statements contained in the 1Q22 10-Q, the true values as restated in the 2024 10-K, and the difference between the false and restated values in absolute and percentage terms.

| 1Q22 10-Q: Consolidated Balance Sheet<br>September 30, 2021 | | | | |
|---|---|---|---|---|
| | **As Falsely Reported** | **As Restated** | **Adjustment Amount** | **Adjustment Percent** |
| **Current assets:** | | | | |
| **Inventories, net** | $13,846,000 | $12,655,000 | ($1,191,000) | 8.99% |
| **Total current assets** | $35,120,000 | $33,929,000 | ($1,191,000) | 3.39% |
| **Total assets** | $39,609,000 | $38,418,000 | ($1,191,000) | 3.00% |
| **Stockholders' equity:** | | | | |
| **Accumulated deficit** | ($70,335,000) | ($71,526,000) | ($1,191,000) | 1.69% |
| **Total stockholders' equity** | $24,754,000 | $23,563,000 | ($1,191,000) | 4.81% |
| **Total liabilities and stockholders' equity** | $39,609,000 | $38,418,000 | ($1,191,000) | 3.00% |

[3] Flux Power's fiscal year ends on June 30, such that the quarter ended September 30 is the first quarter ("1Q") of the fiscal year ending on the following June 30. Likewise, the quarter ended December 31 is the second quarter ("2Q") of the fiscal year ending on the following June 30, the quarter ended March 31 is the third quarter ("3Q") of the fiscal year ending June 30 of the same year, and the quarter ended June 30 is the fourth quarter of the fiscal year ending on that date.

| 1Q22 10-Q: Consolidated Statement of Operations<br>For The Three Months Ended September 30, 2021 | | | | |
|---|---|---|---|---|
| | **As Falsely Reported** | **As Restated** | **Adjustment Amount** | **Adjustment Percent** |
| **Cost of sales** | $4,933,000 | $5,166,000 | $233,000 | 4.72% |
| **Gross profit** | $1,338,000 | $1,105,000 | ($233,000) | 17.41% |
| **Operating loss** | ($4,127,000) | ($4,360,000) | ($233,000) | 5.65% |
| **Net loss** | ($4,130,000) | ($4,363,000) | ($233,000) | 5.64% |
| **Net loss per share – basic and diluted** | ($0.30) | ($0.32) | ($0.02) | 6.67% |

| 1Q22 10-Q: Consolidated Statements of Cash Flows<br>For The Three Months Ended September 30, 2021 | | | | |
|---|---|---|---|---|
| | **As Falsely Reported** | **As Restated** | **Adjustment Amount** | **Adjustment Percent** |
| **Cash flows from operating activities:** | | | | |
| **Net loss** | ($4,130,000) | ($4,363,000) | ($233,000) | 5.64% |
| **Adjustments to reconcile net loss to net cash used in operating activities:** | | | | |
| **Inventory write downs** | $24,000 | $110,000 | $86,000 | 358.33% |
| **Changes in operating assets and liabilities:** | | | | |
| **Inventories** | ($3,357,000) | ($3,210,000) | $147,000 | 4.38% |

60. The 1Q22 10-Q also misleadingly failed to disclose any material weakness in the Company's internal control over financial reporting, when in truth the Company had material weaknesses in the form of: (1) ineffective oversight of its internal control over financial reporting and lack of sufficient review and approval of the underlying data used in the calculation of warranty reserve; (2) not having sufficient personnel resources with technical accounting expertise related to certain aspects of the financial reporting process; and (3) a lack of sufficiently designed controls to support an effective assessment of its internal controls relating to the prevention of fraud and possible management override of controls. These undisclosed material weaknesses were demonstrated by, and contributed in material part to, the various inventory reporting and accounting errors detailed in the restatement.

61. On February 10, 2022, Flux Power filed with the SEC its quarterly report on Form 10-Q for the quarter ended December 31, 2021 ("2Q22 10-Q"). Dutt and Scheiwe signed the 2Q22 10-Q. The 2Q22 10-Q contained false financial statements, which were later restated in the 2024 10-K. The following chart presents each of the false financial statements contained in the 2Q22 10-Q, the true values as restated in the 2024 10-K, and the difference between the false and restated values in absolute and percentage terms.[4]

| **2Q22 10-Q: Consolidated Balance Sheet December 31, 2021** | | | | |
|---|---|---|---|---|
| | **As Falsely Reported** | **As Restated** | **Adjustment Amount** | **Adjustment Percent** |
| **Current assets:** | | | | |
| **Inventories, net** | $19,583,000 | $18,090,000 | ($1,493,000) | 7.62% |
| **Total current assets** | $33,490,000 | $31,997,000 | ($1,493,000) | 4.46% |
| **Total assets** | $38,027,000 | $36,534,000 | ($1,493,000) | 3.93% |
| **Stockholders' equity:** | | | | |
| **Accumulated deficit** | ($75,411,000) | ($76,904,000) | ($1,493,000) | 1.98% |
| **Total stockholders' equity** | $19,822,000 | $18,329,000 | ($1,493,000) | 7.53% |
| **Total liabilities and stockholders' equity** | $38,027,000 | $36,534,000 | ($1,493,000) | 3.93% |

[4] The 2Q22 10-Q also contained false financial statements for the three-month period ended December 31, 2021, which were explicitly restated in the 2024 10-K. Those three-month figures were false as stated in the 2Q22 10-Q, but they are not explicitly laid out in the following charts for ease of reading. The figures provided in the charts below for the six-month period ended December 31, 2021 include and incorporate the three-month figures, which can be calculated by subtracting from the six-month figures the respective amounts from the 1Q22 10-Q.

| 2Q22 10-Q: Consolidated Statement of Operations<br>For The Six Months Ended December 31, 2021 | | | | |
|---|---|---|---|---|
| | **As Falsely Reported** | **As Restated** | **Adjustment Amount** | **Adjustment Percent** |
| **Cost of sales** | $11,581,000 | $12,669,000 | $1,088,000 | 9.39% |
| **Gross profit** | $2,380,000 | $1,292,000 | ($1,088,000) | 45.71% |
| **Operating expenses:** | | | | |
| **Research and development** | $4,055,000 | $3,502,000 | ($553,000) | 13.64% |
| **Total operating expenses** | $11,553,000 | $11,000,000 | ($553,000) | 4.79% |
| **Operating loss** | ($9,173,000) | ($9,708,000) | ($535,000) | 5.83% |
| **Net loss** | ($9,207,000) | ($9,742,000) | ($535,000) | 5.81% |
| **Net loss per share – basic and diluted** | ($0.62) | ($0.65) | ($0.03) | 4.84% |

| 2Q22 10-Q: Consolidated Statements of Cash Flows<br>For The Six Months Ended December 31, 2021 | | | | |
|---|---|---|---|---|
| | **As Falsely Reported** | **As Restated** | **Adjustment Amount** | **Adjustment Percent** |
| **Cash flows from operating activities:** | | | | |
| **Net loss** | ($9,207,000) | ($9,742,000) | ($535,000) | 5.81% |
| **Adjustments to reconcile net loss to net cash used in operating activities:** | | | | |
| **Inventory write downs** | $169,000 | $351,000 | $182,000 | 107.69% |
| **Changes in operating assets and liabilities:** | | | | |
| **Inventories** | ($9,239,000) | ($8,886,000) | $353,000 | 3.82% |

62. The 2Q22 10-Q also misleadingly failed to disclose any material weakness in the Company's internal control over financial reporting, when in truth the Company had material weaknesses in the form of: (1) ineffective oversight of its internal control over financial reporting and lack of sufficient review and approval of the underlying data used in the calculation of warranty reserve; (2) not having sufficient personnel resources with technical accounting expertise related to certain aspects of the financial reporting process; and (3) a lack of sufficiently designed controls to support an effective assessment of its internal controls relating to the prevention of fraud and possible management override of controls. These undisclosed material

weaknesses were demonstrated by, and contributed in material part to, the various inventory reporting and accounting errors detailed in the restatement.

63. On May 12, 2022, Flux Power filed with the SEC its quarterly report on Form 10-Q for the quarter ended March 31, 2022 ("3Q22 10-Q"). Dutt and Scheiwe signed the 3Q22 10-Q. The 3Q22 10-Q contained false financial statements, which were later restated in the 2024 10-K. The following chart presents each of the false financial statements contained in the 3Q22 10-Q, the true values as restated in the 2024 10-K, and the difference between the false and restated values in absolute and percentage terms.[5]

| **3Q22 10-Q: Consolidated Balance Sheet<br>March 31, 2022** | | | | |
|---|---|---|---|---|
| | **As Falsely Reported** | **As Restated** | **Adjustment Amount** | **Adjustment Percent** |
| **Current assets:** | | | | |
| **Inventories, net** | $20,934,000 | $19,297,000 | ($1,637,000) | 7.82% |
| **Total current assets** | $34,823,000 | $33,186,000 | ($1,637,000) | 4.70% |
| **Total assets** | $39,211,000 | $37,574,000 | ($1,637,000) | 4.17% |
| **Stockholders' equity:** | | | | |
| **Accumulated deficit** | ($79,161,000) | ($80,798,000) | ($1,637,000) | 2.07% |
| **Total stockholders' equity** | $16,224,000 | $14,587,000 | ($1,637,000) | 10.09% |
| **Total liabilities and stockholders' equity** | $39,211,000 | $37,574,000 | ($1,637,000) | 4.17% |

[5] The 3Q22 10-Q also contained false financial statements for the three-month period ended March 31, 2022, which were explicitly restated in the 2024 10-K. Those three-month figures were false as stated in the 3Q22 10-Q, but they are not explicitly laid out in the following charts for ease of reading. The figures provided in the charts below for the nine-month period ended March 31, 2022 include and incorporate the three-month figures, which can be calculated by subtracting from the nine-month figures the respective six-month amounts from the 2Q22 10-Q.

| 3Q22 10-Q: Consolidated Statement of Operations<br>For The Nine Months Ended March 31, 2022 | | | | |
|---|---|---|---|---|
| | **As Falsely Reported** | **As Restated** | **Adjustment Amount** | **Adjustment Percent** |
| **Cost of sales** | $22,838,000 | $24,245,000 | $1,407,000 | 6.16% |
| **Gross profit** | $4,300,000 | $2,893,000 | ($1,407,000) | 32.72% |
| **Operating expenses:** | | | | |
| **Research and development** | $5,768,000 | $5,040,000 | ($728,000) | 12.62% |
| **Total operating expenses** | $17,170,000 | $16,442,000 | ($728,000) | 4.24% |
| **Operating loss** | ($12,870,000) | ($13,549,000) | ($679,000) | 5.28% |
| **Net loss** | ($12,956,000) | ($13,635,000) | ($679,000) | 5.24% |
| **Net loss per share – basic and diluted** | ($0.85) | ($0.89) | ($0.04) | 4.71% |

| 3Q22 10-Q: Consolidated Statements of Cash Flows<br>For The Nine Months Ended March 31, 2022 | | | | |
|---|---|---|---|---|
| | **As Falsely Reported** | **As Restated** | **Adjustment Amount** | **Adjustment Percent** |
| **Cash flows from operating activities:** | | | | |
| **Net loss** | ($12,956,00) | ($13,635,000) | ($679,000) | 5.24% |
| **Adjustments to reconcile net loss to net cash used in operating activities:** | | | | |
| **Inventory write downs** | $109,000 | $482,000 | $373,000 | 342.20% |
| **Changes in operating assets and liabilities:** | | | | |
| **Inventories** | ($10,530,000) | ($10,224,000) | $306,000 | 2.91% |

64. The 3Q22 10-Q also misleadingly failed to disclose any material weakness in the Company's internal control over financial reporting, when in truth the Company had material weaknesses in the form of: (1) ineffective oversight of its internal control over financial reporting and lack of sufficient review and approval of the underlying data used in the calculation of warranty reserve; (2) not having sufficient personnel resources with technical accounting expertise related to certain aspects of the financial reporting process; and (3) a lack of sufficiently designed controls to support an effective assessment of its internal controls relating to the prevention of fraud and possible management override of controls. These undisclosed material

weaknesses were demonstrated by, and contributed in material part to, the various inventory reporting and accounting errors detailed in the restatement.

