# EXHIBIT 1

Patrick R. Leverty, Esq., NV Bar No. 8840
William R. Ginn, Esq., NV Bar No. 6989
**LEVERTY & ASSOCIATES LAW CHTD.**
Reno Gould House
832 Willow Street
Reno, NV 89502
Telephone: (775) 322-6636
Facsimile: (775) 322-3953
Email: pat@levertylaw.com

[Proposed] Liaison Counsel for Plaintiff and Class

(*additional counsel on signature page*)

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ASFA KASSAM, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FLUX POWER HOLDINGS, INC., RONALD F. DUTT, and CHARLES A. SCHEIWE,<br><br>Defendants. | Case No. 2:24-cv-02051-CDS-BNW<br><br>**NOTICE OF ERRATA**<br><br>**CLASS ACTION** |

   **PLEASE TAKE NOTICE** that Movant Brandon Paulson, through his counsel, respectfully submits this Notice of Errata. Due to an inadvertent clerical error, Exhibit 2 to Mr. Paulson's Motion for Appointment of Counsel and Lead Plaintiff, Dkt. No. 12-1, did not include Mr. Paulson's complete PSLRA certification. Mr. Paulson's complete PSLRA certification is filed herewith as Exhibit 1.

1

NOTICE OF ERRATA -- 2:24-cv-02051-CDS-BW

Dated: January 15, 2025

Respectfully submitted,

**LEVERTY & ASSOCIATES LAW CHTD.**

/s/ *William R. Ginn*
Patrick R. Leverty, Esq.
William R. Ginn, Esq.
832 Willow Street
Reno, NV 89502
Telephone: (775) 322-6636
Facsimile: (775) 322-3953
Email: pat@levertylaw.com
        bill@levertylaw.com
[Proposed] Liaison Counsel for Plaintiff and Class

**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq. (*pro hac vice*)
275 Madison Ave., 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: philkim@rosenlegal.com
[Proposed] Lead Counsel for Plaintiff and Class

### CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2025, a true and correct copy of the foregoing **NOTICE OF ERRATA** was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ *William R. Ginn*
[William R. Ginn]

# Exhibit 1

# Exhibit 1

## Certification and Authorization of Named Plaintiff Pursuant to Federal Securities Laws

The individual or institution listed below (the "Plaintiff") authorizes and, upon execution of the accompanying retainer agreement by The Rosen Law Firm P.A., retains The Rosen Law Firm P.A. to file an action under the federal securities laws to recover damages and to seek other relief against Flux Power Holdings, Inc. The Rosen Law Firm P.A. will prosecute the action on a contingent fee basis not to exceed one-third of the recovery and will advance all costs and expenses. All payments of fees and expenses shall be made only after Court review and approval. The Flux Power Holdings, Inc. Retention Agreement provided to the Plaintiff is incorporated by reference herein and is effective, upon execution and delivery by The Rosen Law Firm P.A.

**First Name:** Brandon
**Middle Initial:** P
**Last Name:** Paulson
**Mailing Address:**
**City:**
**State:**
**Zip Code:**
**Country:**
**Phone:**
**Email Address:**


Redacted

Plaintiff certifies that:

1. Plaintiff has reviewed a complaint and authorized its filing or the filing of an amended complaint.
2. Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.
3. Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.
4. Plaintiff represents and warrants that he/she/it is fully authorized to enter into and execute this certification.
5. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.
6. Plaintiff has made no transaction(s) during the Class Period in the debt or equity securities that are the subject of this action except those set forth below:

**Purchases:**
See attached  Schedule A

**Sales:**
See attached Schedule A

**I have not sought to serve as a representative party on behalf of a class under the federal securities laws during the last three years, except if set forth below.**

Not applicable

I declare and certify under penalty of perjury, under the laws of the United States of America, that the foregoing information is true and correct.

**YES**

By Signing below and submitting this certification form electronically, I intend to sign and execute this certification pursuant to California Civil Code Section 1633.1, et seq. - and the Uniform Electronic Transactions Act and retain the Rosen Law Firm, P.A. to proceed on Plaintiff's behalf, on a contingent fee basis.

**YES**

Date of signing: 12/10/2024 11:27:51 at Eastern Standard Time, USA

## SCHEDULE A

### BRANDON PAULSON TRANSACTIONS
### BETWEEN NOVEMBER 11, 2022, THROUGH SEPTEMBER 30, 2024

| PURCHASES | | |
|---|---|---|
| **Date Purchased** | **Shares** | **Price per Share** |
| 7/21/2023 | 34,979 | ($5.02) |
| 6/12/2024 | 376 | ($2.94) |

| SALES | | |
|---|---|---|
| **Date Purchased** | **Shares** | **Price per Share** |
| 4/19/2024 | 1,179 | $4.27 |