CAZ HASHEMI, State Bar No. 210239
chashemi@wsgr.com
BENJAMIN M. CROSSON, State Bar No. 247560
bcrosson@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA  94304-1050
Telephone:   (650) 493-9300
Facsimile:   (866) 974-7329

JESSICA L. SNORGRASS, State Bar No. 259962
jsnorgrass@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1900 Avenue of the Stars, 28th Floor
Los Angeles, CA 90067
Telephone: (424) 446-6900

*Attorneys for Defendants*
*Flux Power Holdings, Inc.*
*and Ronald F. Dutt*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASFA KASSAM, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> FLUX POWER HOLDINGS, INC., RONALD F. DUTT, and CHARLES A. SCHEIWE, <br><br> Defendants. | Case No. 3:25-cv-00113-JO-DDL <br><br> <u>CLASS ACTION</u> <br><br> **DEFENDANTS FLUX POWER HOLDINGS, INC. AND RONALD F. DUTT'S NOTICE OF MOTION AND MOTION TO DISMISS THE AMENDED COMPLAINT** <br><br> [Proposed Order submitted concurrently] <br><br> (Assigned to Judge Jinsook Ohta) <br><br> Date: July 17, 2025 <br> Time: 9:30 a.m. <br> Courtroom: 4C |

## <u>NOTICE OF MOTION AND MOTION</u>

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, on July 17, 2025 at 9:30 a.m., or as soon thereafter as this matter may be heard, in Courtroom 4C of the United States District Court for the Southern District of California, located at Edward J. Schwartz United States Courthouse, 221 West Broadway, San Diego, California, before the Honorable Jinsook Ohta, Defendants Flux Power Holdings, Inc. and Ronald F. Dutt (together "Defendants") will and do hereby move this Court to dismiss Plaintiffs' Amended Complaint, ECF No. 48 ("Amended Complaint"), pursuant to Federal Rules of Civil Procedure 8, 9(b), and 12(b)(6), and the Private Securities Litigation Reform Act of 1995, Pub. L. 104-67, 109 Stat. 737 (the "Motion").

The basis for this Motion is that Lead Plaintiff Brandon Paulson and named Plaintiff Thomas Frank Clark have failed to adequately plead claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934. Defendants base this Motion on this Notice, the accompanying Memorandum of Points and Authorities, the accompanying Declaration of Benjamin M. Crosson, and all other materials supporting the Motion and any reply filed in support thereof, and any such arguments and authorities as may be presented at or before the hearing.

Pursuant to Section II.A of this Court's Civil Chamber Rules, and as explained in the Declaration of Benjamin M. Crosson, this Motion is made following the conference of counsel, which took place on May 5, 2025 by telephone. Counsel were unable to resolve their differences with respect to the legal viability of Plaintiffs' Amended Complaint, thus necessitating the filing of this Motion.

Dated: May 12, 2025

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By:  s/ *Caz Hashemi*
Caz Hashemi (SBN 210239)
chashemi@wsgr.com
Benjamin M. Crosson (SBN 247560)
bcrosson@wsgr.com
650 Page Mill Road
Palo Alto, CA  94304-1050
Telephone:      (650) 493-9300
Facsimile:       (866) 974-7329

Jessica L. Snorgrass (SBN 259962)
jsnorgrass@wsgr.com
1900 Avenue of the Stars, 28th Floor
Los Angeles, CA 90067
Telephone: (424) 446-6900

*Attorneys for Defendants*
*Flux Power Holdings, Inc.*
*and Ronald F. Dutt*