CAZ HASHEMI, State Bar No. 210239
chashemi@wsgr.com
BENJAMIN M. CROSSON, State Bar No. 247560
bcrosson@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (866) 974-7329

JESSICA L. SNORGRASS, State Bar No. 259962
jsnorgrass@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1900 Avenue of the Stars, 28th Floor
Los Angeles, CA 90067
Telephone: (424) 446-6900

*Attorneys for Defendants*
*Flux Power Holdings, Inc.*
*and Ronald F. Dutt*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASFA KASSAM, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FLUX POWER HOLDINGS, INC., RONALD F. DUTT, and CHARLES A. SCHEIWE,<br><br>Defendants. | Case No. 3:25-cv-00113-JO-DDL<br><br>**DECLARATION OF BENJAMIN M. CROSSON IN SUPPORT OF DEFENDANTS FLUX POWER HOLDINGS, INC. AND RONALD F. DUTT'S MOTION TO DISMISS THE AMENDED COMPLAINT**<br><br>[Proposed Order submitted concurrently]<br><br>(Assigned to Judge Jinsook Ohta)<br><br>Date: July 17, 2025<br>Time: 9:30 a.m.<br>Courtroom: 4C<br><br>**PER CHAMBERS, NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

3:25-CV-00113-JO-DDL

I, Benjamin M. Crosson, declare as follows:

1.    I am a member of the law firm of Wilson Sonsini Goodrich & Rosati, P.C., counsel of record for Defendants Flux Power Holdings, Inc. and Ronald F. Dutt (together, "Defendants").  I have personal knowledge of, and if called as a witness would competently testify to, the matters stated herein.  This declaration is submitted in support of Defendants' Motion to Dismiss Plaintiffs' Amended Complaint (the "Amended Complaint"), filed concurrently herewith.

2.    Pursuant to Section II.A of this Court's Civil Chamber Rules, on May 5, 2025, lead counsel for Plaintiff, counsel for defendant Charles A. Scheiwe, and I met and conferred by telephone regarding Defendants' anticipated motion to dismiss.

3.    I informed Plaintiffs' counsel that Defendants intended to file a motion to dismiss pursuant to Federal Rules of Civil Procedure 8, 9(b), and 12(b)(6), and the Private Securities Litigation Reform Act of 1995, Pub. L. 104-67, 109 Stat. 737, because Defendants contend that the Amended Complaint suffers from pleading deficiencies that warrant its dismissal.  I explained that the Amended Complaint fails to state a claim, particularly due to lack of alleged facts adequately pleading scienter.  Plaintiffs' counsel disagreed.  The parties were unable to resolve these legal issues.

4.    Because the parties were unable to resolve their differences with respect to the legal viability of Plaintiffs' Amended Complaint, Defendants filed the present motion.

5.    Attached hereto as Exhibit 1 is a true and correct excerpted copy of Flux Power Holdings, Inc.'s fiscal year 2024 Form 10-K, filed with the SEC on January 29, 2025.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed in Palo Alto, California on this 12th day of May, 2025.

/s/ Benjamin M. Crosson

Benjamin M. Crosson
E-mail: bcrosson@wsgr.com

*Attorney for Defendants*
*Flux Power Holdings, Inc.*
*and Ronald F. Dutt*

DECL. OF B. CROSSON ISO DEFENDANTS FLUX POWER HOLDINGS, INC. AND RONALD F. DUTT'S MOTION TO DISMISS THE AMENDED COMPLAINT
-2-
3:25-CV-00113-JO-DDL

## EXHIBITS TO CROSSON DECLARATION
## TABLE OF CONTENTS

| Exhibit Number | Description | Page(s) |
|---|---|---|
| 1 | Form 10-K for the fiscal year ended June 30, 2024, filed with the Securities and Exchange Commission on January 29, 2025 | 1-4 |

# EXHIBIT 1

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

# FORM 10-K

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15 (d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the fiscal year ended June 30, 2024**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15 (d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**Commission File Number: 001-31543**

