Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Lead Counsel for Plaintiffs*

[*Additional Counsel on Signature Page*]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASFA KASSAM, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FLUX POWER HOLDINGS, INC., RONALD F. DUTT, and CHARLES A. SCHEIWE,<br><br>Defendants. | No. 3:25-cv-113-JO-DDL<br><br>**PLAINTIFFS' NOTICE OF UNOPPOSED MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br><u>CLASS ACTION</u><br><br>Date: October 23, 2025<br>Time: 9:30 a.m.<br>Courtroom: 4C<br>Judge: Hon. Jinsook Ohta |

1

Lead Plaintiff Brandon Paulson and named Plaintiff Thomas Frank Clark (collectively, "Plaintiffs"), individually and on behalf of the proposed Settlement Class, hereby submit this Unopposed Motion for Preliminary Approval of Class Action Settlement.[1]

PLEASE TAKE NOTICE that on October 23, 2025, or such date as determined by the Court, in Courtroom 4C of the United States District Court for the Southern District of California, Edward J. Schwartz United States Courthouse, 221 West Broadway, San Diego, CA 92101, Plaintiffs will and hereby do move the Court for an order: (i) preliminarily certifying the Settlement Class for settlement purposes, appointing Plaintiffs as class representatives, and appointing Lead Counsel The Rosen Law Firm, P.A. as class counsel; (ii) preliminarily approving the proposed Settlement; (iii) approving the Parties' proposed form and method of notifying the Settlement Class of the Action and the proposed Settlement and directing that such notice be disseminated to the Settlement Class; (iv) setting deadlines for Settlement Class members to exercise their rights in connection with the proposed Settlement; and (v) setting a date for a hearing to determine (a) whether the proposed Settlement provided for in the Stipulation is fair, reasonable, and adequate to the Settlement Class and should be finally approved by the Court; (b) certifying the Settlement Class; (c) Lead Counsel's application for an award of attorneys' fees and reimbursement of expenses and awards to Plaintiffs. This motion is based upon the Memorandum of Points and Authorities in Support of Plaintiffs' Unopposed Motion for Preliminary Approval, the Stipulation and exhibits thereto, all records and papers on file in this action, and any argument offered at a hearing on this motion.

---

[1] Unless otherwise defined, all capitalized terms herein have the same meanings as set forth in the Stipulation of Settlement dated August 27, 2025 ("Stipulation"), filed concurrently herewith.

2

NOTICE OF UNOPPOSED MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; Case No. 3:25-cv-113-JO-DDL

      Plaintiffs make this motion following the conference of counsel pursuant to the Court's Civil Chambers Rules §II(A), during which Defendants' counsel advised that Defendants do not oppose this motion.

                                          Respectfully submitted,

Dated: August 28, 2025             **THE ROSEN LAW FIRM, P.A.**

                                          By: */s/Joshua Baker*
                                          Laurence M. Rosen (SBN 219683)
                                          355 South Grand Avenue, Suite 2450
                                          Los Angeles, CA 90071
                                          Telephone: (213) 785-2610
                                          Facsimile: (213) 226 4684
                                          Email: lrosen@rosenlegal.com

                                          Phillip Kim (*pro hac vice*)
                                          Joshua Baker (*pro hac vice*)
                                          275 Madison Ave., 40th Floor
                                          New York, NY 10016
                                          Telephone: (212) 686-1060
                                          Facsimile: (212) 202-3827
                                          Email: philkim@rosenlegal.com
                                          Email: jbaker@rosenlegal.com

                                          *Lead Counsel for Plaintiffs and the Settlement Class*

                                          **BRAGAR EAGEL & SQUIRE, P.C.**
                                          Melissa A. Fortunato (SBN 319767)
                                          fortunato@bespc.com
                                          Marion C. Passmore (SBN 228474)
                                          passmore@bespc.com
                                          515 South Flower Street, Suite 1800
                                          Los Angeles, California 90071
                                          Telephone: (213) 612-7735
                                          Facsimile: (212) 214-0506

*Additional Counsel for Plaintiff
Thomas Frank Clark*

NOTICE OF UNOPPOSED MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; Case No. 3:25-cv-113-JO-DDL