Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Lead Counsel for Plaintiffs*

[*Additional Counsel on Signature Page*]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASFA KASSAM, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FLUX POWER HOLDINGS, INC., RONALD F. DUTT, and CHARLES A. SCHEIWE,<br><br>Defendants. | No. 3:25-cv-113-JO-DDL<br><br>**NOTICE OF NON-OPPOSITION TO MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br><u>CLASS ACTION</u><br><br>Date: October 23, 2025<br>Time: 9:30 a.m.<br>Courtroom: 4C<br>Judge: Hon. Jinsook Ohta |

1

NOTICE OF NON-OPPOSITION TO MOTION FOR PRELIMINARY APPROVAL OF
CLASS ACTION SETTLEMENT; 3:25-cv-113-JO-DDL

Lead Plaintiff Brandon Paulson and named Plaintiff Thomas Frank Clark (together, "Plaintiffs") submit this notice of non-opposition to Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (Dkt. No. 60, "Motion"). Plaintiffs filed the Motion on August 28, 2025. Pursuant to this Court's Civil Chambers Rules § II(C), the deadline to oppose the Motion was September 18, 2025. No opposition has been filed. Pursuant to Local Civil Rule 7.1(d)(1), the Court may decide the Motion without oral argument. Subject to the Court's approval, Plaintiffs waive oral argument on their unopposed Motion.

The Court should grant the unopposed Motion to allow Plaintiffs to promptly issue notice of the proposed Settlement to potential Settlement Class Members, so that the Settlement can proceed to the final approval stage. At the final approval stage, the Court will schedule and hold a hearing, upon further submissions by Plaintiffs, Lead Counsel, and any potential objectors, to determine whether the Settlement is fair, reasonable, and adequate. Courts in this District routinely grant similar unopposed motions for preliminary approval expeditiously and without a hearing. *E.g.*, *Khoja v. Orexigen Therapeutics, Inc.*, No. 3:15-cv-00540-JLS-AGS (S.D. Cal. Apr. 22, 2021) (Dkt. No. 147) ("The Court finds this matter appropriate for decision without oral argument and vacates the hearing and takes the matter under submission pursuant to Civil Local Rule 7.1(d)(1)."); *In re Immune Response Sec. Litig.*, No. 3:01-cv-01237-J-WMC (S.D. Cal. Mar. 14, 2007) (Dkt. No. 148) (similar); *In re Wireless Facilities, Inc. Sec. Litig. II*, No. 3:07-cv-00482-NLS (S.D. Cal. Aug. 26, 2008) (Dkt. No. 40) (similar); *Baker v. Seaworld Entm't, Inc.*, No. 3:14-cv-02129-MMA-AGS (S.D. Cal. Feb. 19, 2020) (Dkt. No. 518) (granting preliminary approval without hearing); *In re Regulus Therapeutics,, Inc. Sec. Litig.*, No. 3:17-cv-00182-BTM-RBB (S.D. Cal. May 27, 2020) (Dkt. No. 43) (same).

NOTICE OF NON-OPPOSITION TO MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; 3:25-cv-113-JO-DDL

Accordingly, Plaintiffs respectfully request that the Court sign and enter the [Proposed] Order Granting Plaintiffs' Motion for Preliminary Approval of Class Action Settlement (Dkt. No. 60-1 at 38).

Respectfully submitted,

Dated: September 19, 2025

**THE ROSEN LAW FIRM, P.A.**

By: */s/Joshua Baker*
Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226 4684
Email: lrosen@rosenlegal.com

Phillip Kim (*pro hac vice*)
Joshua Baker (*pro hac vice*)
275 Madison Ave., 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: philkim@rosenlegal.com
Email: jbaker@rosenlegal.com

*Lead Counsel for Plaintiffs and the Settlement Class*

**BRAGAR EAGEL & SQUIRE, P.C.**
Melissa A. Fortunato (SBN 319767)
fortunato@bespc.com
Marion C. Passmore (SBN 228474)
passmore@bespc.com
515 South Flower Street, Suite 1800
Los Angeles, California 90071
Telephone: (213) 612-7735
Facsimile: (212) 214-0506

3

NOTICE OF NON-OPPOSITION TO MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; 3:25-cv-113-JO-DDL

*Additional Counsel for Plaintiff*
*Thomas Frank Clark*

NOTICE OF NON-OPPOSITION TO MOTION FOR PRELIMINARY APPROVAL OF
CLASS ACTION SETTLEMENT; 3:25-cv-113-JO-DDL