# EXHIBIT 5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASFA KASSAM, Individually and on behalf of all others similarly situated, | No. 3:25-cv-113-JO-DDL |
| Plaintiff, | CLASS ACTION |
| v. | Hon. Jinsook Ohta |
| FLUX POWER HOLDINGS, INC., RONALD F. DUTT, and CHARLES A. SCHEIWE, | |
| Defendants. | |

**<u>DECLARATION OF THOMAS FRANK CLARK</u>**

1

I, Thomas Frank Clark, declare as follows:

1.      I am a named Plaintiff in the above-captioned securities class action ("Action").[1] I submit this declaration in support of: (i) Plaintiffs' motion for final approval of the proposed Settlement and approval of the Plan of Allocation; and (ii) Lead Counsel's motion for an award of attorneys' fees and reimbursement of expenses, including approval of my request to recover the reasonable costs and expenses I incurred in connection with my representation of the Settlement Class in the prosecution of this Action.

2.      I have personal knowledge of the facts described herein and I could and would testify to those facts if called to do so. I intend nothing in this Declaration to constitute a waiver, either general or specific, of the attorney-client privilege.

**My Efforts in Overseeing the Litigation**

3.      I am aware of and understand the requirements and responsibilities of a representative plaintiff in a securities class action, including those set forth in the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4. I have worked closely with my counsel regarding the litigation and resolution of this case.

4.      Throughout the litigation, I have been in regular contact with and received periodic updates from my attorneys on the progress of this Action, including meaningful updates concerning major milestones in the case. I participated in discussions concerning the prosecution of the Action, the strengths and potential risks of the claims, and potential settlement. In particular, throughout the course of this Action, I: (a) regularly communicated with my attorneys regarding the status of the litigation and key events in the case; (b) compiled and produced

[1] All capitalized terms not otherwise defined herein shall have the same meanings ascribed to them in the Stipulation of Settlement dated August 27, 2025 (Dkt. No. 60-1) ("Stipulation").

DECLARATION OF THOMAS FRANK CLARK; Case No. 3:25-cv-113-JO-DDL

my trading records to my attorneys; (c) moved to be appointed Lead Plaintiff in this Action; (d) received and reviewed significant pleadings filed in the Action; (e) reviewed the Court's orders and discussed them with my attorneys; (f) consulted with my attorneys concerning the mediation; (g) consulted with counsel regarding settlement negotiations; (h) evaluated the Settlement Amount, conferred with counsel, and ultimately approved the Settlement; and (i) communicated with counsel regarding the process of finalizing the Settlement.

5.      In short, I have done my best to vigorously promote the interests of the Settlement Class and to obtain the largest recovery possible under the circumstances.

**Approval of the Settlement**

6.      I support the Settlement of this Action for $1,750,000. As detailed in the paragraphs above, through my active participation I was both well-informed of the status and progress of the litigation, and the status and progress of the settlement negotiations in this Action.

7.      Based on my involvement in the prosecution and resolution of the claims asserted in the Action, I believe that the proposed Settlement provides a fair, reasonable, and adequate recovery for the Settlement Class, particularly considering the risks and potential delay and expense of continued litigation, and I fully endorse approval of the Settlement by the Court.

**Lead Counsel's Application For an Award of Attorneys' Fees, Reimbursement of Expenses, and Award to Plaintiffs**

8.      I believe Lead Counsel's request for an award of attorneys' fees in the amount of one-third of the Settlement Fund is fair and reasonable considering the work Lead Counsel performed on behalf of the Settlement Class.

9.      I have evaluated Lead Counsel's fee request by considering the quality and amount of the work performed, the recovery obtained for the Settlement Class, and the risks Lead Counsel bore in prosecuting this Action on behalf of myself and

DECLARATION OF THOMAS FRANK CLARK; Case No. 3:25-cv-113-JO-DDL

the Settlement Class on a fully contingent basis, which included the fronting of all expenses. I have authorized this fee request for the Court's ultimate determination. My attorneys, in working with Lead Counsel, guided me, presenting me with facts, understandable legal analysis, and options for proceeding. In turn, I based my decisions in the action on my attorneys' comprehensive explanations that prepared me to represent the Settlement Class zealously and effectively. I am generally aware of the hours that my attorneys have contributed to the Settlement Class without immediate compensation. I understand that my attorneys and Lead Counsel have worked hard and effectively to achieve this Settlement.

10. I further believe that the litigation expenses for which Plaintiffs' Counsel have requested reimbursement are reasonable and represent costs and expenses necessary for the prosecution and resolution of the claims in the Action. Based on the foregoing, and consistent with my obligation to the Settlement Class to obtain the best result at the most efficient cost, I fully support Lead Counsel's motion for an award of attorneys' fees and reimbursement of litigation expenses.

11. I understand that reimbursement of a class representative's reasonable costs and expenses is authorized under the PSLRA, 15 U.S.C. § 78u-4(a)(4). I respectfully request reimbursement for the time that I dedicated to this case directly relating to my representation of the Settlement Class.

12. Over more than a year of litigation I devoted significant time to representing the Settlement Class as a named Plaintiff and a putative Class Representative in this Action, time that I otherwise would have spent at my job, investing, or on other activities, and thus represented a cost to me. I work as a Vice President of a material handling company. I estimate that my hourly rate is equivalent to approximately \$925/hour. I estimate that I spent approximately 10.5 hours overseeing the prosecution of this Action. I respectfully request an award of \$7,500 as compensation for the time I devoted to serving as a named Plaintiff on

4

DECLARATION OF THOMAS FRANK CLARK; Case No. 3:25-cv-113-JO-DDL

behalf of the Settlement Class. I believe that this is a fair and reasonable compensation request for the time and effort I devoted to this litigation, which was necessary to help achieve an excellent result for the Settlement Class.

13.    In conclusion, I strongly endorse the Settlement as a fair, reasonable, and adequate result for the Settlement Class. I respectfully request that the Court approve: (a) the Settlement and Plan of Allocation; (b) Lead Counsel's application for attorneys' fees and reimbursement of expenses; and (c) my request for reimbursement pursuant to the PSLRA.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Dated: February ___, 2026

Thomas Delek (Feb 27, 2026 14:13:57 CST)
~~Thomas Frank Clark~~

DECLARATION OF THOMAS FRANK CLARK; Case No. 3:25-cv-113-JO-DDL