Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Lead Counsel for Plaintiffs*

[*Additional Counsel on Signature Page*]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASFA KASSAM, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FLUX POWER HOLDINGS, INC., RONALD F. DUTT, and CHARLES A. SCHEIWE,<br><br>Defendants. | No. 3:25-cv-113-JO-DDL<br><br>**LEAD COUNSEL'S NOTICE OF MOTION AND MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND AWARDS TO PLAINTIFFS**<br><br>CLASS ACTION<br><br>Date: April 2, 2026<br>Time: 9:30 a.m.<br>Courtroom: 4C<br>Judge: Hon. Jinsook Ohta |

1

MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF
EXPENSES, AND AWARDS TO PLAINTIFFS; Case No. 3:25-cv-113-JO-DDL

PLEASE TAKE NOTICE that, pursuant to the Court's Order dated December 10, 2025 (Dkt. No. 68), on April 2, 2026, at 9:30 a.m., or such date as determined by the Court, before the Honorable Jinsook Ohta, in Courtroom 4C of the United States District Court for the Southern District of California, Edward J. Schwartz United States Courthouse, 221 West Broadway, San Diego, CA 92101, Lead Counsel, The Rosen Law Firm, P.A., will and hereby do move the Court for entry of an order awarding attorneys' fees in the amount of one third of the Settlement Amount, reimbursement of litigation expenses of $65,904.07, and awards to Plaintiffs of $7,500 each, or $15,000 total.[1]

This motion is based upon the accompanying Memorandum of Points and Authorities in Support of Lead Counsel's Motion for An Award of Attorneys' Fees, Reimbursement of Expenses, and Awards to Plaintiffs, the Declaration of Joshua Baker in support of: (1) Plaintiffs' Motion for Final Approval of Proposed Class Action Settlement and Plan of Allocation; and (2) Lead Counsel's Motion for an Award of Attorneys' Fees, Reimbursement of Expenses, and Awards to Plaintiffs, all of the documents and exhibits in support thereof, all records and papers on file in this action, and any further evidence and argument as may be presented at the hearing. Plaintiffs will submit a proposed order with their reply papers, after the deadline for objections has passed.

Plaintiffs make this motion following the conference of counsel pursuant to the Court's Civil Chambers Rules §II(A), during which Defendants' counsel advised that Defendants take no position with respect to this motion.

---

[1] All capitalized terms, unless otherwise defined herein, have the meanings set forth in the Stipulation of Settlement dated August 27, 2025 ("Stipulation"; Dkt. No. 60-1).

MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND AWARDS TO PLAINTIFFS; Case No. 3:25-cv-113-JO-DDL

Respectfully submitted,

Dated: March 5, 2026

**THE ROSEN LAW FIRM, P.A.**

By: */s/Joshua Baker*
Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226 4684
Email: lrosen@rosenlegal.com

Phillip Kim (*pro hac vice*)
Joshua Baker (*pro hac vice*)
275 Madison Ave., 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: philkim@rosenlegal.com
Email: jbaker@rosenlegal.com

*Lead Counsel for Plaintiffs and the Settlement Class*

**BRAGAR EAGEL & SQUIRE, P.C.**
Melissa A. Fortunato (SBN 319767)
fortunato@bespc.com
Marion C. Passmore (SBN 228474)
passmore@bespc.com
515 South Flower Street, Suite 1800
Los Angeles, California 90071
Telephone: (213) 612-7735
Facsimile: (212) 214-0506

*Additional Counsel for Plaintiff Thomas Frank Clark*

3