65. On September 28, 2022, Flux Power filed with the SEC its annual report on Form 10-K for FY2022 ("2022 10-K"). Dutt and Scheiwe signed the 2022 10-K. The 2022 10-K contained false financial statements, which were later restated in the 2024 10-K. The following chart presents each of the false financial statements contained in the 2022 10-K, the true values as restated in the 2024 10-K, and the difference between the false and restated values in absolute and percentage terms.

| **2022 10-K: Consolidated Balance Sheet<br>For Fiscal Year 2022 Ending June 30, 2022** | | | | |
|---|---|---|---|---|
| | **As Falsely Reported** | **As Restated** | **Adjustment Amount** | **Adjustment Percent** |
| **Current assets:** | | | | |
| **Inventories, net** | $16,262,000 | $14,440,000 | ($1,822,000) | 11.20% |
| **Total current assets** | $26,617,000 | $24,795,000 | ($1,822,000) | 6.84% |
| **Total assets** | $30,881,000 | $29,059,000 | ($1,822,000) | 5.69% |
| **Stockholders' equity:** | | | | |
| **Accumulated deficit** | ($81,814,000) | ($83,636,000) | ($1,822,000) | 2.23% |
| **Total stockholders' equity** | $13,924,000 | $12,112,000 | ($1,822,000) | 13.01% |
| **Total liabilities and stockholders' equity** | $30,881,000 | $29,059,000 | ($1,822,000) | 5.69% |

| 2022 10-K: Consolidated Statement of Operations<br>For Fiscal Year 2022 Ending June 30, 2022 | | | | |
|---|---|---|---|---|
| | **As Falsely Reported** | **As Restated** | **Adjustment Amount** | **Adjustment Percent** |
| **Cost of sales** | $35,034,000 | $36,726,000 | $1,692,000 | 4.83% |
| **Gross profit** | $7,299,000 | $5,607,000 | ($1,692,000) | 23.18% |
| **Operating expenses:** | | | | |
| **Research and development** | $7,141,000 | $6,313,000 | ($828,000) | 11.59% |
| **Total operating expenses** | $22,656,000 | $21,828,000 | ($828,000) | 3.65% |
| **Operating loss** | ($15,357,000) | ($16,221,000) | ($864,000) | 5.56% |
| **Net loss** | ($15,609,000) | ($16,473,000) | ($864,000) | 5.53% |
| **Net loss per share – basic and diluted** | ($1.01) | ($1.07) | ($0.06) | 5.94% |

| 2022 10-K: Consolidated Statements of Cash Flows<br>For Fiscal Year 2022 Ending June 30, 2022 | | | | |
|---|---|---|---|---|
| | **As Falsely Reported** | **As Restated** | **Adjustment Amount** | **Adjustment Percent** |
| **Cash flows from operating activities:** | | | | |
| **Net loss** | ($15,609,000) | ($16,473,000) | ($864,000) | 5.53% |
| **Adjustments to reconcile net loss to net cash used in operating activities:** | | | | |
| **Fair value of warrants issued as debt discount cost** | $253,000 | $0.000 | ($253,000) | 100% |
| **Inventory write downs** | $61,000 | $665,000 | $604,000 | 973.77% |
| **Changes in operating assets and liabilities:** | | | | |
| **Inventories** | ($5,810,000) | ($5,550,000) | $260,000 | 4.47% |
| **Other assets** | ($802,000) | ($549,000) | $253,000 | 31.55% |
| **Supplemental Disclosure of Non-Cash Investing and Financing Activities:** | | | | |
| **Warrants issued in connection with borrowing agreements, recorded as debt issuance cost** | $0.00 | $253,000 | $253,000 | [n/a] |

66. The 2022 10-K also misleadingly understated the existence of material weaknesses in the Company's internal control over financial reporting. The 2022 10-K stated that:

> Based on management's evaluation of our disclosure controls and procedures as of June 30, 2022, ***we identified material weaknesses in our internal controls over financial reporting. The material weaknesses were based on our ineffective oversight of our internal control over financial reporting and lack of sufficient review and approval of the underlying data used in the calculation of warranty reserve***. We are taking remedial measures designed to improve our internal control over financial reporting to remediate material weaknesses[.] We are implementing additional control procedures to strengthen the oversight of the Company's internal control over financial reporting through review and sign off by the senior management of all significant assumptions and estimates being used and the underlying the data used in producing financial schedules/estimates and financial reporting. We are also adding a second level of review and approval for all manual journal entries for significant estimates and assumptions made by management.
>
> (Emphasis added).

67. These statements were misleading because they gave the false impression that the Company had disclosed all of its material weaknesses in its internal control over financial reporting, when in truth there were additional undisclosed material weaknesses. Specifically, the Company failed to disclose material weaknesses in internal controls in the form of: (1) not having sufficient personnel resources with technical accounting expertise related to certain aspects of the financial reporting process; and (2) a lack of sufficiently designed controls to support an effective assessment of its internal controls relating to the prevention of fraud and possible management override of controls. These undisclosed material weaknesses were demonstrated by, and contributed in material part to, the various inventory reporting and accounting errors detailed in the restatement.

68. The 2022 10-K also contained the following purported risk disclosure, which was inadequate and misleading:

> We are committed to remediating our material weakness. However, there can be no assurance as to when this material weakness will be remediated or that additional material weaknesses will not arise in the future. ***If we are unable to maintain effective internal control over financial reporting, our ability to record, process and report financial information timely and accurately could be adversely affected and could result in a material misstatement in our financial statements, which could subject us to litigation or***

> ***investigations, require management resources, increase our expenses, negatively affect investor confidence in our financial statements and adversely impact the trading price of our common stock*.**

(Emphasis added).

69. These statements were misleading, and the purported risk disclosure was inadequate, because Defendants failed to disclose the additional material weaknesses as identified above. Accordingly, Defendants materially understated the present risk of being unable to maintain effective internal control over financial reporting. The warned-of risks were not just hypothetical, as these statements implied. Those risks had already materialized in the form of false financial statements, which would require an expensive investigation and restatement to correct.

70. On November 10, 2022, Flux Power filed with the SEC its quarterly report on Form 10-Q for the quarter ended September 30, 2022 ("1Q23 10-Q"). Dutt and Scheiwe signed the 1Q23 10-Q. The 1Q23 10-Q contained false financial statements, which were later restated in the 2024 10-K. The following chart presents each of the false financial statements contained in the 1Q23 10-Q, the true values as restated in the 2024 10-K, and the difference between the false and restated values in absolute and percentage terms.

| **1Q23 10-Q: Consolidated Balance Sheet<br>September 30, 2022** | | | | |
|---|---|---|---|---|
| | **As Falsely Reported** | **As Restated** | **Adjustment Amount** | **Adjustment Percent** |
| **Current assets:** | | | | |
| **Inventories, net** | $18,878,000 | $16,935,000 | ($1,943,000) | 10.29% |
| **Total current assets** | $32,088,000 | $30,145,000 | ($1,943,000) | 6.06% |
| **Total assets** | $36,446,000 | $34,503,000 | ($1,943,000) | 5.33% |
| **Stockholders' equity:** | | | | |
| **Accumulated deficit** | ($83,953,000) | ($85,896,000) | ($1,943,000) | 2.31% |
| **Total stockholders' equity** | $11,890,000 | $9,947,000 | ($1,943,000) | 16.34% |
| **Total liabilities and stockholders' equity** | $36,446,000 | $34,503,000 | ($1,943,000) | 5.33% |

| 1Q23 10-Q: Consolidated Statement of Operations<br>For The Three Months Ended September 30, 2022 | | | | |
|---|---|---|---|---|
| | **As Falsely Reported** | **As Restated** | **Adjustment Amount** | **Adjustment Percent** |
| **Cost of sales** | $13,892,000 | $14,221,000 | $329,000 | 2.37% |
| **Gross profit** | $3,948,000 | $3,619,000 | ($329,000) | 8.33% |
| **Operating expenses:** | | | | |
| **Research and development** | $1,223,000 | $1,015,000 | ($208,000) | 17.01% |
| **Total operating expenses** | $5,759,000 | $5,551,000 | ($208,000) | 3.61% |
| **Operating loss** | ($1,811,000) | ($1,932,000) | ($121,000) | 6.68% |
| **Net loss** | ($2,139,000) | ($2,260,000) | ($121,000) | 5.66% |
| **Net loss per share – basic and diluted** | (0.13) | ($0.14) | ($0.01) | 7.69% |

| 1Q23 10-Q: Consolidated Statements of Cash Flows<br>For The Three Months Ended September 30, 2022 | | | | |
|---|---|---|---|---|
| | **As Falsely Reported** | **As Restated** | **Adjustment Amount** | **Adjustment Percent** |
| **Cash flows from operating activities:** | | | | |
| **Net loss** | ($2,139,000) | ($2,260,000) | ($121,000) | 5.66% |
| **Adjustments to reconcile net loss to net cash used in operating activities:** | | | | |
| **Inventory write downs** | $25,000 | $43,000 | $18,000 | 72.00% |
| **Changes in operating assets and liabilities:** | | | | |
| **Inventories** | ($2,641,000) | ($2,538,000) | $103,000 | 3.90% |

71. The 1Q23 10-Q also misleadingly understated the existence of material weaknesses in the Company's internal control over financial reporting. The 1Q23 10-Q stated that:

> As described in the Company's 10-K for the fiscal year ended June 30, 2022, management assessed the effectiveness of the Company's internal control over financial reporting and based on such assessment, ***management concluded that as of June 30, 2022, our internal control over financial reporting was not effective due to material weakness related to ineffective oversight of the Company's internal control over financial reporting and lack of sufficient review and approval of the underlying data used in the calculation of warranty reserve***. During the quarter ended September 30, 2022, we have implemented additional control

> procedures to strengthen the oversight of the Company's internal control over financial reporting through review and sign off by the senior management of all significant assumptions and estimates being used and the underlying data used in producing financial schedules/estimates and financial reporting. We have also added a second level of review and approval for all manual journal entries for significant estimates and assumptions made by management. We plan to continue to assess our internal controls and control procedures and intend to take further action as necessary or appropriate to address any other matters we identify or are brought to our attention.
>
> (Emphasis added).

72. These statements were misleading because they gave the false impression that the Company had disclosed all of its material weaknesses in its internal control over financial reporting, when in truth there were additional undisclosed material weaknesses. Specifically, the Company failed to disclose material weaknesses in internal controls in the form of: (1) not having sufficient personnel resources with technical accounting expertise related to certain aspects of the financial reporting process; and (2) a lack of sufficiently designed controls to support an effective assessment of its internal controls relating to the prevention of fraud and possible management override of controls. These undisclosed material weaknesses were demonstrated by, and contributed in material part to, the various inventory reporting and accounting errors detailed in the restatement.

73. The 1Q23 also contained the following purported risk disclosure, which was inadequate and misleading:

> If we do not maintain effective internal controls, our ability to record, process and report financial information timely and accurately could be adversely affected and could result in a material misstatement in our financial statements, which could subject us to litigation or investigations, require management resources, increase our expenses, negatively affect investor confidence in our financial statements and adversely impact the trading price of our common stock.

74. These statements were misleading, and the purported risk disclosure was inadequate, because Defendants failed to disclose the additional material weaknesses as

identified above. Accordingly, Defendants materially understated the present risk of being unable to maintain effective internal control over financial reporting. The warned-of risks were not just hypothetical, as these statements implied. Those risks had already materialized in the form of false financial statements, which would require an expensive investigation and restatement to correct.

75. On February 9, 2023, Flux Power filed with the SEC its quarterly report on Form 10-Q for the quarter ended December 31, 2022 ("2Q23 10-Q"). Dutt and Scheiwe signed the 2Q23 10-Q. The 2Q23 10-Q contained false financial statements, which were later restated in the 2024 10-K. The following chart presents each of the false financial statements contained in the 2Q23 10-Q, the true values as restated in the 2024 10-K, and the difference between the false and restated values in absolute and percentage terms.[6]

[6] The 2Q23 10-Q also contained false financial statements for the three-month period ended December 31, 2022, which were explicitly restated in the 2024 10-K. Those three-month figures were false as stated in the 2Q23 10-Q, but they are not explicitly laid out in the following charts for ease of reading. The figures provided in the charts below for the six-month period ended December 31, 2022 include and incorporate the three-month figures, which can be calculated by subtracting from the six-month figures the respective amounts from the 1Q23 10-Q.