# FLUX POWER HOLDINGS, INC.
(Exact name of registrant as specified in its charter)

| **Nevada** | **92-3550089** |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification Number) |
| **2685 S. Melrose Drive, Vista, California** | **92081** |
| (Address of principal executive offices) | (Zip Code) |

**877-505-3589**
(Registrant's telephone number, including area code)

Securities registered pursuant to Section 12(b) of the Act:

| **Title of Each Class** | **Trading Symbol(s)** | **Name of each exchange on which registered** |
|---|---|---|
| Common Stock, par value $0.001 per share | FLUX | Nasdaq Capital Market |

Securities registered pursuant to Section 12(g) of the Act**: None**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.
Yes ☐ No ☒

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.
Yes ☐ No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the issuer was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.
Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer", "smaller reporting company" and "emerging growth company" in Rule 12b-2 of the Exchange Act. (Check one):

| Large accelerated filer | ☐ | Accelerated filer | ☐ |
|---|---|---|---|
| Non-accelerated filer | ☒ | Smaller reporting company | ☒ |
| Emerging growth company ☐ | | | |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C. 7262(b)) by the registered public accounting firm that prepared or issued its audit report. ☐

If securities are registered pursuant to Section 12(b) of the Act, indicate by check mark whether the financial statements of the registrant included in the filing reflect the correction of an error to previously issued financial statements. ☒

Indicate by check mark whether any of those error corrections are restatements that required a recovery analysis of incentive-based compensation received by any of the registrant's executive officers during the relevant recovery period pursuant to §240.10D-1(b). ☒

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).
Yes ☐ No ☒

The aggregate market value of voting and non-voting common stock held by non-affiliates of the registrant as of December 31, 2023 (the last business day of the registrant's most recently completed second fiscal quarter) was approximately $49,716,000.

# 1
# EXHIBIT 1

As of January 3, 2025, there were 16,682,465 shares of registrant's common stock outstanding.

**Documents incorporated by reference:** None.

2
**EXHIBIT 1**

**FLUX POWER HOLDINGS, INC.**

**FORM 10-K ANNUAL REPORT**
**For the Fiscal Year Ended June 30, 2024**

**Table of Contents**

**PART I**

| | | |
|---|---|---|
| ITEM 1. | BUSINESS | 5 |
| ITEM 1A. | RISK FACTORS | 13 |
| ITEM 1B. | UNRESOLVED STAFF COMMENTS | 23 |
| ITEM 1C. | CYBERSECURITY | 23 |
| ITEM 2. | PROPERTIES | 24 |
| ITEM 3. | LEGAL PROCEEDINGS | 24 |
| ITEM 4. | MINE SAFETY DISCLOSURES | 24 |

**PART II**

| | | |
|---|---|---|
| ITEM 5. | MARKET FOR REGISTRANT'S COMMON EQUITY, RELATED STOCKHOLDER MATTERS AND ISSUER PURCHASES OF EQUITY SECURITIES | 25 |
| ITEM 6. | RESERVED | 25 |
| ITEM 7. | MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS | 26 |
| ITEM 7A. | QUANTITATIVE AND QUALITATIVE DISCLOSURES ABOUT MARKET RISK | 37 |
| ITEM 8. | FINANCIAL STATEMENTS AND SUPPLEMENTARY DATA | 37 |
| ITEM 9. | CHANGES IN AND DISAGREEMENTS WITH ACCOUNTANTS ON ACCOUNTING AND FINANCIAL DISCLOSURE | 37 |
| ITEM 9A | CONTROLS AND PROCEDURES | 37 |
| ITEM 9B. | OTHER INFORMATION | 38 |
| ITEM 9C. | DISCLOSURE REGARDING FOREIGN JURISDICTION THAT PREVENTS INSPECTIONS | 38 |

**PART III**

| | | |
|---|---|---|
| ITEM 10. | DIRECTORS, EXECUTIVE OFFICERS AND CORPORATE GOVERNANCE | 39 |
| ITEM 11. | EXECUTIVE COMPENSATION | 45 |
| ITEM 12. | SECURITY OWNERSHIP OF CERTAIN BENEFICIAL OWNERS AND MANAGEMENT AND RELATED STOCKHOLDER MATTERS | 55 |
| ITEM 13. | CERTAIN RELATIONSHIPS AND RELATED TRANSACTIONS AND DIRECTOR INDEPENDENCE | 56 |
| ITEM 14. | PRINCIPAL ACCOUNTANT FEES AND SERVICES | 57 |