| **2Q23 10-Q: Consolidated Balance Sheet<br>December 31, 2022** | | | | |
|---|---|---|---|---|
| | **As Falsely Reported** | **As Restated** | **Adjustment Amount** | **Adjustment Percent** |
| **Current assets:** | | | | |
| **Accounts receivable** | $10,467,000 | $10,507,000 | $40,000 | 0.38% |
| **Inventories, net** | $19,507,000 | $17,449,000 | ($2,058,000) | 10.55% |
| **Total current assets** | $31,015,000 | $28,997,000 | ($2,018,000) | 6.51% |
| **Total assets** | $35,292,000 | $33,274,000 | ($2,018,000) | 5.72% |
| **Current liabilities:** | | | | |
| **Accounts payable** | $12,797,000 | $12,837,000 | $40,000 | 0.31% |
| **Total current liabilities** | $22,623,000 | $22,663,000 | $40,000 | 0.18% |
| **Total liabilities** | $24,874,000 | $24,914,000 | $40,000 | 0.16% |
| **Stockholders' equity:** | | | | |
| **Accumulated deficit** | ($85,634,000) | ($87,692,000) | ($2,058,000) | 2.40% |
| **Total stockholders' equity** | $10,418,000 | $8,360,000 | ($2,058,000) | 19.75% |
| **Total liabilities and stockholders' equity** | $35,292,000 | $33,274,000 | ($2,018,000) | 5.72% |

| **2Q23 10-Q: Consolidated Statement of Operations<br>For The Six Months Ended December 31, 2022** | | | | |
|---|---|---|---|---|
| | **As Falsely Reported** | **As Restated** | **Adjustment Amount** | **Adjustment Percent** |
| **Cost of sales** | $26,942,000 | $27,386,000 | $444,000 | 1.65% |
| **Gross profit** | $8,056,000 | $7,612,000 | ($444,000) | 5.51% |
| **Operating expenses:** | | | | |
| **Research and development** | $2,385,000 | $2,177,000 | ($208,000) | 8.72% |
| **Total operating expenses** | $11,171,000 | $10,963,000 | ($208,000) | 1.86% |
| **Operating loss** | ($3,115,000) | ($3,351,000) | ($236,000) | 7.58% |
| **Net loss** | ($3,820,000) | ($4,056,000) | ($236,000) | 6.18% |
| **Net loss per share – basic and diluted** | ($0.24) | ($0.25) | ($0.01) | 4.17% |

| 2Q23 10-Q: Consolidated Statements of Cash Flows<br>For The Six Months Ended December 31, 2022 | | | | |
|---|---|---|---|---|
| | **As Falsely Reported** | **As Restated** | **Adjustment Amount** | **Adjustment Percent** |
| **Cash flows from operating activities:** | | | | |
| **Net loss** | ($3,820,000) | ($4,056,000) | ($236,000) | 6.18% |
| **Adjustments to reconcile net loss to net cash used in operating activities:** | | | | |
| **Inventory write downs** | $135,000 | $88,000 | ($47,000) | 34.81% |
| **Changes in operating assets and liabilities:** | | | | |
| **Accounts receivable** | ($1,858,000) | ($1,898,000) | ($40,000) | 2.15% |
| **Inventories** | ($3,380,000) | ($3,097,000) | $283,000 | 8.37% |
| **Accounts payable** | $6,152,000 | $6,192,000 | $40,000 | 0.65% |

76. The 2Q23 10-Q also misleadingly failed to disclose any material weakness in the Company's internal control over financial reporting. The 2Q23 10-Q stated that the Company's CEO and CFO "have concluded that our disclosure controls and procedures were effective as of December 31, 2022." The 2Q23 10-Q further stated that:

> As described in the Company's 10-K for the fiscal year ended June 30, 2022, management assessed the effectiveness of the Company's internal control over financial reporting and based on such assessment, management concluded that as of June 30, 2022, our internal control over financial reporting was not effective due to material weakness related to ineffective oversight of the Company's internal control over financial reporting and lack of sufficient review and approval of the underlying data used in the calculation of warranty reserve. During the six months ended December 31, 2022, we have implemented additional control procedures to strengthen the oversight of the Company's internal control over financial reporting through review and sign off by the senior management of all significant assumptions and estimates being used and the underlying data used in producing financial schedules/estimates and financial reporting. We have also added a second level of review and approval for all manual journal entries for significant estimates and assumptions made by management. ***Based on the foregoing, we believe we have remediated the material weaknesses. We plan to continue to assess our internal controls and control procedures and intend to take further action as necessary or appropriate to address any other matters we identify or are brought to our attention***.

(Emphasis added).

77. These statements were misleading because they gave the false impression that the Company had disclosed and remediated all of its material weaknesses in its internal control over financial reporting, when in truth there were additional undisclosed (and un-remediated) material weaknesses. Specifically, the Company failed to disclose material weaknesses in internal controls in the form of: (1) not having sufficient personnel resources with technical accounting expertise related to certain aspects of the financial reporting process; and (2) a lack of sufficiently designed controls to support an effective assessment of its internal controls relating to the prevention of fraud and possible management override of controls. These undisclosed material weaknesses were demonstrated by, and contributed in material part to, the various inventory reporting and accounting errors detailed in the restatement.

78. The 2Q23 10-Q also contained the following purported risk disclosure, which was inadequate and misleading:

> our ability to maintain effective internal controls, [and] our ability to record, process and report financial information timely and accurately could be adversely affected and could result in a material misstatement in our financial statements, which could subject us to litigation or investigations, require management resources, increase our expenses, negatively affect investor confidence in our financial statements and adversely impact the trading price of our common stock.

79. These statements were misleading, and the purported risk disclosure was inadequate, because Defendants failed to disclose the additional material weaknesses as identified above. Accordingly, Defendants materially understated the present risk of being unable to maintain effective internal control over financial reporting. The warned-of risks were not just hypothetical, as these statements implied. Those risks had already materialized in the form of false financial statements, which would require an expensive investigation and restatement to correct.

80. On May 11, 2023, Flux Power filed with the SEC its quarterly report on Form 10-Q for the quarter ended March 31, 2023 ("3Q23 10-Q"). Dutt and Scheiwe signed the 3Q23 10-Q. The 3Q23 10-Q contained false financial statements, which were later restated in the 2024

10-K. The following chart presents each of the false financial statements contained in the 3Q23 10-Q, the true values as restated in the 2024 10-K, and the difference between the false and restated values in absolute and percentage terms.[7]

| **3Q23 10-Q: Consolidated Balance Sheet<br>March 31, 2023** | | | | |
|---|---|---|---|---|
| | **As Falsely Reported** | **As Restated** | **Adjustment Amount** | **Adjustment Percent** |
| **Current assets:** | | | | |
| **Accounts Receivable** | $9,853,000 | $9,881,000 | $28,000 | 0.28% |
| **Inventories, net** | $20,959,000 | $18,859,000 | ($2,100,000) | 10.02% |
| **Total current assets** | $32,377,000 | $30,305,000 | ($2,072,000) | 6.40% |
| **Total assets** | $37,255,000 | $35,183,000 | ($2,072,000) | 5.56% |
| **Current liabilities:** | | | | |
| **Accounts payable** | $10,827,000 | $10,855,000 | $28,000 | 0.26% |
| **Total current liabilities** | $24,816,000 | $24,844,000 | $28,000 | 0.11% |
| **Total liabilities** | $27,350,000 | $27,378,000 | $28,000 | 0.10% |
| **Stockholders' equity:** | | | | |
| **Accumulated deficit** | ($87,079,000) | ($89,179,000) | ($2,100,000) | 2.41% |
| **Total stockholders' equity** | $9,905,000 | $7,805,000 | ($2,100,000) | 21.20% |
| **Total liabilities and stockholders' equity** | $37,255,000 | $35,183,000 | ($2,072,000) | 5.56% |

[7] The 3Q23 10-Q also contained false financial statements for the three-month period ended March 31, 2023, which were explicitly restated in the 2024 10-K. Those three-month figures were false as stated in the 3Q23 10-Q, but they are not explicitly laid out in the following charts for ease of reading. The figures provided in the charts below for the nine-month period ended March 31, 2023 include and incorporate the three-month figures, which can be calculated by subtracting from the nine-month figures the respective six-month amounts from the 2Q23 10-Q.

| 3Q23 10-Q: Consolidated Statement of Operations For The Nine Months Ended March 31, 2023 | | | | |
|---|---|---|---|---|
| | **As Falsely Reported** | **As Restated** | **Adjustment Amount** | **Adjustment Percent** |
| **Cost of sales** | $37,310,000 | $37,796,000 | $486,000 | 1.30% |
| **Gross profit** | $12,775,000 | $12,289,000 | ($486,000) | 3.80% |
| **Operating expenses:** | | | | |
| **Research and development** | $3,567,000 | $3,359,000 | ($208,000) | 5.83% |
| **Total operating expenses** | $17,077,000 | $16,869,000 | ($208,000) | 1.22% |
| **Operating loss** | ($4,302,000) | ($4,580,000) | ($278,000) | 6.46% |
| **Net loss** | ($5,265,000) | ($5,543,000) | ($278,000) | 5.28% |
| **Net loss per share – basic and diluted** | ($0.33) | ($0.35) | ($0.02) | 6.06% |

| 3Q23 10-Q: Consolidated Statements of Cash Flows For The Nine Months Ended March 31, 2023 | | | | |
|---|---|---|---|---|
| | **As Falsely Reported** | **As Restated** | **Adjustment Amount** | **Adjustment Percent** |
| **Cash flows from operating activities:** | | | | |
| **Net loss** | ($5,265,000) | ($5,543,000) | ($278,000) | 5.28% |
| **Adjustments to reconcile net loss to net cash used in operating activities:** | | | | |
| **Inventory write downs** | $214,000 | $191,000 | ($23,000) | 10.75% |
| **Changes in operating assets and liabilities:** | | | | |
| **Accounts receivable** | ($1,244,000) | ($1,272,000) | ($28,000) | 2.25% |
| **Inventories** | ($4,911,000) | ($4,610,000) | $301,000 | 6.13% |
| **Accounts payable** | $4,182,000 | $4,210,000 | $28,000 | 0.67% |

81. The 3Q23 10-Q also misleadingly failed to disclose any material weakness in the Company's internal control over financial reporting. The 3Q23 10-Q stated that the Company's CEO and CFO "have concluded that our disclosure controls and procedures were effective as of March 31, 2023." The 3Q23 10-Q further stated that:

> As described in the Company's 10-K for the fiscal year ended June 30, 2022, management assessed the effectiveness of the Company's internal control over financial reporting and based on such assessment, management concluded that as of June 30, 2022, our internal control over financial reporting was not effective due to material weakness related to ineffective oversight of the Company's internal control over financial reporting and lack of sufficient review

> and approval of the underlying data used in the calculation of warranty reserve. ***We believe we have remediated the material weaknesses. We plan to continue to assess our internal controls and control procedures and intend to take further action as necessary or appropriate to address any other matters we identify or are brought to our attention***.
>
> (Emphasis added).

82. These statements were misleading because they gave the false impression that the Company had disclosed and remediated all of its material weaknesses in its internal control over financial reporting, when in truth there were additional undisclosed (and un-remediated) material weaknesses. Specifically, the Company failed to disclose material weaknesses in internal controls in the form of: (1) not having sufficient personnel resources with technical accounting expertise related to certain aspects of the financial reporting process; and (2) a lack of sufficiently designed controls to support an effective assessment of its internal controls relating to the prevention of fraud and possible management override of controls. These undisclosed material weaknesses were demonstrated by, and contributed in material part to, the various inventory reporting and accounting errors detailed in the restatement.

83. The 3Q23 10-Q also contained the following purported risk disclosure, which was inadequate and misleading:

> our ability to maintain effective internal controls, [and] our ability to record, process and report financial information timely and accurately could be adversely affected and could result in a material misstatement in our financial statements, which could subject us to litigation or investigations, require management resources, increase our expenses, negatively affect investor confidence in our financial statements and adversely impact the trading price of our common stock.

84. These statements were misleading, and the purported risk disclosure was inadequate, because Defendants failed to disclose the additional material weaknesses as identified above. Accordingly, Defendants materially understated the present risk of being unable to maintain effective internal control over financial reporting. The warned-of risks were not just hypothetical, as these statements implied. Those risks had already materialized in the

form of false financial statements, which would require an expensive investigation and restatement to correct.