**PART IV**

| | | |
|---|---|---|
| ITEM 15. | EXHIBITS AND FINANCIAL STATEMENT SCHEDULES | 58 |
| ITEM 16. | FORM 10-K SUMMARY | 60 |

| | | |
|---|---|---|
| SIGNATURES | | 61 |

| | | |
|---|---|---|
| FINANCIAL STATEMENTS | | F-1 |

1

**3**
**EXHIBIT 1**

Table of Contents

PART III

**ITEM 10 - DIRECTORS, EXECUTIVE OFFICERS AND CORPORATE GOVERNANCE**

The following table and text set forth the names and ages of our current directors, executive officers and significant employees as of January 3, 2025. Our Board of Directors is comprised of only one class. All of the directors will serve until the next annual meeting of stockholders or until their successors are elected and qualified, or until their earlier death, retirement, resignation or removal. There are no family relationships among any of the directors and executive officers. From time to time, our directors have received compensation in the form of cash and equity grant for their services on the Board.

| Name | Age | Position |
| --- | --- | --- |
| Ronald F. Dutt | 77 | Director, Chief Executive Officer and President |
| Kevin S. Royal | 60 | Chief Financial Officer and Secretary |
| Jeffrey C. Mason [5] | 54 | Vice President of Operations |
| Michael Johnson | 76 | Director |
| Lisa Walters-Hoffert [1] [2] | 66 | Director |
| Dale T. Robinette [1] [3] | 60 | Director |
| Mark F. Leposky [1] [4] | 60 | Director |

[1]  Independent Director.
[2]  Chairperson of the Audit Committee, Member of the Compensation Committee and the Nominating and Governance Committee.
[3]  Lead Independent Director, Chairperson of the Compensation Committee, Member of the Audit Committee and the Nominating and Governance Committee.
[4]  Chairperson of the Nominating and Governance Committee, Member of the Audit Committee and the Compensation Committee. Mr. Leposky was elected to the Board on April 18, 2024.
[5]  On November 7, 2022, Mr. Mason's position was expanded to include additional Company authority and delegation.
[6]  Mr. Royal was appointed as Chief Financial Officer and Secretary effective March 4, 2024.

There are no arrangements or understandings between our directors and executive officers and any other person pursuant to which any director or officer was or is to be selected as a director or officer.

*Business Experience*

**Ronald F. Dutt**, **Chairman, Chief Executive Officer, President, and Director**. Mr. Dutt has been our chief executive officer, former interim chief financial officer and director since March 19, 2014. He became our chairman on June 28, 2019. On September 19, 2017, he was also appointed as our president, chief financial officer and corporate secretary. He resigned as chief financial officer and corporate secretary as of December 16, 2018. Previously, he was our chief financial officer since December 7, 2012, and our interim chief executive officer since June 28, 2013. Mr. Dutt has served as the Company's interim corporate secretary since June 28, 2013. Prior to Flux Power, Mr. Dutt provided chief financial officer and chief operating officer consulting services during 2008 through 2012. In this capacity Mr. Dutt provided financial consulting, including strategic business modeling and managed operations. Prior to 2008, Mr. Dutt served in several capacities as executive vice president, chief financial officer and treasurer for various public and private companies including SOLA International, Directed Electronics, Fritz Companies, DHL Americas, Aptera Motors, Inc., and Visa International. Mr. Dutt holds an MBA in Finance from University of Washington and an undergraduate degree in Chemistry from the University of North Carolina. Additionally, Mr. Dutt served in the United States Navy and received an honorable discharge as a Lieutenant. Based on Mr. Dutt's past experience as executive vice president, chief financial officer and treasurer for various public and private companies, the Company believes Mr. Dutt is qualified to be on the Board.

**4**
**EXHIBIT 1**