85. On September 21, 2023, Flux Power filed with the SEC its annual report on Form 10-K for FY2023 ("2023 10-K"). Dutt and Scheiwe signed the 2023 10-K. The 2023 10-K contained false financial statements, which were later restated in the 2024 10-K. The following chart presents each of the false financial statements contained in the 2023 10-K, the true values as restated in the 2024 10-K, and the difference between the false and restated values in absolute and percentage terms.

| **2023 10-K: Consolidated Balance Sheet For Fiscal Year 2023 Ending June 30, 2023** | | | | |
|---|---|---|---|---|
| | **As Falsely Reported** | **As Restated** | **Adjustment Amount** | **Adjustment Percent** |
| **Current assets:** | | | | |
| **Accounts receivable** | $8,649,000 | $8,800,000 | $151,000 | 1.75% |
| **Inventories, net** | $18,996,000 | $16,158,000 | ($2,838,000) | 14.94% |
| **Total current assets** | $30,942,000 | $28,255,000 | ($2,687,000) | 8.68% |
| **Total assets** | $35,705,000 | $33,018,000 | ($2,687,000) | 7.53% |
| **Current liabilities:** | | | | |
| **Accounts payable** | $9,735,000 | $9,872,000 | $137,000 | 1.41% |
| **Total current liabilities** | $23,830,000 | $23,967,000 | $137,000 | 0.57% |
| **Total liabilities** | $26,158,000 | $26,295,000 | $137,000 | 0.52% |
| **Stockholders' equity:** | | | | |
| **Accumulated deficit** | ($88,555,000) | ($91,379,000) | ($2,824,000) | 3.19% |
| **Total stockholders' equity** | $9,547,000 | $6,723,000 | ($2,824,000) | 29.58% |
| **Total liabilities and stockholders' equity** | $35,705,000 | $33,018,000 | ($2,687,000) | 7.53% |

| 2023 10-K: Consolidated Statement of Operations For Fiscal Year 2023 Ending June 30, 2023 | | | | |
|---|---|---|---|---|
| | **As Falsely Reported** | **As Restated** | **Adjustment Amount** | **Adjustment Percent** |
| **Revenues** | $66,337,000 | $66,488,000 | $151,000 | 0.23% |
| **Cost of sales** | $49,237,000 | $50,598,000 | $1,361,000 | 2.76% |
| **Gross profit** | $17,100,000 | $15,890,000 | ($1,210,000) | 7.08% |
| **Operating expenses:** | | | | |
| **Research and development** | $4,890,000 | $4,682,000 | ($208,000) | 4.25% |
| **Total operating expenses** | $22,510,000 | $22,302,000 | ($208,000) | 0.92% |
| **Operating loss** | ($5,410,000) | ($6,412,000) | ($1,002,000) | 18.52% |
| **Other income (expense):** | | | | |
| **Net loss** | ($6,741,000) | ($7,743,000) | ($1,002,000) | 14.86% |
| **Net loss per share – basic and diluted** | ($0.42) | ($0.48) | ($0.06) | 14.29% |

| 2023 10-K: Consolidated Statements of Cash Flows For Fiscal Year 2023 Ending June 30, 2023 | | | | |
|---|---|---|---|---|
| | **As Falsely Reported** | **As Restated** | **Adjustment Amount** | **Adjustment Percent** |
| **Cash flows from operating activities:** | | | | |
| **Net loss** | ($6,741,000) | ($7,743,000) | ($1,002,000) | 14.86% |
| **Adjustments to reconcile net loss to net cash used in operating activities:** | | | | |
| **Inventory write downs** | $0.00 | $690,000 | $690,000 | [n/a] |
| **Changes in operating assets and liabilities:** | | | | |
| **Accounts receivable** | ($40,000) | ($191,000) | ($151,000) | 377.5% |
| **Inventories** | ($2,734,000) | ($2,408,000) | $326,000 | 11.92% |
| **Accounts payable** | $3,090,000 | $3,227,000 | $137,000 | 4.43% |

86. The 2023 10-K also misleadingly understated the existence of material weaknesses in the Company's internal control over financial reporting. The 2023 10-K stated that:

> Under the supervision of management, including our Chief Executive Officer and our Chief Financial Officer, we conducted an evaluation of the effectiveness of our internal control over financial reporting based on the framework in Internal Control - Integrated Framework issued by the Committee of Sponsoring Organizations of the Treadway Commission (2013 framework) and subsequent

> guidance prepared by the Commission specifically for smaller public companies as of June 30, 2023. ***Based on that evaluation, our management concluded that our internal control over financial reporting was not effective as of June 30,2023 due to an identified material weakness as a result of not having sufficient personnel resources with technical accounting expertise related to certain aspects of the financial reporting process***. Until such time as we could have additional resources with such level of technical accounting expertise, management intends to implement measures designed to improve our internal control over financial reporting to remediate material weaknesses, including the use of third-party consultants and accounting experts.
>
> (Emphasis added).

87. These statements were misleading because they gave the false impression that the Company had disclosed all of its material weaknesses in its internal control over financial reporting, when in truth there were additional undisclosed material weaknesses. Specifically, the Company failed to disclose an additional material weakness in its internal controls: a lack of sufficiently designed controls to support an effective assessment of its internal controls relating to the prevention of fraud and possible management override of controls. This undisclosed material weakness was demonstrated by, and contributed in material part to, the various inventory reporting and accounting errors detailed in the restatement.

88. The 2023 10-K also contained the following purported risk disclosure, which was inadequate and misleading:

> ***We have identified material weaknesses in our internal control over financial reporting. If we are unable to remediate these material weaknesses, or if we identify additional material weaknesses in the future or otherwise fail to maintain an effective system of internal controls, we may not be able to accurately or timely report our financial condition or results of operations, which may adversely affect our business and stock price.***
>
> Based on management's evaluation of our disclosure controls and procedures as of June 30, 2023, we identified material weaknesses in our internal controls over financial reporting. The material weaknesses were based on our ineffective oversight of our internal control over financial reporting and lack of sufficient personnel resources with technical accounting expertise related to certain aspects of the financial reporting process. Until such time as we

> could have additional resources with such level of technical accounting expertise, management intends to implement measures designed to improve our internal control over financial reporting to remediate material weaknesses, including the use of third-party consultants and accounting experts.
>
> We are committed to remediating our material weakness. However, there can be no assurance as to when this material weakness will be remediated or that additional material weaknesses will not arise in the future. ***If we are unable to maintain effective internal control over financial reporting, our ability to record, process and report financial information timely and accurately could be adversely affected and could result in a material misstatement in our financial statements, which could subject us to litigation or investigations, require management resources, increase our expenses, negatively affect investor confidence in our financial statements and adversely impact the trading price of our common stock.***
>
> (First emphasis in original, second emphasis added).

89. These statements were misleading, and the purported risk disclosure was inadequate, because Defendants failed to disclose the additional material weakness as identified above. Accordingly, Defendants materially understated the present risk of being unable to maintain effective internal control over financial reporting. The warned-of risks were not just hypothetical, as these statements implied. Those risks had already materialized in the form of false financial statements, which would require an expensive investigation and restatement to correct.

90. On November 9, 2023, Flux Power filed with the SEC its quarterly report on Form 10-Q for the quarter ended September 30, 2023 ("1Q24 10-Q"). Dutt and Scheiwe signed the 1Q24 10-Q. The 1Q24 10-Q contained false financial statements, which were later restated in the 2024 10-K. The following chart presents each of the false financial statements contained in the 1Q24 10-Q, the true values as restated in the 2024 10-K, and the difference between the false and restated values in absolute and percentage terms.

| **1Q24 10-Q: Consolidated Balance Sheet<br>September 30, 2023** | | | | |
|---|---|---|---|---|
| | **As Falsely Reported** | **As Restated** | **Adjustment Amount** | **Adjustment Percent** |
| **Current assets:** | | | | |
| **Accounts Receivable** | $10,699,000 | $10,840,000 | $141,000 | 1.32% |
| **Inventories, net** | $19,495,000 | $16,591,000 | ($2,904,000) | 14.90% |
| **Total current assets** | $32,386,000 | $29,623,000 | ($2,763,000) | 8.53% |
| **Total assets** | $36,922,000 | $34,159,000 | ($2,763,000) | 7.48% |
| **Current liabilities:** | | | | |
| **Accounts payable** | $10,065,000 | $10,202,000 | $137,000 | 1.36% |
| **Total current liabilities** | $27,102,000 | $27,239,000 | $137,000 | 0.50% |
| **Total liabilities** | $29,211,000 | $29,348,000 | $137,000 | 0.47% |
| **Stockholders' equity:** | | | | |
| **Accumulated deficit** | ($90,667,000) | ($93,567,000) | ($2,900,000) | 3.20% |
| **Total stockholders' equity** | $7,711,000 | $4,811,000 | ($2,900,000) | 37.61% |
| **Total liabilities and stockholders' equity** | $36,922,000 | $34,159,000 | ($2,763,000) | 7.48% |

| **1Q24 10-Q: Consolidated Statement of Operations<br>For The Three Months Ended September 30, 2023** | | | | |
|---|---|---|---|---|
| | **As Falsely Reported** | **As Restated** | **Adjustment Amount** | **Adjustment Percent** |
| **Revenues** | $14,797,000 | $14,787,000 | ($10,000) | 0.07% |
| **Cost of sales** | $10,486,000 | $10,552,000 | $66,000 | 0.63% |
| **Gross profit** | $4,311,000 | $4,235,000 | ($76,000) | 1.76% |
| **Operating loss** | ($1,709,000) | ($1,785,000) | ($76,000) | 4.45% |
| **Net loss** | ($2,112,000) | ($2,188,000) | ($76,000) | 3.60% |

| 1Q24 10-Q: Consolidated Statements of Cash Flows For The Three Months Ended September 30, 2023 | | | | |
|---|---|---|---|---|
| | **As Falsely Reported** | **As Restated** | **Adjustment Amount** | **Adjustment Percent** |
| **Cash flows from operating activities:** | | | | |
| **Net loss** | ($2,112,000) | ($2,188,000) | ($76,000) | 3.60% |
| **Adjustments to reconcile net loss to net cash used in operating activities:** | | | | |
| **Inventory write downs** | ($3,000) | $113,000 | $116,000 | 3,866.67% |
| **Changes in operating assets and liabilities:** | | | | |
| **Accounts receivable** | ($2,050,000) | ($2,040,000) | $10,000 | 0.49% |
| **Inventories** | ($496,000) | ($546,000) | ($50,000) | 10.08% |

91. The 1Q24 10-Q also misleadingly understated the existence of material weaknesses in the Company's internal control over financial reporting. The 1Q24 10-Q stated that:

> Under the supervision of management, including our Chief Executive Officer and our Chief Financial Officer, we conducted an evaluation of the effectiveness of our internal control over financial reporting based on the framework in Internal Control - Integrated Framework issued by the Committee of Sponsoring Organizations of the Treadway Commission (2013 framework) and subsequent guidance prepared by the Commission specifically for smaller public companies as of September 30, 2023. ***Based on that evaluation, our management concluded that our internal control over financial reporting was not effective as of September 30, 2023 due to an identified material weakness as a result of not having sufficient personnel resources with technical accounting expertise related to certain aspects of the financial reporting process***. Management intends to implement measures designed to improve our internal control over financial reporting to remediate material weaknesses, including the use of third-party consultants and accounting experts.

(Emphasis added).

92. These statements were misleading because they gave the false impression that the Company had disclosed all of its material weaknesses in its internal control over financial reporting, when in truth there were additional undisclosed material weaknesses. Specifically, the

Company failed to disclose an additional material weakness in its internal controls: a lack of sufficiently designed controls to support an effective assessment of its internal controls relating to the prevention of fraud and possible management override of controls. This undisclosed material weakness was demonstrated by, and contributed in material part to, the various inventory reporting and accounting errors detailed in the restatement.

93. On February 8, 2024, Flux Power filed with the SEC its quarterly report on Form 10-Q for the quarter ended December 31, 2023 ("2Q24 10-Q"). Dutt and Scheiwe signed the 2Q24 10-Q. The 2Q24 10-Q contained false financial statements, which were later restated in the 2024 10-K. The following chart presents each of the false financial statements contained in the 2Q24 10-Q, the true values as restated in the 2024 10-K, and the difference between the false and restated values in absolute and percentage terms.[8]

[8] The 2Q24 10-Q also contained false financial statements for the three-month period ended December 31, 2023, which were explicitly restated in the 2024 10-K. Those three-month figures were false as stated in the 2Q24 10-Q, but they are not explicitly laid out in the following charts for ease of reading. The figures provided in the charts below for the six-month period ended December 31, 2023 include and incorporate the three-month figures, which can be calculated by subtracting from the six-month figures the respective amounts from the 1Q24 10-Q.

| 2Q24 10-Q: Consolidated Balance Sheet<br>December 31, 2023 | | | | |
|---|---|---|---|---|
| | **As Falsely Reported** | **As Restated** | **Adjustment Amount** | **Adjustment Percent** |
| **Current assets:** | | | | |
| **Accounts Receivable** | $12,579,000 | $12,726,000 | $147,000 | 1.17% |
| **Inventories, net** | $18,283,000 | $15,554,000 | ($2,729,000) | 14.93% |
| **Total current assets** | $33,388,000 | $30,806,000 | ($2,582,000) | 7.73% |
| **Total assets** | $37,669,000 | $35,087,000 | ($2,582,000) | 6.85% |
| **Current liabilities:** | | | | |
| **Accounts payable** | $10,021,000 | $10,361,000 | $340,000 | 3.39% |
| **Accrued expenses** | $3,290,000 | $3,350,000 | $60,000 | 1.82% |
| **Total current liabilities** | $28,397,000 | $28,797,000 | $400,000 | 1.41% |
| **Total liabilities** | $30,286,000 | $30,686,000 | $400,000 | 1.32% |
| **Stockholders' equity:** | | | | |
| **Accumulated deficit** | ($91,481,000) | ($94,463,000) | ($2,982,000) | 3.26% |
| **Total stockholders' equity** | $7,383,000 | $4,401,000 | ($2,982,000) | 40.39% |
| **Total liabilities and stockholders' equity** | $37,669,000 | $35,087,000 | ($2,582,000) | 6.85% |

| 2Q24 10-Q: Consolidated Statement of Operations<br>For The Six Months Ended December 31, 2023 | | | | |
|---|---|---|---|---|
| | **As Falsely Reported** | **As Restated** | **Adjustment Amount** | **Adjustment Percent** |
| **Revenues** | $33,141,000 | $32,990,000 | ($151,000) | 0.46% |
| **Cost of sales** | $23,162,000 | $23,374,000 | $212,000 | 0.91% |
| **Gross profit** | $9,979,000 | $9,616,000 | ($363,000) | 3.64% |
| **Operating expenses:** | | | | |
| **Research and development** | $2,735,000 | $2,530,000 | ($205,000) | 7.49% |
| **Total operating expenses** | $12,053,000 | $11,848,000 | ($205,000) | 1.70% |
| **Operating loss** | ($2,074,000) | ($2,232,000) | ($158,000) | 7.62% |
| **Net loss** | ($2,926,000) | ($3,084,000) | ($158,000) | 5.40% |
| **Net loss per share – basic and diluted** | ($0.18) | ($0.19) | ($0.01) | 5.56% |

| **2Q24 10-Q: Consolidated Statements of Cash Flows<br>For The Six Months Ended December 31, 2023** | | | | |
|---|---|---|---|---|
| | **As Falsely Reported** | **As Restated** | **Adjustment Amount** | **Adjustment Percent** |
| **Cash flows from operating activities:** | | | | |
| **Net loss** | ($2,926,000) | ($3,084,000) | ($158,000) | 5.40% |
| **Adjustments to reconcile net loss to net cash used in operating activities:** | | | | |
| **Fair value of warrants issued as debt discount cost** | $92,000 | $0.00 | ($92,000) | 100% |
| **Inventory write downs** | ($2,000) | $233,000 | $235,000 | 11,850% |
| **Changes in operating assets and liabilities:** | | | | |
| **Accounts receivable** | ($3,930,000) | ($3,926,000) | $4,000 | 0.10% |
| **Inventories** | $715,000 | $371,000 | ($344,000) | $48.11% |
| **Other assets** | ($157,000) | ($65,000) | $92,000 | 58.60% |
| **Accounts payable** | $286,000 | $489,000 | $203,000 | 71.33% |
| **Accrued expenses** | $109,000 | $169,000 | $60,000 | 55.05% |
| **Supplemental Disclosure of Non-Cash Investing and Financing Activities:** | | | | |
| **Warrants issued in connection with borrowing agreements, recorded as debt issuance cost** | $0.00 | $92,000 | $92,000 | [n/a] |

94. The 2Q24 10-Q also misleadingly understated the existence of material weaknesses in the Company's internal control over financial reporting. The 2Q24 10-Q stated that:

> Under the supervision of management, including our Chief Executive Officer and our Chief Financial Officer, we conducted an evaluation of the effectiveness of our internal control over financial reporting based on the framework in Internal Control - Integrated Framework issued by the Committee of Sponsoring Organizations of the Treadway Commission (2013 framework) and subsequent guidance prepared by the Commission specifically for smaller public companies as of December 31, 2023. ***Based on that evaluation, our management concluded that our internal control over financial reporting was not effective as of December 31, 2023 due to an identified material weakness as a result of not having sufficient personnel resources with technical accounting expertise related to certain aspects of the financial reporting process***. Management intends to implement measures designed to improve

> our internal control over financial reporting to remediate material weaknesses, including the use of third-party consultants and accounting experts.
>
> (Emphasis added).

95. These statements were misleading because they gave the false impression that the Company had disclosed all of its material weaknesses in its internal control over financial reporting, when in truth there were additional undisclosed material weaknesses. Specifically, the Company failed to disclose an additional material weakness in its internal controls: a lack of sufficiently designed controls to support an effective assessment of its internal controls relating to the prevention of fraud and possible management override of controls. This undisclosed material weakness was demonstrated by, and contributed in material part to, the various inventory reporting and accounting errors detailed in the restatement.

96. On May 13, 2024, Flux Power filed with the SEC its quarterly report on Form 10-Q for the quarter ended March 31, 2024 ("3Q24 10-Q"). Dutt and Royal signed the 3Q24 10-Q. The 3Q24 10-Q contained false financial statements, which were later restated in the 2024 10-K. The following chart presents each of the false financial statements contained in the 3Q24 10-Q, the true values as restated in the 2024 10-K, and the difference between the false and restated values in absolute and percentage terms.[9]

---

[9] The 3Q24 10-Q also contained false financial statements for the three-month period ended March 31, 2024, which were explicitly restated in the 2024 10-K. Those three-month figures were false as stated in the 3Q24 10-Q, but they are not explicitly laid out in the following charts for ease of reading. The figures provided in the charts below for the nine-month period ended March 31, 2024 include and incorporate the three-month figures, which can be calculated by subtracting from the nine-month figures the respective six-month amounts from the 2Q24 10-Q.

| 3Q24 10-Q: Consolidated Balance Sheet<br>March 31, 2024 | | | | |
|---|---|---|---|---|
| | **As Falsely Reported** | **As Restated** | **Adjustment Amount** | **Adjustment Percent** |
| **Current assets:** | | | | |
| **Accounts Receivable** | $10,404,000 | $10,468,000 | $64,000 | 0.62% |
| **Inventories, net** | $20,174,000 | $17,362,000 | ($2,812,000) | 13.94% |
| **Total current assets** | $32,668,000 | $29,920,000 | ($2,748,000) | 8.41% |
| **Total assets** | $36,782,000 | $34,034,000 | ($2,748,000) | 7.47% |
| **Current liabilities:** | | | | |
| **Accounts payable** | $11,050,000 | $11,394,000 | $344,000 | 3.11% |
| **Accrued expenses** | $3,645,000 | $3,900,000 | $255,000 | 7.00% |
| **Total current liabilities** | $29,702,000 | $30,301,000 | $599,000 | 2.02% |
| **Total liabilities** | $31,366,000 | $31,965,000 | $599,000 | 1.91% |
| **Stockholders' equity:** | | | | |
| **Accumulated deficit** | ($94,121,000) | ($97,468,000) | ($3,347,000) | 3.56% |
| **Total stockholders' equity** | $5,416,000 | $2,069,000 | ($3,347,000) | 61.80% |
| **Total liabilities and stockholders' equity** | $36,782,000 | $34,034,000 | ($2,748,000) | 7.47% |

| 3Q24 10-Q: Consolidated Statement of Operations<br>For The Nine Months Ended March 31, 2024 | | | | |
|---|---|---|---|---|
| | **As Falsely Reported** | **As Restated** | **Adjustment Amount** | **Adjustment Percent** |
| **Revenues** | $47,598,000 | $47,447,000 | ($151,000) | 0.32% |
| **Cost of sales** | $33,299,000 | $33,806,000 | $577,000 | 1.52% |
| **Gross profit** | $14,369,000 | $13,641,000 | ($728,000) | 5.07% |
| **Operating expenses:** | | | | |
| **Research and development** | $4,021,000 | $3,816,000 | ($205,000) | 5.10% |
| **Total operating expenses** | $18,650,000 | $18,445,000 | ($205,000) | 1.10% |
| **Operating loss** | ($4,281,000) | ($4,804,000) | ($523,000) | 12.22% |
| **Net loss** | ($5,566,000) | ($6,089,000) | ($523,000) | 9.56% |
| **Net loss per share – basic and diluted** | ($0.34) | ($0.37) | ($0.03) | 8.82% |

| 3Q24 10-Q: Consolidated Statements of Cash Flows<br>For The Nine Months Ended March 31, 2024 | | | | |
|---|---|---|---|---|
| | **As Falsely Reported** | **As Restated** | **Adjustment Amount** | **Adjustment Percent** |
| **Cash flows from operating activities:** | | | | |
| **Net loss** | ($5,566,000) | ($6,089,000) | ($523,000) | 9.40% |
| **Adjustments to reconcile net loss to net cash used in operating activities:** | | | | |
| **Fair value of warrants issued as debt discount cost** | $92,000 | $0.00 | ($92,000) | 100% |
| **Inventory write downs** | $13,000 | $358,000 | $345,000 | 2,653.85% |
| **Changes in operating assets and liabilities:** | | | | |
| **Accounts receivable** | ($1,755,000) | ($1,668,000) | $87,000 | 4.96% |
| **Inventories** | ($1,191,000) | ($1,562,000) | ($371,000) | 31.15% |
| **Other assets** | ($81,000) | $11,000 | $92,000 | |
| **Accounts payable** | $1,315,000 | $1,522,000 | $207,000 | 15.74% |
| **Accrued expenses** | $464,000 | $719,000 | $255,000 | 54.96% |
| **Supplemental Disclosure of Non-Cash Investing and Financing Activities:** | | | | |
| **Warrants issued in connection with borrowing agreements, recorded as debt issuance cost** | $0.00 | $92,000 | $92,000 | [n/a] |

97. The 3Q24 10-Q also misleadingly understated the existence of material weaknesses in the Company's internal control over financial reporting. The 3Q24 10-Q stated that:

> Under the supervision of management, including our Chief Executive Officer and our Chief Financial Officer, we conducted an evaluation of the effectiveness of our internal control over financial reporting based on the framework in Internal Control - Integrated Framework issued by the Committee of Sponsoring Organizations of the Treadway Commission (2013 framework) and subsequent guidance prepared by the Commission specifically for smaller public companies as of March 31, 2024. ***Based on that evaluation, our management concluded that our internal control over financial reporting was not effective as of March 31, 2024 due to previously identified material weaknesses as a result of not having sufficient personnel resources with technical accounting expertise related to certain aspects of the financial reporting process***.

> Management engaged a financial consultant during the quarter ended March 31, 2024 with extensive technical accounting expertise in order to provide the technical advice needed. Management has also strengthened the Company's financial expertise by recently hiring an experienced chief financial officer in early March 2024. Management believes that such staff and consultant additions have improved our internal control over financial reporting and has moved us towards remediating previously identified material weaknesses.
>
> (Emphasis added).

98. These statements were misleading because they gave the false impression that the Company had disclosed all of its material weaknesses in its internal control over financial reporting, when in truth there were additional undisclosed material weaknesses. Specifically, the Company failed to disclose an additional material weakness in its internal controls: a lack of sufficiently designed controls to support an effective assessment of its internal controls relating to the prevention of fraud and possible management override of controls. This undisclosed material weakness was demonstrated by, and contributed in material part to, the various inventory reporting and accounting errors detailed in the restatement.

**<u>False and Misleading SOX Certifications</u>**

99. Attached to the 1Q22 10-Q, 2Q22 10-Q, 3Q22 10-Q, 2022 10-K, 1Q23 10-Q, 2Q23 10-Q, 3Q23 10-Q, 2023 10-K, 1Q24 10-Q, and 2Q24 10-Q were SOX certifications signed by Dutt and Scheiwe, attesting to the accuracy of financial reporting in the report, the disclosure of any material changes to the Company's internal control over financial reporting, and the disclosure of all fraud. Attached to the 3Q24 10-Q were SOX certifications signed by Dutt and Royal, containing the same attestations.

100. Specifically, the SOX certifications attached to each of the 1Q22 10-Q, 2Q22 10-Q, 3Q22 10-Q, 2022 10-K, 1Q23 10-Q, 2Q23 10-Q, 3Q23 10-Q, 2023 10-K, 1Q24 10-Q, 2Q24 10-Q, and 3Q24 10-Q reports stated that: (1) "this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report"; and (2) "the financial statements, and other financial information

included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the Registrant as of, and for, the periods presented in this report."

101. The SOX certifications also stated that the certifying officers "are responsible for establishing and maintaining disclosure controls and procedures ... and internal control over financial reporting" for the Company, and that they have designed (or supervised the design of) the Company's internal control over financial reporting "to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with [GAAP], and disclosed any new material changes in the Company's internal control over financial reporting. The SOX certifications also stated that the certifying officers had disclosed to the Company's auditors and the Board's audit committee "[a]ll significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the Registrant's ability to record, process, summarize and report financial information."

102. The statements in each of these SOX certifications were false because each of the reports to which these SOX certifications were attached did contain untrue financial statements and/or omitted material facts that rendered certain of its statements misleading, as identified above, and accordingly the financial statements and information in the report did not fairly present in all material respects the financial condition of the Company for the periods covered by the respective reports.

## PLAINTIFFS AND THE CLASS WERE DAMAGED WHEN THE COMPANY'S TRUE FINANCIALS AND INTERNAL CONTROL WEAKNESSES WERE REVEALED

103. Defendants' false and misleading statements about Flux Power's financial results and internal controls over financial reporting, as identified above, concealed from investors the true adverse facts about financial state of the Company. Those facts gradually came to light through a series of partial disclosures beginning in September 2024, revealing the material falsity of the Company's financial reporting in quarterly and annual reports from FY2022 through FY2024, the need for (and impact of) restating each of these financial statements, and previously

undisclosed or misleadingly understated material weaknesses in the Company's internal control over financial reporting.

104. As the truth came to light, the series of revelations and materializations of undisclosed risks caused Flux Power's share price to fall precipitously, from $3.17 at the start of the Class Period to only $1.46 by the end, harming Plaintiffs and the Class.

105. On September 5, 2024, after the market closed, Flux Power filed with the SEC a current report on Form 8-K announcing it would need to restate certain of its previous financial statements ("Restatement Announcement"). The Restatement Announcement partially revealed that Defendants' prior statements relating to the Company's inventory were false, and it explained that the Company was assessing whether other financial figures and prior financial statements might need to be restated as well.

106. The Restatement Announcement revealed that on August 30, 2024, the Company's Board concluded that Flux Power's financial statements for all of FY2023 and the first three quarters of FY2024 "should no longer be relied upon because of errors in such financial statements relating to the improper accounting for inventory and a restatement should be undertaken." As the Restatement Announcement explained, the Company found an overstatement of inventory of approximately $1.7 million, which resulted in an overstatement of current assets, total assets, and gross profit and an understatement of cost of sales and net loss in the implicated financial statements. The Company also noted that it was evaluating the impact of these errors on financial statements for other prior periods to determine if additional financial statements would have to be restated for inventory reporting errors or other reasons.

> ... During the Company's preparation of financial statements for the year ended June 30, 2024, it became aware that (i) approximately $1.2 million of excess and obsolete inventory, primarily as a result of a change in battery cells from a new supplier, was not properly reserved or written-off in earlier periods resulting in an overstatement of inventory, and (ii) certain loaner service packs were improperly accounted for as finished goods inventory as of June 30, 2023 resulting in an overstatement of inventory of approximately $0.5 million. As a result, the Company concluded that the errors resulted in (i) an overstatement of inventory, current assets, total assets and accumulated deficit on its balance sheet, and

> (ii) an understatement of cost of sales and net loss, and overstatement of gross profit on its statement of operations in the Prior Financial Statements. The Company is also evaluating the impact that improper accounting for inventory had on other historical financial statements for previous quarterly and fiscal periods which also could include the audited consolidated financial statements as of and for the years ended June 30, 2022 and 2021, as well as the quarterly unaudited consolidated financial statements within the years ended June 30, 2022, 2021 and 2020.
>
> Based upon the foregoing, the Company's Board of Directors is evaluating the impact of these matters on previous fiscal years and quarters to determine which financial statements in addition to the Prior Financial Statements may need to be restated and, as a part of this evaluation, may include additional revisions and/or adjustments to the Prior Financial Statements other than inventory that may be identified during the restatement process. Based on the results of the Board's evaluation, the Company intends to file with the SEC one or more amended periodic reports covering the impacted financial statements as soon as practicable.

107. The Restatement Announcement also revealed that the inventory reporting errors represented an additional material weakness in the Company's disclosure controls and procedures and the Company's internal control over financial reporting, which had not previously been disclosed.

> Management previously concluded that the Company's disclosure controls and procedures and internal control over financial reporting were not effective during the periods covered by the Prior Financial Statements due to previously identified material weaknesses resulting from having insufficient personnel resources with technical accounting expertise related to certain aspects of the financial reporting process. As part of its ongoing remedial efforts to strengthen controls and procedures, the Company engaged an external financial consultant with extensive technical accounting expertise during the quarter ended March 31, 2024. In addition, in early March of 2024, the Company strengthened its internal financial expertise by hiring a new Chief Financial Officer with over 20 years of experience with publicly traded companies and finance and accounting and who also served as an auditor for 10 years with Ernst & Young LLP, where he became a certified public accountant.
>
> ***After re-evaluation, the Company's management has concluded that considering the errors described above, this represents an additional material weakness in the Company's disclosure***

> ***controls and procedures and the Company's internal control over financial reporting***. To address this material weakness, management plans to continue to devote significant effort and resources to the remediation and improvement of the Company's internal control over financial reporting. While the Company has processes to account for its inventory, under the leadership of the Company's new Chief Financial Officer, the Company intends to strengthen its internal processes and procedures over inventory management and reporting. The Company has begun updating its processes and controls around inventory obsolescence, the timing of its internal inventory audits and implementation of other measures. In addition, the Company has also recently engaged an external financial consultant with extensive technical accounting expertise to assist with the analysis of prior periods, along with an independent law firm to conduct an internal review of the events and activities leading to errors in the financial statements.

(Emphasis added).

108. Finally, the Restatement Announcement also revealed that the inventory reporting error violated certain requirements under the Company's loan agreement with Gibraltar Business Capital, LLC ("GBC"), which provided the Company with a $16 million revolving credit facility. The Restatement Announcement reported that GBC had agreed to waive the Company's non-compliance under the loan agreement in this instance so that the credit facility remained available.

109. The Restatement Announcement partially revealed to the market for the first time (1) the falsity of the financial statements included in the 1Q23 10-Q, 2Q23 10-Q, 3Q23 10-Q, 2023 10-K, 1Q24 10-Q, 2Q24 10-Q, and 3Q24 10-Q; (2) that the Company was evaluating the impact of these inventory reporting errors on the financial statements for additional periods as well; (3) that the Company had an additional, previously undisclosed, material weakness in its internal control over financial reporting; and (4) that the Company's false financial statements had imperiled its revolving credit facility with GBC.

110. Following the Restatement Announcement, the price of Flux Power common stock fell by $0.17, or 5.4%, to close at $3.00 on September 6, 2024.

111. On September 30, 2024, after the market closed, the Company filed with the SEC a notification of late filing on Form 12b-25. The Form 12b-25 explained that Flux Power would be unable to timely file its annual report for FY2024. The Company explained that it had commenced the restatement process and intended to present the restatement in its upcoming

annual report, but required additional time to prepare and review the consolidated financial statements for the report. This disclosure partially revealed to the market that the scope of the restatement and investigation was so substantial that the Company would require more time to identify and correct all of the errors and financial statements that must be restated.

112. On this news, the price of Flux Power common stock fell by $0.18 per share, or 5.9%, to close at $2.86 on October 1, 2024.

113. On November 15, 2024, after the market closed, Flux Power issued a press release that provided an update on the Company's restatement process. The press release revealed that: "A further detailed review of this and related items has resulted in estimated noncash inventory write-downs of approximately $4.4 million and related noncash warranty related items of approximately $0.5 million, ***totaling adjustments of approximately $4.9 million***. This impact is not a one-time adjustment but impacting multiple quarters over multiple years."

114. This press release partially revealed to the market for the first time that the total amount of the restatement adjustments would be approximately $4.9 million, ***roughly three times*** the amount ($1.7 million) originally estimated in the Restatement Announcement.

115. On this news, the price of Flux Power common stock fell by $0.12 per share, or 5.5%, to close at $2.07 on November 18, 2024.

116. On November 21, 2024, after the market closed, Flux Power issued a press release announcing that Defendant Dutt had notified the Company's board of directors "that he intends to retire from his positions upon the appointment of a successor," and that the board had begun searching for his replacement. As the Company had already replaced its CFO just months earlier, and it was in the midst of investigating substantial and pervasive errors in its financial statements dating back years, and which had been revealed just days previously to be three times larger than originally estimated, Dutt's departure further revealed to investors the extent of the Company's (and its management's) failure to implement effective disclosure controls and internal control over its financial reporting. Moreover, upon information and belief, based on the timing of both Dutt's and Scheiwe's abrupt departures from the Company amidst the comprehensive investigation and restatement process in light of the rampant accounting errors and false statements over multiple years, Dutt and Scheiwe's departures were not voluntary resignations

or retirements but actually the result of them being forced out due to their role in, and knowledge or reckless disregard of, the fraud alleged herein.[10]

117. On this news, the price of Flux Power common stock fell by $0.31 per share, or 13.1%, to close at $2.06 on November 22, 2024.

118. On January 7, 2025, Flux Power announced that it was replacing its Chief Revenue Officer, Tod Kilgore, further revealing to investors the continuing parade of the Company's senior officers out the door in the wake of the restatement issues.

119. On January 8, 2025, after the market closed, Flux Power filed a Current Report with the SEC on Form 8-K, announcing that its independent auditor, Baker Tilly, would end its engagement with the Company and not stand for re-election after completing the audit for FY2024. The Company also announced that Baker Tilly was replaced by Haskell & White LLP, a much smaller accounting firm. While Baker Tilly is the U.S. branch of an international accounting firm (Baker Tilly International) that has over 43,000 professionals and is one of the ten largest accounting firms in the world by revenue, Haskell & White LLP has only roughly 120 professionals in two offices in Southern California.

120. On this news, the price of Flux Power common stock fell by $0.27 per share, or 13.6%, to close at $1.72 on January 8, 2025. No other material, adverse, value-relevant, Company-specific news was released between the announcement of Mr. Kilgore's departure and the announcement of Baker Tilly's departure. Therefore, the stock price decline on January 8, 2025 was caused by: (A) the announcement of Mr. Kilgore's resignation; and/or (B) the leakage of information concerning the departure of Baker Tilly to some market participants before the official announcement was released.

121. On January 29, 2025, after the market closed, Flux Power filed its 2024 10-K. The 2024 10-K finally revealed the full restatement, which spanned not just FY2023 and FY2024 (and each quarterly and annual financial statement issued for those periods) as previously disclosed, but also all of FY2022. In addition to the FY2023 and FY2024 financial statements,

---

[10] To the extent the Company's formal explanations for Dutt's and Scheiwe's departures represented that such decisions were voluntary, Plaintiffs allege that these were false representations negotiated as part of their respective departures to allow Defendants to save face.

the 2024 10-K revealed that the FY2022 financial statements also "could no longer be relied upon due to material accounting errors identified by management" and were being restated.

122. The 2024 10-K also revealed that the Company had discovered additional material errors in its financial reporting, through the internal investigation following the initial discovery of the inventory reporting errors. The Company conceded that "***[t]he impact of applying corrections for these errors is material***," and noted that "[a]ll material restatement information is included in this Annual Report." The specific additional material errors and GAAP violations revealed by the Company in the 2024 10-K included:

> (a) the Company's original estimate of the overstatement of inventories had risen due to additional excess and obsolete inventory identified related to inventory components not recorded at the lower of cost or net realizable value, as well as consigned inventory not reconciled in a timely manner;
>
> (b) the Company had not properly recognized revenue in the periods in which the related performance obligations had been satisfied for a contract with a certain customer, and that the Company had improperly recorded accounts receivable pertaining to that contract as a reduction to its accounts payable owed to that customer although the right of offset conditions under ASC 210-20 had not been met, resulting in misstatements to revenues, accounts receivable and accounts payable;
>
> (c) the Company had improperly recorded various inventory write downs to research and development expenses although such expenses did not meet the classification criteria for research and development under ASC 730, resulting in an overstatement of research and development expenses and a corresponding understatement of cost of sales;
>
> (d) the Company had various clearing accounts that had not been reconciled in a timely manner, resulting in misstatements of accounts payable, inventories and cost of sales;
>
> (e) the Company had not included certain product warranty-related expenses within the proper periods in its calculation of its product warranty reserve estimate, resulting in an understatement of accrued expenses, an understatement of accounts payable and an understatement of cost of sales;
>
> (f) the Company erroneously presented non-cash debt issuance cost incurred in conjunction with credit facility arrangements as a non-cash adjustment to reconcile net loss to net cash used in

> operating activities in the consolidated cash flow statements when such cost should have been recognized as a change in other assets.

123. The 2024 10-K also provided further detail on the additional material weakness in the Company's disclosure controls and internal control over financial reporting, as first identified in the Restatement Announcement. Specifically, the Company revealed that the additional material weakness demonstrated by the inventory reporting and other accounting errors entailed "a lack of sufficiently designed controls that support an effective assessment of our internal controls relating to the prevention of fraud and possible management override of controls."

> ***After re-evaluation, the Company's management has concluded that in connection with restatement and due to a lack of sufficiently designed controls that support an effective assessment of our internal controls relating to the prevention of fraud and possible management override of controls, this represents an additional material weakness in the Company's disclosure controls and procedures and the Company's internal control over financial reporting.*** To address this material weakness, management plans to continue to devote significant effort and resources to the remediation and improvement of the Company's internal control over financial reporting. While the Company has processes to account for its inventory, under the leadership of the Company's new Chief Financial Officer, the Company intends to strengthen its internal processes and procedures over inventory management and reporting. The Company has begun updating its processes and controls around inventory obsolescence, the timing of its internal inventory audits and implementation of other measures. In addition, in August 2024, the Company engaged an external financial consulting firm with extensive technical accounting expertise to assist with the analysis of prior periods, along with an independent law firm to conduct an internal review of the events and activities leading to errors in the financial statements.
>
> (Emphasis added).

124. The 2024 10-K also explained that its failure to timely file the 2024 10-K resulted in an event of default with respect to its agreement with GBC, and its failure to maintain the EBITDA covenant under the agreement as a result of the restatement would also result in a

default. GBC agreed to waive the defaults in exchange for a waiver fee of $25,000 and further representations and assurance from the Company.

125. On February 14, 2025, after the market closed, Flux Power filed a Notification of Late Filing with the SEC on Form 12b-25, explaining that it would be unable to timely file its quarterly report for the second quarter of FY2025 due to, among other things, the delayed filing of the 2024 10-K resulting from the restatement, and the replacement of its independent outside auditor. On this Form 12b-25, the Company also revealed that it "anticipates reporting a significant increase in administrative expenses relating to the restatement process. As a result, the registrant expects to report an increase in net loss of approximately $1,000,000 and $500,000 for the three and six months ended December 31, 2024, respectively, as compared to the corresponding period in 2023. The increased expenses are a direct result of non-recurring charges associated with the restatement process, severance payments to an executive employee and the accrual of separation payments to be made to Ronald F. Dutt, the Chief Executive Officer, upon his retirement."

126. On this news, the price of Flux Power common stock fell by $0.18 per share, or 11.0%, to close at $1.46 on February 18, 2025.

127. On March 10, 2025, Flux Power announced that Defendant Dutt notified the Company's board of directors of his decision to retire and resign from his positions as director, Chairman of the Board, CEO and President of the Company, effective immediately.

128. On March 20, 2025, Flux Power filed its quarterly report with the SEC on Form 10-Q for the quarter ended December 31, 2024. The report revealed that the Company's "selling and administrative expenses" for the quarter increased by $1.4 million (30%) year-over-year, and by $1.8 million (19%) year-over-year for the six months ended December 31, 2024. The Company explained that these increases were "primarily attributable to higher variable incentive compensation, severance and professional fees associated with the multi-year restatement of previously filed financial statements." Those year-over-year increases represented

approximately 8.3% of the Company's total revenues and 73.8% of its net loss for the quarter, and 5.4% of its revenues and 50.1% of its net loss for the six-month period.

## ADDITIONAL FACTS SUPPORTING A STRONG INFERENCE OF SCIENTER

129. Each of the false and misleading statements and omissions identified above was made with Defendants' knowledge of, or severely reckless disregard for, the falsity and/or misleading nature of those statements.

130. Flux Power is liable for the acts of the Individual Defendants and its employees under the doctrine of *respondeat superior* and common law principles of agency because all of the wrongful acts complained of herein were carried out within the scope of their employment. Accordingly, the scienter of the Individual Defendants and other employees and agents of the Company is imputed to Flux Power. This is particularly true with respect to Defendants Dutt and Scheiwe, senior officers of Flux Power (and Dutt its Chairman) who were sufficiently senior in the organization that it is proper to impute their scienter to Flux Power.

131. Several material adverse facts underlying the false and/or misleading nature of Defendants' statements were already known to, or recklessly disregarded by, Defendants at the time the statements were made, supporting a strong inference that Defendants acted knowingly or with severe recklessness in making, and causing Flux Power to make, those statements. This inference of scienter is cogent and at least as compelling as any opposing inference that one could draw from the facts alleged herein.

132. For example, the previously undisclosed material weaknesses in the Company's internal control over financial reporting were known to, or recklessly disregarded by, Defendants when each of the above statements were made. FE2 reported that the Company held daily morning meetings discussing internal control issues, with key concerns addressed in subsequent high-level breakout meetings that would occur weekly. According to FE2, every department head participated in these meetings, raising relevant issues including obsolescence. Dutt and Scheiwe attended these meetings.

133. According to FE1, there were concerns at Flux Power regarding the Company's internal controls by at least 2022, specifically about a lack of secondary reviews for financial accounting statements. FE1 explained that Dutt and Scheiwe would have been aware of those concerns. FE1 reported that Flux Power attempted to address this issue by implementing additional signatures on the approval of documents, journal entries, and estimated reserves, which Scheiwe signed off on. FE1 personally attended meetings at which these issues were discussed, and Scheiwe and other financial managers also attended. FE1 recalled that memos or reports discussing these internal controls issues were circulated throughout Flux Power's management.

134. According to FE1, Flux Power implemented new control procedures around the summer of 2022, focusing on senior management's review and sign-off on significant assumptions, estimates, and underlying data for financial schedules and reporting. According to FE1, the Company's Accounting Manager, Mike Ally, signed off on preparations of these critical documents, with Scheiwe conducting the final review. The second-level review and approval for all manual journal entries involving significant estimates and assumptions were signed by Ally and Scheiwe, among others.

135. The Company's lack of sufficient personnel with technical accounting experience was also known to Defendants long before the above statements were made. Indeed, the Company only disclosed this personnel deficiency in its public filings after its auditor, Baker Tilly, raised concerns over the lack of qualified personnel to the Company's management.

136. FE3 explained that Flux Power did not have a robust finance department during FE3's tenure with Flux Power, recalling only two financial analysts employed by the Company: the Director of Finance and one Senior Analyst. According to FE3, Scheiwe was in charge of financial reporting and staffing adequate accounting personnel. Most of the Company's accounting work was performed by Scheiwe, FE3, and Messervy. FE4 also noted that the accounting staff that was hired by Scheiwe was predominantly younger and inexperienced, and

mostly focused on accounts payable. FE5 corroborated that Flux Power's accounting personnel was mostly junior accountants, lacked expertise, and were largely under- or unqualified.

137. FE1 served as the main liaison between the Company and its independent outside auditor at the time, Baker Tilly, and as the intermediary between Baker Tilly and Scheiwe. Based on FE1's experience at the Company, FE1 believed that when Flux Power disclosed that it had insufficient personnel resources with technical accounting expertise in financial reporting, it was Baker Tilly who had first raised those concerns to Flux Power's management. Baker Tilly had demanded additional reviews and details so that they would feel comfortable signing off on the Company's financials. According to FE1, Baker Tilly grew more and more uncomfortable with the Company's level of qualified personnel and believed that Flux Power lacked qualified experts. Based on FE1's experience at the Company, FE1 believed that Baker Tilly wanted to make clear that blame for the Company's accounting personnel deficiencies (and any resulting consequences) lay with the Company's management, including Scheiwe.

138. FE1 reported that Flux Power hired a single third-party consultant—an individual CPA, not a full accounting firm—at the end of 2023 to assist with financial reporting. According to FE1, Flux Power hired the CPA only because Baker Tilly wanted to ensure the accuracy of the financial statements regarding warranty and inventory reserves by having independent review of key assumptions and opinions before Baker Tilly signed off. According to FE1, there were no internal hires for qualified accounting personnel at this time in order to attempt to remedy the material weakness, only the one outside CPA consultant that was brought in. FE1 reported that everything the CPA prepared for Flux Power went to FE1 and Scheiwe for review.

139. FE1 reported directly to the Company's new CFO, Kevin Royal, when Royal replaced Scheiwe in March 2024. FE1 did not observe any further changes to Flux Power's internal controls over financial reporting implemented during the two months under Royal's management before FE1 left the Company.

140. FE1 recalled that at least one member of the Company's Board had asked Scheiwe to leave. According to FE3, Scheiwe had faced multiple potential terminations by the Board for

over a year and a half before Scheiwe left the Company. FE3 also reported that large shareholders of the Company had expressed a desire to remove Dutt as CEO.

141. Indeed, the timing of Scheiwe's replacement as Flux Power's CFO, shortly after material weaknesses in the Company's internal control over financial reporting that were uniquely within his control (*i.e.*, the hiring of qualified accounting personnel) were disclosed at the urging of the Company's auditor, further supports an inference that Scheiwe knew of the previously undisclosed material weakness and knew or recklessly disregarded the risk of accounting errors caused or exacerbated by the personnel deficiency. The subsequent rapid replacements of Flux Power's CEO, Dutt, its Chief Revenue Officer, Mr. Kilgore, and its outside auditor, Baker Tilly, all in the midst of the Company's then-ongoing restatement three years of error-filled financial statements, also supports a strong inference that Defendants knew or recklessly disregarded the undisclosed true facts when making the false and misleading statements during the Class Period.

142. Defendants were also aware of, or recklessly disregarded, facts concerning the true state of Flux Power's inventory, loaner packs, and warranty reserve and how they should be accounted for and reported in financial statements. According to FE3, the Company's Purchasing Department proposed and implemented a plan to acquire substantial battery inventory during the Covid-19 pandemic to ensure product availability in light of increasing demand. However, the Company's manufacturing operations were unable to support the increased demand, which resulted in over-purchasing and amassing an excessive accumulation of battery inventory. FE3 also explained that there was a substantial amount of obsolete inventory attributable to the Company's overbuying during the pandemic, and delayed commitments from major customers Crowne and Toyota, whose orders were postponed for six months resulting in accumulating inventory.

143. FE5 also corroborated that overbuying materials, which happened frequently because purchases were based on inaccurate quarterly forecasts without accounting for revised

designs and materials requirements, contributed significantly to the Company's excess inventory problems.

144. According to FE4, shortly prior to the Class Period Flux Power had ordered millions of dollars in M36 battery packs and related subcomponents like cables, circuit boards, and shells in connection with a particular battery design. Then, despite the battery design being less than one year old, the Company decided to move to a new design. However, the millions of dollars in orders for battery packs and subcomponents could not be canceled and that inventory was unusable for the new design. Per FE4, Flux Power "changed suppliers and had to gobble up all materials from the old supplier," leading to significant amounts of excess and obsolete inventory. Flux Power was under contract for minimum orders, so the Company had to buy certain amounts of inventory before terminating its contract. Flux Power purchased one million battery cells for their soon-to-be-discontinued batteries, and FE4 informed Dutt and other members of the Company's management of the future excess inventory problems and required adjustments stemming from these purchases. FE4 communicated these inventory obsolescence issues directly to Dutt, who dismissed FE4's concerns.

145. FE5 also noted that changes in battery design and suppliers had a direct impact on the Company's obsolete and excess inventory, which Defendants were aware of. According to FE5, when the Company changed its designs, as it frequently did, the new battery designs would require new cables, wires, shells, harnesses, or other materials, resulting in excess and obsolete inventory. FE5 complained about these inventory issues to Dutt but Dutt dismissed the complaints. When the Company switched battery suppliers to Eve Energy, FE5 explained that the switch had a direct impact on inventory because the new batteries were a different size and required all new subcomponents and materials, such as bus bars, harnesses, and brackets. FE5 and FE4 raised these concerns in meetings with Dutt, Scheiwe, and Berry.

146. FE4 also often explained to Berry, Dutt, and Scheiwe that the massive write-offs of inventory that the Company would have to make would require strict controls, but they dismissed FE4's input. Indeed, FE4 had discussions with Flux Power's "C-suite," including

CEO Dutt and COO Berry, about inventory problems on a daily basis, every week during morning meetings, and in smaller break-out settings, along with FE5. FE4 reported that through these regular meetings, the Company's "C-suite" including Dutt and Berry gained an understanding of the Company's inventory reserve, and Dutt and Berry specifically addressed and dismissed the concerns that FE4 raised. According to FE5, FE5 and FE4 both told Scheiwe that inventory was obsolete and needed to be written down.

147. FE4 and FE5 conducted inventory monthly, quarterly, and biannually, depending on the items (consumable stock would be inventoried less often), and daily cycle counts were performed for all items to allow them to predict shipments and purchases based on consumption. FE4 and FE5 reported specific inventory details to Flux Power's management.

148. FE4 also explained that internal controls and inventory issued were discussed during daily morning meetings that typically included at least Dutt, Berry, and other Company department heads. FE4 initially alerted Dutt and the Company's management that the Company's inventory was obsolete and needed to be written down.

149. FE5 also explained that despite FE5 and FE4 performing three comprehensive "wall to wall" inventory audits, revealing significant amounts of excess and obsolete inventory, Dutt, Berry, and Scheiwe took no relevant actions and appeared to simply ignore the problem. FE5 was never instructed to remove or discard excess inventory, or use it for scrap or alter them for other uses. FE5 reported that in FE5's twenty years of industry experience, FE5 had never encountered such a shocking lack of action on similar inventory issues.

150. According to FE5, Flux Power's management was aware of the impending obsolescence of part of its inventory but chose to delay action. Although FE4 and FE5 developed a Material Requirement Planning ("MRP") system to efficiently manage inventory, which was intended to be used with the Company's ERP system, the Company refused to use the MRP. According to FE5, the Company preferred instead to use hidden, easily deleted files on a desktop rather than a transparent tool such as the MRP.

151. According to FE2, Flux Power's ERP systems tracked business resources like inventory and provided access to shared data Company-wide. FE2 reported that the ERP system integrated Flux Power's business processes, reporting, and consolidation. Aging inventory was one of the reports available on the Company's ERP systems.

152. FE5 conducted full inventory cycle counts, equivalent to "wall to wall audits" of the Company's inventory. These counts resulted in several hundred thousand dollars of inventory that needed to be written off. FE5 and FE4 reviewed the inventory numbers and raised their concerns with the Company's "C-Suite," including Defendant Dutt. FE5 and FE4 had multiple meetings and discussions with Dutt, Scheiwe, and Berry about the Company's inventory issues. While the Company's "C-Suite" had tasked FE4 and FE5 with revamping Flux Power's inventory control, and they notified Dutt about the issues of poor inventory controls (such as engineers and manufacturing employees removing inventory for testing without proper tracking of the inventory), and FE4 and FE5 notified Dutt about these inventory control issues, Dutt repeatedly disregarded their concerns. When other departments repeatedly ignored FE4 and FE5's concerns or failed to cooperate with the inventory control processes they were implementing, FE4 and FE5 raised the issue in "countless" meetings with Flux Power's C-Suite, including Dutt, but they were ignored.

153. According to FE1, $1.7 million—the amount of overstated inventory initially reported by the Company upon first announcing the need for restatements—was an excessive figure for obsolete inventory. That the scale of the restatement expanded to nearly three times that amount, and spanned nearly three full years of materially false quarterly and annual financial statements, further demonstrates the significance of the restated financials and further supports a strong inference of scienter.

154. Indeed, the restatements revealed an overstatement of Flux Power's gross profits by over 30% and an understatement of net loss by over 5.2% in FY2022, an overstatement of gross profits by over 7.6% and an understatement of net loss by nearly 13% in FY2023, and an overstatement of gross profits by over 5.3% and an understatement of net loss by over 8.5% for

the first nine months of FY2024. The cumulative effect over the eleven-quarter span of misstated financials was an overstatement of Flux Power's gross profits by $3.63 million, or 10.3%, and an understatement of the Company's net loss by $2.39 million, or 7.9%. That the Company's financial statements materially overstated gross profits and understated net losses for nearly three full years, falsely presenting to investors a significantly rosier picture of the Company's financial condition and operations than actually existed at the time, further supports a strong inference that these false statements were made with scienter.

155. FE1 also reported that loaner service packs were closely monitored at the Company, primarily by the Operations team. FE1 recalled that loaner service packs were sometimes forgiven, repurchased, or retired to avoid returns.

156. FE3 also explained that Flux Power's loaner packs were not properly accounted for, as the customer service/warranty department had difficulty locating the loaner packs. There was no proper process in place to track the loaner packs, which led to confusion. The loaner packs would send out a location beacon when they were turned on, but when the packs were turned off or dead they did not send a signal. According to FE3, this issue was widespread and significant, causing substantial problems, affecting everyone in management, and leading to numerous discussions internally. Scheiwe told FE3 about these issues.

157. FE3 reported that Flux Power had a major warranty issue – as anyone with a battery pack problem could send the pack to any mechanic since there were few authorized dealerships for repairs. Typically, batteries were sent to a mechanic's shop without a contract.

158. Accordingly, Flux Power's management, including Defendants, were aware of, or recklessly disregarded, the issues with the Company's loaner packs and warranties that resulted in the false and restated financial statements.

## CLASS ACTION ALLEGATIONS

159. Plaintiffs bring this action as a class action pursuant to Rules 23(a) and 23(b)(3) of the Federal Rule of Civil Procedure, on behalf of themselves and the Class.

160. The members of the Class are so numerous that joinder of all members is impracticable. Throughout the Class Period, shares of the Company's common stock were actively traded on NASDAQ. While the exact number of Class members is unknown to Plaintiffs at this time and can be ascertained only through appropriate discovery, Plaintiffs believe that there are hundreds or thousands of members in the proposed Class. Millions of shares of the Company's common stock were traded publicly during the Class Period on the NASDAQ. Record owners and other members of the Class may be identified from records maintained by Flux Power or its transfer agent, and may be notified of the pendency of this action by mail or email, using forms of notice similar to those customarily used in securities class actions.

161. Plaintiffs' claims are typical of the claims of the members of the Class as all members of the Class are similarly affected by Defendants' wrongful conduct in violation of federal law that is complained of herein.

162. Plaintiffs will fairly and adequately protect the interests of the members of the Class and have retained counsel competent and experienced in class and securities litigation. Plaintiffs have no interests antagonistic to or in conflict with those of the Class.

163. Common questions of law and fact exist as to all members of the Class and predominate over any questions solely affecting individual members of the Class. Among the questions of law and fact common to the Class are:

(a) whether Defendants violated the federal securities laws as alleged herein;

(b) whether, during the Class Period, Defendants made false or misleading statements of material fact to the investing public, or omitted material facts necessary to make the statements made, in light of the circumstances under which they were made, not misleading;

(c) whether the Defendants caused the Company to issue false and misleading SEC filings and public statements during the Class Period;

(d) whether Defendants acted knowingly or recklessly in issuing, or causing the Company to issue, false and misleading SEC filings and public statements during the Class Period;

(e) whether the prices of the Company's common stock during the Class Period was artificially inflated because of the Defendants' conduct complained of herein; and

(f) whether the members of the Class have sustained damages and, if so, what is the proper measure of damages.

164. Plaintiffs will rely in part upon the presumption of reliance established by the fraud-on-the-market doctrine in that, among other things: (a) during the Class Period, Defendants made public statements of material fact that were false, misleading, or were rendered misleading because of Defendants' failure to disclose material facts necessary to prevent such statement from being misleading; (b) as a result of the false and misleading statements and omissions of material fact, the Company's common stock traded at artificially inflated prices during the Class Period; (c) Plaintiffs and other members of the Class purchased or otherwise acquired the Company's common stock relying on the integrity of the market price of the Company's common stock and market information relating to the Company, and have been damaged thereby.

165. During the Class Period, the artificial inflation of the Company's common stock was caused by Defendants' material misrepresentations and omissions as described above, causing the damages sustained by Plaintiffs and the other members of the Class. Defendants' material misrepresentations and omissions created an unrealistically positive assessment of the Company and its business, operations, and prospects, causing the price of the Company's common stock to be artificially inflated at all relevant times, including when Plaintiffs and other members of the Class purchased the stock. When the truth hidden by these misrepresentations and omissions was disclosed, that disclosure negatively affected the value of the Company's common stock, dissipating the artificial inflation and damaging Plaintiffs and other members of the Class.

166. The market for the Company's common stock was an efficient market at all times during the Class Period for the following reasons, among others:

(a) Defendants made public misrepresentations or failed to disclose material facts during the Class Period;

(b) As a regulated issuer, the Company filed periodic public reports with the SEC;

(c) The Company regularly communicated with public investors by means of established market communication mechanisms, including through regular dissemination of Current Reports in their SEC filings;

(d) The Company's shares were liquid and traded with moderate to heavy volume during the Class Period. On average, approximately 333,000 shares of the Company's common stock, or roughly 2.0% of Flux Power's total shares outstanding, were traded weekly during the Class Period, permitting a strong presumption that its shares traded on an efficient market;

(e) During the Class Period, the Company's common stock met the requirements for listing, and was listed and traded on the NASDAQ, a highly efficient and automated market;

(f) The Company was covered by multiple securities analysts employed by brokerage firms who wrote reports about the Company, which were distributed to customers, made publicly available, and entered the public marketplace;

(g) The misrepresentations and omissions alleged would tend to induce a reasonable investor to misjudge the value of the Company's stock; and

(h) Unexpected material news about the Company was rapidly reflected in and incorporated into the Company's stock prices during the Class Period.

167. Based on the foregoing, the market for the Company's common stock promptly digested current information regarding the Company from all publicly available sources and

reflected such information in the prices of the Company's common stock shares. Under these circumstances, all purchasers of the Company's common stock during the Class Period suffered similar injury through their purchase of the Company's common stock at artificially inflated prices, and thus are entitled to a presumption of reliance.

168. A class action is superior to all other available methods for the fair and efficient adjudication of this controversy since joinder of all members is impracticable. Furthermore, as the damages suffered by individual Class members may be relatively small, the expense and burden of individual litigation make it impossible for members of the Class to individually redress the wrongs done to them. There will be no difficulty in the management of this action as a class action.

169. The prosecution of separate actions by individual members of the Class would create a risk of inconsistent or varying adjudication with respect to individual members of the Class that would establish incompatible standards of conduct for the party opposing the Class.

**COUNT I**

**Violations of Section 10(b) of the Exchange Act and Rule 10b-5 Promulgated Thereunder**
**(Against All Defendants)**

170. Plaintiffs repeat and reallege each and every allegation contained above as if fully set forth herein.

171. This Count is asserted against all Defendants and is based upon Section 10(b) of the Exchange Act, 15 U.S.C. § 78j(b), and Rule 10b-5 promulgated thereunder by the SEC.

172. During the Class Period, Defendants violated Section 10(b) of the Exchange Act and Rule 10b-5 in that they, individually and in concert, directly or indirectly, disseminated or approved the false and/or misleading statements specified above, which they knew or recklessly disregarded were false and/or misleading in that they contained misrepresentations and failed to disclose material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading.

173. Defendants acted with scienter in that they knew or recklessly disregarded that the public documents and statements issued or disseminated in the name of the Company were

materially false and misleading; knew or recklessly disregarded that such statements or documents would be issued or disseminated to the investing public; and knowingly and substantially participated, or acquiesced, in the issuance or dissemination of such statements or documents.

174. Dutt and Scheiwe, senior officers (and Dutt, the Chairman) of the Company, had actual knowledge of the material falsity and misleading nature of the statements set forth above, and intended to deceive Plaintiffs and other members of the Class, or, in the alternative, acted with reckless disregard for the truth when they failed to ascertain and disclose the true facts in the statements made by them, the Company, or other personnel of the Company, to members of the investing public, including Plaintiffs and Class.

175. As a result of the foregoing, the market price of the Company's common stock was artificially inflated during the Class Period. In ignorance of the falsity of Defendants' statements, Plaintiffs and members of the Class relied on the statements described above and/or the integrity of the market price of the Company's common stock during the Class Period in purchasing the Company's common stock at prices that were artificially inflated as a result of Defendants' false and misleading statements and omissions.

176. Had Plaintiffs and members of the Class been aware that the market price of the Company's common stock had been artificially inflated by Defendants' false and misleading statements and by the material adverse information which they did not disclose, they would not have purchased the Company's common stock at the artificially inflated prices that they did, or at all.

177. As a result of the wrongful conduct alleged herein, Plaintiffs and members of the Class have suffered damages in an amount to be established at trial.

178. By reason of the foregoing, Defendants have violated Section 10(b) of the Exchange Act and Rule 10b-5 promulgated thereunder and are liable to Plaintiffs and members of the Class for substantial damages which they suffered in connection with their purchases of the Company's common stock during the Class Period.

**COUNT II**
**Violations of Section 20(a) of the Exchange Act**
**(Against the Individual Defendants)**

179. Plaintiffs repeat and reallege each and every allegation contained in the foregoing paragraphs as if fully set forth herein.

180. During the Class Period, the Individual Defendants participated in the operation and management of the Company, and conducted and participated, directly and indirectly, in the conduct of the Company's business affairs. Because of their senior positions and the facts alleged above, they knew the adverse non-public information about the Company's false financial statements.

181. As officers of a publicly owned company, the Individual Defendants had a duty to disseminate accurate and truthful information with respect to the Company's' financial condition and results of operations, and to correct promptly any public statements issued by the Company which had become materially false or misleading.

182. Because of their positions of control and authority as senior officers, the Individual Defendants were able to, and did, control the contents of the various reports, press releases, and public filings which the Company disseminated in the marketplace during the Class Period. Throughout the Class Period, the Individual Defendants exercised their power and authority to cause the Company to engage in the wrongful acts complained of herein. The Individual Defendants therefore, were "controlling persons" of the Company within the meaning of Section 20(a) of the Exchange Act. In this capacity, they participated in the unlawful conduct alleged which artificially inflated the market price of the Company's common stock.

183. The Individual Defendants exercised control over the general operations of the Company and possessed the power to control the specific activities which comprise the primary violations about which Plaintiffs and the other members of the Class complain.

184. By reason of the above conduct, the Individual Defendants are liable pursuant to Section 20(a) of the Exchange Act for the violations committed by the Company.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiffs, on behalf of themselves and the Class, pray for judgment and relief as follows:

A. Determining and declaring that this action may be maintained as a class action under Rule 23 of the Civil Rules of Federal Procedure, certifying Plaintiffs as class representatives and Plaintiffs' counsel as class counsel;

B. Awarding damages in favor of Plaintiffs and the other Class members against all Defendants, jointly and severally, for all damages sustained as a result of Defendants' wrongdoing, in an amount to be proven at trial, including interest thereon;

C. Awarding Plaintiffs and the Class prejudgment and post-judgment interest and their reasonable costs and expenses incurred in prosecuting this action, including reasonable attorneys' fees and expert fees; and

D. Awarding Plaintiffs and other members of the Class such other and further relief as the Court may deem just and proper.

## JURY TRIAL DEMANDED

Plaintiffs hereby demand a trial by jury.

Dated: April 21, 2025

**THE ROSEN LAW FIRM, P.A.**

By: */s/Joshua Baker*
Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226 4684
Email: lrosen@rosenlegal.com

Phillip Kim (*pro hac vice*)
Joshua Baker (*pro hac vice*)
275 Madison Ave., 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827

Email: philkim@rosenlegal.com
Email: jbaker@rosenlegal.com

*Lead Counsel for Plaintiffs and the Class*

**BRAGAR EAGEL & SQUIRE, P.C.**
Melissa A. Fortunato (SBN 319767)
fortunato@bespc.com
Marion C. Passmore (SBN 228474)
passmore@bespc.com
515 South Flower Street, Suite 1800
Los Angeles, California 90071
Telephone: (213) 612-7735
Facsimile: (212) 214-0506

*Additional Counsel for Plaintiff Thomas Frank Clark*