# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

ASFA KASSAM, Individually and on behalf of all others similarly situated,

Plaintiff,

v.

FLUX POWER HOLDINGS, INC., RONALD F. DUTT, and CHARLES A. SCHEIWE,

Defendants.

Case No. 3:25-cv-113-JO-DDL

Hon. Jinsook Ohta

CLASS ACTION

**SUPPLEMENTAL DECLARATION OF MARGERY CRAIG CONCERNING: (A) MAILING OF THE POSTCARD NOTICE AND EMAILING OF LONG NOTICE AND PROOF OF CLAIM; (B) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS; AND (C) CLAIMS RECEIVED TO DATE**

1

I, Margery Craig, declare as follows:

1.      I am a Project Manager at Strategic Claims Services ("SCS"), a nationally recognized class action administration firm.  I have over nineteen years of experience specializing in the administration of class action cases.  SCS was established in April 1999 and has administered over five hundred and seventy-five (575) class action cases since its inception.  I have personal knowledge of the facts set forth herein, and if called on to do so, I could and would testify competently thereto.

2.      Pursuant to the Court's Order Granting Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, dated December 10, 2025 (Dkt. No. 68, the "Preliminary Approval Order"), SCS was appointed and approved as the Claims Administrator to supervise and administer the notice procedure as well as the processing of claims in connection with the above-captioned Action.[1]

3.      I submit this as a supplement to my previously filed Declaration of Margery Craig Concerning: (A) Mailing of the Postcard Notice and Emailing of Long Notice and Proof of Claim; (B) Publication of the Summary Notice; (C) Report on Requests for Exclusion and Objections; and (D) Claims Received to Date, dated March 5, 2026 (Dkt. No. 70-3, the "Initial Mailing Declaration"), to provide the Court

---

[1] All capitalized terms used herein that are not otherwise defined have the meanings ascribed to them in the Stipulation of Settlement, filed August 27, 2025 (Dkt. No. 60-1, the "Stipulation").

2

SUPPLEMENTAL DECLARATION OF MARGERY CRAIG
Case No. 3:25-cv-113-JO-DDL

and the Parties with updated information regarding the notifications to potential Settlement Class Members, as well as updates concerning other aspects of the Settlement administration process.

**UPDATE ON MAILING OF POSTCARD NOTICE AND EMAILING OF LINKS TO LONG NOTICE AND PROOF OF CLAIM**

4.    As noted in the Initial Mailing Declaration, SCS had mailed or emailed 2,463 letters to the Nominee Account Holders and Institutional Groups contained on SCS's master mailing list, and 6,326 Postcard Notices had been mailed and 12,655[2] emails with the link to the Long Notice and Proof of Claim were sent to potential Settlement Class Members or nominees to inform them of the Settlement, for a total of 18,981 combined Postcard Notices and email notices sent.  Out of the 12,655 links to the Long Notice and Proof of Claim that were emailed, 429 bounced back to SCS as undeliverable.  A Postcard Notice was then mailed to each of these 429 potential Settlement Class Members at the mailing address that SCS had been provided.

5.    Since the Initial Declaration, no additional Postcard Notices have been requested and no additional links to the Long Notice and Proof of Claim on the Settlement webpage have been requested or emailed.

---

[2] As noted in the Initial Mailing Declaration, SCS received two requests from potential Settlement Class Members for the Long Notice and Proof of Claim to be mailed to them.  SCS immediately mailed the Long Notice and Proof of Claim to the potential Settlement Class Members.  Since the Initial Declaration, no additional copies of the Long Notice and Proof of Claim have been requested.

3

SUPPLEMENTAL DECLARATION OF MARGERY CRAIG
Case No. 3:25-cv-113-JO-DDL

## UPDATE ON TOLL-FREE PHONE LINE

6.      The Initial Mailing Declaration noted that SCS maintains a toll-free telephone number (1-866-274-4004) for Settlement Class Members to call and obtain information about the Settlement and/or also request a Long Notice and Proof of Claim to be mailed to them.  SCS continues to promptly respond to each telephone inquiry and will continue to respond to Settlement Class Member inquiries via the toll-free telephone line.

## UPDATE ON SETTLEMENT WEBSITE

7.      As noted in the Initial Mailing Declaration, on December 23, 2025, SCS established a webpage for this Settlement on its website at www.strategicclaims.net/flux. The webpage is accessible 24 hours a day, 7 days a week. The webpage contains the current status; the case deadlines; the online claim filing link; and the important case documents including the Long Notice and Proof of Claim, the Preliminary Approval Order, and the Stipulation with exhibits; and documents for Representative Filers, including the letter sent to nominees, the electronic filing instructions, and the electronic filing template. SCS will continue to maintain and update the Settlement webpage with relevant case information through the administration process.  To date, the webpage has received 2,110 views from 831 unique users.

SUPPLEMENTAL DECLARATION OF MARGERY CRAIG
Case No. 3:25-cv-113-JO-DDL

## **UPDATE ON REPORT ON EXCLUSIONS AND OBJECTIONS**

8.      The Postcard Notice, Long Notice, Summary Notice, and Settlement webpage informed potential Settlement Class Members that written requests for exclusion were to be mailed to SCS such that they were received no later than March 12, 2026. SCS has been monitoring all mail delivered for this case. Since the Initial Mailing Declaration, SCS has received one request for exclusion. A copy of this request for exclusion, with personal information redacted, is attached as **Exhibit A** hereto.

9.      According to the Long Notice, Postcard Notice, and Summary Notice, Settlement Class Members seeking to object to the Settlement, any part of the Settlement, the Plan of Allocation, Lead Counsel's motion for attorneys' fees and expenses or application for an award to Plaintiff, and/or who think the Court should not approve the Settlement, must be submitted to Lead Counsel and counsel for Defendants, as well as filed with the Clerk of the Court, no later than March 12, 2026. As of the date of this declaration, SCS has not received any objections, nor has SCS been notified that any objections were submitted.

## **UPDATE ON CLAIMS RECEIVED TO DATE**

10.      The Postcard Notice, Long Notice, Summary Notice, and Settlement webpage informed Settlement Class Members that the deadline for claims submission was March 3, 2026.

5

SUPPLEMENTAL DECLARATION OF MARGERY CRAIG
Case No. 3:25-cv-113-JO-DDL

11. Below is a preliminary estimate of the total recognized losses to date, calculated pursuant to the Plan of Allocation. The numbers below will be adjusted following SCS's efforts to notify claimants about deficiencies and conditions of ineligibility and SCS's quality assurance procedure, which are currently in process.

| Claims Status | Number of claims | Dollar Amount of Recognized Losses | Shares |
|---|---|---|---|
| Valid | 1,158 | $ 2,602,987.25 | 3,412,402 |
| Deficient Claims with limited proof | 21 | $ 33,318.43 | 43,679 |
| Rejected (no losses/gains/wrong market) | 2,287 | n/a | n/a |
| | 3,466 | $2,636,305.68 | 3,456,081 |

12. The claims received to date are subject to further review, analysis, and quality control measures. Many of the claims received to date contain deficiencies (such as inadequate or no supporting documentation), which will be addressed during the normal course of the administration. Claims that do not meet the submission requirements after being given an opportunity to cure deficiencies may ultimately be rejected.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 26th day of March 2026, in Media, Pennsylvania.



Margery Craig

6

SUPPLEMENTAL DECLARATION OF MARGERY CRAIG
Case No. 3:25-cv-113-JO-DDL

Margery Craig

| | |
|---|---|
| **From:** | Claims Analyst |
| **Sent:** | Thursday, March 12, 2026 11:21 AM |
| **To:** | Margery Craig |
| **Subject:** | FW: Exclusion from Flux [#943676] |
| **Attachments:** | FLUX- STMT_12312025_XXXXXW43_RetirementEdge.pdf; FLUX_STMT_2023-0929_XXXXXW43_RetirementEdge.pdf; FLUX_STMT_03312025_XXXXXW43_RetirementEdge.pdf |

**From:**
**Sent:** Tuesday, March 10, 2026 11:35 PM
**To:** Claims Analyst <info@strategicclaims.net>
**Subject:** Re: Exclusion from Flux [#943676]

Hello,

My name is                      and I am requesting to be excluded from the Settlement Class in Kassam v. Flux Power Holdings, Inc., et al., Case No. 3:25-cv-113 (S.D. Cal.).

1.  My current address is:




    Ph:

    E:


2.  I bought 100 shares of Flux Power Holdings, Inc (FLUX) on August 10, 2023, at 5.0700 per share, for a total price transaction of $507. I currently still hold all 100 of those shares.


3.  On November 15, 2021 I owned 0 shares of FLUX, and at the close of trading on February 14, 2025 I owned 100 shares as stated above.


Thank you for this attention in this matter.
Please respond with confirmation of my request.

Thanks,

1



**MERRILL**
A BANK OF AMERICA COMPANY

Online at: www.merrilledge.com      Account Number:      24-Hour Assistance: (877) 653-4732

MLPF& S CUST FPO

Access Code:

Net Portfolio Value:      $3,881.95

Your Merrill Office:
Merrill EDGE
FL9-802-03-05
P.O. BOX 40486
JACKSONVILLE, FL 32203

# ■ RETIREMENT ACCOUNT

This account is enrolled in the Merrill Edge Self-Directed Service      *July 01, 2023 - September 29, 2023*

|  | This Statement | Year to Date |
|---|---|---|
| Opening Value (07/01) | $4,208.27 |  |
| Total Credits | 4.48 | 4.68 |
| Total Debits | - | - |
| Securities You Transferred In/Out | - | - |
| Market Gains/(Losses) | (330.80) | (330.80) |
| Closing Value (09/29) | $3,881.95 |  |

| ASSETS | September 29 | June 30 |
|---|---|---|
| Cash/Money Accounts | 2,322.80 | 4,208.27 |
| Fixed Income | - | - |
| Equities | 1,559.15 | - |
| Mutual Funds | - | - |
| Options | - | - |
| Other/Annuities/Insurance | - | - |
| *Subtotal (Long Portfolio)* | *3,881.95* | *4,208.27* |
| TOTAL ASSETS | $3,881.95 | $4,208.27 |

| LIABILITIES | | |
|---|---|---|
| Debit Balance | - | - |
| TOTAL LIABILITIES | - | - |
| NET PORTFOLIO VALUE | $3,881.95 | $4,208.27 |

*Merrill Lynch, Pierce, Fenner & Smith Incorporated (also referred to as "MLPF&S" or "Merrill") makes available certain investment products sponsored, managed, distributed or provided by companies that are affiliates of Bank of America Corporation (BofA Corp). MLPF&S is a registered broker-dealer, Member SIPC and a wholly owned subsidiary of BofA Corp.*
Investment products:    Are Not FDIC Insured    Are Not Bank Guaranteed    May Lose Value

FBO

Account Number:

24-Hour Assistance:  (877) 653-4732
Access Code:

# RETIREMENT ACCOUNT

July 01, 2023 - September 29, 2023

## CASH FLOW

| | This Statement | Year to Date |
|---|---|---|
| Opening Cash/Money Accounts | $4,208.27 | |
| **CREDITS** | | |
| Funds Received | - | - |
| Electronic Transfers | - | - |
| Other Credits | - | - |
| *Subtotal* | - | - |
| | | |
| **DEBITS** | | |
| Electronic Transfers | - | - |
| Other Debits | - | - |
| Advisory and other fees | - | - |
| *Subtotal* | - | - |
| **Net Cash Flow** | - | - |

## OTHER TRANSACTIONS

| | | |
|---|---|---|
| Dividends/Interest Income | 4.48 | 4.68 |
| Security Purchases/Debits | (1,889.95) | (1,889.95) |
| Security Sales/Credits | - | - |
| Closing Cash/Money Accounts | $2,322.80 | |

## ASSET ALLOCATION*

\* Estimated Accrued Interest not included; may not reflect all holdings; does not include asset categories less than 1%.



| | Allocation |
|---|---|
| Cash/Money Accounts | 59.84% |
| Equities | 40.16% |
| TOTAL | 100% |

## DOCUMENT PREFERENCES THIS PERIOD

| | Mail | Online Delivery |
|---|---|---|
| Statements | | X |
| Performance Reports | | X |
| Trade Confirms | | X |
| Shareholders Communication | | X |
| Prospectus | | X |
| Service Notices | | X |
| Tax Statements | | X |

+

012

*2 of 7*


**MERRILL**
A BANK OF AMERICA COMPANY

FBO                                    Account Number:

## *YOUR RETIREMENT ACCOUNT ASSETS*                        July 01, 2023 - September 29, 2023

| CASH/MONEY ACCOUNTS Description | Quantity | Total Cost Basis | Estimated Market Price | Estimated Market Value | Estimated Annual Income | Est. Annual Yield% |
|---|---|---|---|---|---|---|
| CASH | 4.40 | 4.40 | | 4.40 | | |
| ✢BANK OF AMERICA, NA RASP | 2,318.40 | 2,318.40 | 1.0000 | 2,318.40 | | .01 |
| ✢*FDIC INSURED NOT SIPC COVERED* | | | | | | |
| TOTAL | | 2,322.80 | | 2,322.80 | | .01 |

| EQUITIES Description | Symbol | Quantity | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| AMERICAN HOMES 4 RENT | AMH | 20.0000 | 730.40 | 33.6900 | 673.80 | (56.60) | 18 |
| *CURRENT YIELD 2.612%* | | | | | | | |
| FLUX PWR HOLDINGS INC | FLUX | 100.0000 | 507.00 | 3.4400 | 344.00 | (163.00) | |
| INVITATION HOMES INC | INVH | 15.0000 | 521.55 | 31.6900 | 475.35 | (46.20) | 16 |
| *CURRENT YIELD 3.281%* | | | | | | | |
| WT05 27NUSCALE POWER | SMRWS | 100.0000 | 131.00 | 0.6600 | 66.00 | (65.00) | |
| *USD* | | | | | | | |
| TOTAL    YIELD 2.18% | | | 1,889.95 | | 1,559.15 | (330.80) | 34 |

Equity Cost Basis details are available on the Statements and Documents page of www.merrilledge.com.

| RESEARCH RATINGS Security | Symbol | | Morningstar | | CFRA |
|---|---|---|---|---|---|
| AMERICAN HOMES 4 RENT | AMH | | No Coverage | | Hold |
| INVITATION HOMES INC | INVH | | Buy | | Hold |

THIRD PARTY RESEARCH

Third party research on the equity securities of certain companies is available to clients for informational purposes. Clients can access this research at www.merrilledge.com or can call 877-653-4732 to request that a copy be sent to them. Please note that the third party research rating is not necessarily equivalent to, or derived using the same methodology as, the BofAML Research ratings or the ratings of other third party research providers.

| LONG PORTFOLIO | Adjusted/Total Cost Basis | Estimated Market/ Contract Value | Unrealized Gain/(Loss) | Estimated Accrued Interest | Estimated Annual Income |
|---|---|---|---|---|---|
| TOTAL    YIELD .88% | 4,212.75 | 3,881.95 | (330.80) | | 34 |

+

FBO

Account Number:

## YOUR RETIREMENT ACCOUNT TRANSACTIONS

July 01, 2023 - September 29, 2023

### DIVIDENDS / INTEREST INCOME TRANSACTIONS

| Date | Description | Transaction Type | Quantity | Income | Income Year To Date |
|---|---|---|---|---|---|
| **Tax-Exempt Interest** | | | | | |
| 07/31 | BANK OF AMERICA, NA RASP | Interest | .0300 | | |
| | 0.03000 DIV/INT REINVEST PAY DATE 07/28/2023 FROM 06-30 THRU 07-28 CUSIP NUM: 55499U915 | | | | |
| 08/31 | BANK OF AMERICA, NA RASP | Interest | .0300 | | |
| | 0.03000 DIV/INT REINVEST PAY DATE 08/30/2023 FROM 07-31 THRU 08-30 CUSIP NUM: 55499U915 | | | | |
| 09/29 | BANK OF AMERICA, NA RASP | Interest | .0200 | | |
| | 0.02000 DIV/INT REINVEST PAY DATE 09/28/2023 FROM 08-31 THRU 09-28 CUSIP NUM: 55499U915 | | | | |
| | BANK OF AMERICA, NA RASP | Income Total | | .08 | |
| | *Subtotal (Tax-Exempt Interest)* | | | .08 | .28 |
| **Tax-Exempt Dividends** | | | | | |
| 09/29 | AMERICAN HOMES 4 RENT | * Dividend | | 4.40 | |
| | HOLDING 20.0000 PAY DATE 09/29/2023 | | | | |
| | *Subtotal (Tax-Exempt Dividends)* | | | 4.40 | 4.40 |
| | NET TOTAL | | | 4.48 | 4.68 |

### SECURITY TRANSACTIONS

| Settlement Date | Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/(Paid) |
|---|---|---|---|---|---|---|---|
| **Purchases** | | | | | | | |
| 08/10 | AMERICAN HOMES 4 RENT | Purchase | 20.0000 | (730.40) | | (730.40) | |
| | CUS NO 02665T306 UNIT PRICE 36.5200 | | | | | | |
| 08/10 | FLUX PWR HOLDINGS INC | Purchase | 100.0000 | (507.00) | | (507.00) | |
| | CUS NO 344057302 UNIT PRICE 5.0700 | | | | | | |
| 08/10 | INVITATION HOMES INC | Purchase | 15.0000 | (521.55) | | (521.55) | |
| | CUS NO 46187W107 UNIT PRICE 34.7700 | | | | | | |
| 08/10 | WT05 27NUSCALE POWER | Purchase | 100.0000 | (131.00) | | (131.00) | |
| | USD CUS NO 67079K118 UNIT PRICE 1.3100 | | | | | | |
| | *Subtotal (Purchases)* | | | (1,889.95) | | (1,889.95) | |

+


**MERRILL**
A BANK OF AMERICA COMPANY

FBO                                                                 Account Number:

## *YOUR RETIREMENT ACCOUNT TRANSACTIONS*

July 01, 2023 - September 29, 2023

SECURITY TRANSACTIONS   (continued)

| Settlement Date | Description | Transaction Type | Quantity | Transaction Amount | Commissions/ Trading Fees | (Debit)/ Credit | Accrued Interest Earned/(Paid) |
|---|---|---|---|---|---|---|---|
| Purchases | | | | | | | |
| | TOTAL | | | (1,889.95) | | (1,889.95) | |
| | TOTAL SECURITY PURCHASES / (DEBITS) | | | | | (1,889.95) | |
| | TOTAL SECURITY SALES / CREDITS | | | | | | |

SWEEP PROGRAM TRANSACTIONS

| Date | Transaction Type | Quantity | Description | Debit | Credit |
|---|---|---|---|---|---|
| 08/10 | Withdrawal | -1,889.9500 | BANK OF AMERICA, NA RASP FRAC SELL .95 @ 1.00 | | 1,889.95 |
| | NET TOTAL | | | | 1,889.95 |

## *YOUR RETIREMENT ACCOUNT CONTRIBUTIONS AND DISTRIBUTIONS*

Year-End Plan Value as of December 31, 2022: $4,208.07                Contributions after December 31, 2022 for 2022: $.00

| Contributions | Tax Year 2023 | Tax Year 2022 |
|---|---|---|
| Total Rollover Deposits | $.00 | $4,207.90 |

If you own London Interbank Offered Rate (LIBOR) linked financial products, the cessation of LIBOR and the transition from LIBOR to alternative reference rates such as SOFR or BSBY, may have significant impacts to those financial products, including impacts to their liquidity, value and potential performance.  Additional information is available at www.ml.com/articles/benchmark-interest-rate-reform.html

+

This page intentionally left blank



## Customer Service

Please promptly report any inaccuracy, discrepancy, and/or concern by calling Wealth Management Client Support at (800-MERRILL) within ten (10) business days after delivery of or communication of the account statement. You should re-confirm any oral communications in writing to protect your rights.

## About Us

You may review our financial statement at our offices: Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S or ML), One Bryant Park, New York, New York 10036. If you request a copy of our financial statement, we will mail it to you.

We act as a market maker, dealer, block positioner or arbitrageur in certain securities. These activities may put us or one of our affiliates on the opposite side of transactions we execute for you and potentially result in trading profits for us or our affiliates.

BofA Merrill Lynch Research is research produced by MLPF&S and/or one or more of its affiliates. Third party research ratings from selected vendors are provided, if available, for your information. Our providing these research ratings is not a solicitation or recommendation of any particular security. MLPF&S and its affiliates are not responsible for any third party research and have no liability for such research. You are responsible for any trading decision you make based upon third party research ratings and reports.

MLPF&S may make available to you certain securities and other investment products that are sponsored, managed, distributed or provided by companies that are affiliates of Bank of America Corporation (BAC) or in which BAC has a substantial economic interest.

Merrill and Merrill Edge are the marketing name for two businesses: Merrill Advisory Center ™, which offers team-based advice and guidance brokerage services; and a self-directed online investing platform. Both are made available through MLPF&S.

Bank of America Merrill Lynch is the marketing name for the global banking and global markets businesses of BAC. Lending, derivatives, and other commercial banking activities are performed globally by banking affiliates of BAC, including Bank of America, N.A., member Federal Deposit Insurance Corporation (FDIC). Securities, strategic advisory, and other investment banking activities are performed globally by investment banking affiliates of BAC ("Investment Banking Affiliates"), including, in the United States, MLPF&S and Merrill Lynch Professional Clearing Corp., all of which are registered broker dealers and members of Financial Industry Regulatory Authority (FINRA) and

Securities Investor Protection Corporation (SIPC), and, in other jurisdictions, locally registered entities.

Investment products offered by Investment Banking Affiliates, including MLPF&S, ARE NOT FDIC INSURED, ARE NOT BANK GUARANTEED AND MAY LOSE VALUE.

## Additional Information

We will route your equity and option orders to market centers consistent with our duty of best execution.

Except for certain custodial accounts, we hold bonds and preferred stocks in bulk segregation. If there is a partial call for those securities, securities will be randomly selected from those held in bulk. The probability of your holdings being selected is proportional to the total number of customer holdings of that particular security that we hold.

This statement serves as a confirmation of certain transactions during the period permitted to be reported periodically. Additional information, including the time of execution for any trade, is available upon written request.

In accordance with applicable law, rules and regulations, your free credit balance is not segregated and we can use these funds in our business. Your free credit balance is the amount of funds payable upon your demand. You have the right to receive, in the normal course of business, any free credit balance and any fully paid securities to which you are entitled, subject to any obligations you owe in any of your accounts.

For clients enrolled in a sweep program, the balance in any bank deposit account or shares of any money market mutual fund in which you have a beneficial interest can be withdrawn or liquidated on your order and the proceeds returned to your securities account or remitted to you.

You will have the right to vote full shares and we may solicit voting instructions concerning these full shares in your account. Voting shares in your account will be governed by the then current rules and policies of FINRA and the Securities Exchange Commission or other applicable exchanges or regulatory bodies.

All transactions are subject to the constitution, rules, regulations, customs, usages, rulings and interpretations of the exchange or market, and its clearinghouse, if any, where the transactions are executed, and if not executed on any exchange, FINRA.

You may obtain an investor brochure that includes information describing the FINRA Regulation Public Disclosure Program ("Program"). To obtain a brochure or more information about the Program or your broker contact the FINRA Regulation Public Disclosure Program Hotline at (800)289-9999 or access the FINRA website

at www.finra.org

We receive a fee from ISA® banks of up to 2% per annum of the average daily balances. We receive a fee from our affiliated banks of up to $100 per annum for each account that sweeps balances to the banks under the RASP ℠ and ML bank deposit programs. We also receive a fee from Bank of America, N.A. based on the average daily Preferred Deposit ® and Preferred Deposit for Business ® balances.

## Options Customers

For all customers, including those who own options, please promptly advise us of any material change in your investment objectives or financial condition. Individual options commission charges have been included in your confirmation. You may request a summary of this information.

## Margin Customers

If this statement is for a margin account, it is a combined statement of your margin account and special memorandum account maintained for you pursuant to applicable regulations. The permanent record of the separate account, as required by Regulation T, is available for your inspection upon request. You should retain this statement for use with your next statement to calculate interest charges, if any, for the period covered by this statement. The interest charge period will parallel the statement period, except that interest due for the final day of the statement period will be carried over and appear on your next statement.

## Coverage for your Account

The Securities Investor Protection Corporation (SIPC) and our excess-SIPC insurance policy do not cover commodities futures contracts, fixed annuity contracts, hedge funds, private equity funds, commodity pools and other investment contracts (such as limited partnerships) that are not registered with the US Securities Exchange Commission, precious metals, other assets that are not securities, as defined by SIPC, and assets that are not held at MLPF&S, such as cash on deposit at Bank of America, N.A. or Bank of America California, N.A. (Merrill Lynch affiliated banks) or other depository institutions. Those bank deposits are protected by the FDIC up to applicable limits. MLPF&S is not a bank. Unless otherwise disclosed, INVESTMENTS THROUGH MLPF&S ARE NOT FDIC INSURED, ARE NOT BANK GUARANTEED AND MAY LOSE VALUE. To obtain information about SIPC, including the SIPC Brochure, contact SIPC at http://www.sipc.org or (202)371-8300.

## Fixed Income Securities

Values on your statement generally are based on estimates obtained from various sources and in certain cases only from affiliates. These values assume standard market conditions, are not firm bids or offers and may vary from prices achieved in actual transactions, especially for thinly traded securities. These values are generally for transactions of $1 million or more, which often reflect more favorable pricing than transactions in smaller amounts. You may pay more than these values if you purchase smaller amounts of securities, or receive less if you sell smaller amounts of securities.

## Prices and Valuations

While we believe our pricing information to be reliable, we cannot guarantee its accuracy. Pricing information provided for certain thinly traded securities may be stale.

Values on your statement generally are based on estimates obtained from various sources and in certain cases only from affiliates.

Investments such as direct participation program securities (e.g., partnerships, limited liability companies, and real estate trusts which are not listed on any exchange), and alternative investments (e.g. commodity pools, private equity funds, private debt funds, and hedge funds) are generally illiquid investments. No formal trading market exists for these securities and their current values will likely be different from the purchase price. Unless otherwise indicated, and except for certain alternative investment funds sponsored by affiliates of MLPF&S, the value shown on this statement for an investment in these securities has been provided by the management, administrator or sponsor of each program or a third-party vendor, in each case without independent verification by MLPF&S. The values shown may not reflect actual market value or be realized upon a sale. If an estimated value is not provided, accurate valuation information is not available.

## Cost Data/Realized Capital Gains & Losses

Cost Data and Realized Capital Gains/Losses are provided in this statement for informational purposes only. Please review for accuracy. Merrill Lynch is not responsible for omitted or restated data. Please consult your tax advisor to determine the tax consequences of your securities transactions. Your statement is not an official accounting of gains/losses. Please refer to your records, trade confirmations, and your Consolidated Tax Reporting Statement (Form 1099).

+

## Insurance Policies and Annuity Contracts

Information is based on data from the issuing insurer. We are not responsible for the calculation of policy/contract values. Insurance policies and annuity contracts are generally not held in your MLPF&S account. If we, as custodian or trustee, hold an annuity contract that is a security, SIPC and excess-SIPC coverage apply.

## Estimated Annual Income and Current Yield

Estimated Annual Income and Current Yield for certain types of securities could include a return of principal or capital gains in which case the Estimated Annual Income and Current Yield would be overstated. Estimated Annual Income and Current Yield are estimates and the actual income and yield might be lower or higher than the estimated amounts. Current Yield is based upon Estimated Annual Income and the current price of the security and will fluctuate.

## Market-Linked Investments (MLI)

MLIs are debt securities or Certificates of Deposit linked to an underlying reference asset. They are reflected on your statement by their underlying reference asset – equities (e.g., stocks, ETFs, equity indices), alternative investments (e.g., commodities, currencies), or fixed income (e.g., interest rates). This classification method illustrates your asset allocation.

## Symbols and Abbreviations

| | |
|---|---|
| ⌑ | Interest reported to the IRS |
| ■ | Gross Proceeds reported to the IRS |
| * | Dividends reported to the IRS |
| : | Transactions reported to the IRS |
| OCC | Options Clearing Corporation |
| # | Transaction you requested same day payment. Prior day's dividend retained to offset cost of advancing payment on your behalf |
| N/A | Price, value and/or cost data not available |
| N/C | Not-Calculated |
| N/N | Non-negotiable securities |
| N/O | Securities registered in your name |
| N/O CUST | Non-negotiable securities registered in the name of the custodian |
| ↑↓ | Indicates that BofA Merrill Lynch Research has upgraded (↑) or downgraded (↓) its fundamental equity opinion on a security. |

012



Online at: www.merrilledge.com

MLPF& S CUST FPO

Account Number:

24-Hour Assistance: (877) 653-4732
Access Code:

Net Portfolio Value: $7,567.81

Your Merrill Office:
Merrill EDGE
FL9-802-03-05
P.O. BOX 40486
JACKSONVILLE, FL 32203

# ■ RETIREMENT ACCOUNT

This account is enrolled in the Merrill Edge Self-Directed Service

January 01, 2025 - March 31, 2025

| | This Statement | Year to Date |
|---|---|---|
| **Opening Value** (01/01) | $7,325.79 | |
| Total Credits | 12.72 | 8.37 |
| Total Debits | - | - |
| Securities You Transferred In/Out | - | - |
| Market Gains/(Losses) | 229.30 | 229.30 |
| **Closing Value** (03/31) | $7,567.81 | |

## ASSETS

| | March 31 | December 31 |
|---|---|---|
| Cash/Money Accounts | 1,948.91 | 1,936.19 |
| Fixed Income | - | - |
| Equities | 1,450.95 | 1,385.95 |
| Mutual Funds | 4,167.95 | 4,003.65 |
| Options | - | - |
| Other/Annuities/Insurance | - | - |
| *Subtotal (Long Portfolio)* | *7,567.81* | *7,325.79* |
| TOTAL ASSETS | $7,567.81 | $7,325.79 |

## LIABILITIES

| | | |
|---|---|---|
| Debit Balance | - | - |
| TOTAL LIABILITIES | - | - |
| NET PORTFOLIO VALUE | $7,567.81 | $7,325.79 |

*Merrill Lynch, Pierce, Fenner & Smith Incorporated (also referred to as "MLPF&S" or "Merrill") makes available certain investment products sponsored, managed, distributed or provided by companies that are affiliates of Bank of America Corporation (BofA Corp). MLPF&S is a registered broker-dealer, Member SIPC and a wholly owned subsidiary of BofA Corp.*

+ Investment products: | Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value |



**MERRILL**
A BANK OF AMERICA COMPANY

Online at: www.merrilledge.com

Account Number:

24-Hour Assistance: (877) 653-4732

Access Code:

MLPF& S CUST FPO

| Net Portfolio Value: | $7,589.65 |
|---|---|

Your Merrill Office:
Merrill EDGE
FL9-802-03-05
P.O. BOX 40486
JACKSONVILLE, FL 32203

# ■ RETIREMENT ACCOUNT

This account is enrolled in the Merrill Edge Self-Directed Service

November 29, 2025 - December 31, 2025

| | This Statement | Year to Date |
|---|---|---|
| **Opening Value** (11/29) | $7,641.44 | |
| Total Credits | 62.74 | 220.32 |
| Total Debits | - | - |
| Securities You Transferred In/Out | - | - |
| Market Gains/(Losses) | (114.53) | 39.19 |
| **Closing Value** (12/31) | $7,589.65 | |

## ASSETS

| | December 31 | November 28 |
|---|---|---|
| Cash/Money Accounts | 551.41 | 545.35 |
| Fixed Income | - | - |
| Equities | 1,196.02 | 1,243.64 |
| Mutual Funds | 5,842.22 | 5,852.45 |
| Options | - | - |
| Other/Annuities/Insurance | - | - |
| *Subtotal (Long Portfolio)* | 7,589.65 | 7,641.44 |
| TOTAL ASSETS | $7,589.65 | $7,641.44 |

## LIABILITIES

| | | |
|---|---|---|
| Debit Balance | - | - |
| TOTAL LIABILITIES | - | - |
| NET PORTFOLIO VALUE | $7,589.65 | $7,641.44 |

*Merrill Lynch, Pierce, Fenner & Smith Incorporated (also referred to as "MLPF&S" or "Merrill") makes available certain investment products sponsored, managed, distributed or provided by companies that are affiliates of Bank of America Corporation (BofA Corp). MLPF&S is a registered broker-dealer, Member SIPC and a wholly owned subsidiary of BofA Corp.*

Investment products: | Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value |


**MERRILL**
A BANK OF AMERICA COMPANY

FBO

Account Number:

## YOUR RETIREMENT ACCOUNT ASSETS

November 29, 2025 - December 31, 2025

| CASH / MONEY ACCOUNTS Description | Quantity | Total Cost Basis | Estimated Market Price | Estimated Market Value | Estimated Annual Income | Est. Annual Yield% |
|---|---|---|---|---|---|---|
| CASH | 6.06 | 6.06 | | 6.06 | | |
| ⊹BANK OF AMERICA, NA RASP | 545.35 | 545.35 | 1.0000 | 545.35 | | .01 |
| ⊹FDIC INSURED NOT SIPC COVERED | | | | | | |
| TOTAL | | 551.41 | | 551.41 | | .01 |

| EQUITIES Description | Symbol | Quantity | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| AMERICAN HOMES 4 RENT | AMH | 20.1853 | 736.40 | 32.1000 | 647.95 | (88.45) | 25 |
| CURRENT YIELD 3.738% | | | | | | | |
| FLUX PWR HOLDINGS INC | FLUX | 100.0000 | 507.00 | 1.2700 | 127.00 | (380.00) | |
| INVITATION HOMES INC | INVH | 15.1520 | 525.90 | 27.7900 | 421.07 | (104.83) | 19 |
| CURRENT YIELD 4.318% | | | | | | | |
| TOTAL YIELD 3.68% | | | 1,769.30 | | 1,196.02 | (573.28) | 44 |

Equity Cost Basis details are available on the Statements and Documents page of www.merrilledge.com.

### RESEARCH RATINGS

| Security | Symbol | Morningstar | CFRA |
|---|---|---|---|
| AMERICAN HOMES 4 RENT | AMH | No Coverage | Hold |
| INVITATION HOMES INC | INVH | Buy | Hold |

### THIRD PARTY RESEARCH

Third party research on the equity securities of certain companies is available to clients for informational purposes. Clients can access this research at www.merrilledge.com or can call 877-653-4732 to request that a copy be sent to them. Please note that the third party research rating is not necessarily equivalent to, or derived using the same methodology as, the BofAML Research ratings or the ratings of other third party research providers.

| MUTUAL FUNDS / CLOSED END FUNDS / UITs / ETPs Description | Quantity | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Total Client Investment | Cumulative Investment Return ($) | Estimated Annual Income |
|---|---|---|---|---|---|---|---|---|
| ISHARES MSCI ACWI ETF | 11.0969 | 1,431.93 | 141.4900 | 1,570.10 | 138.17 | 1,418 | 151 | 25 |
| CURRENT YIELD 1.552% SYMBOL: ACWI Initial Purchase: 07/16/25 Equity 100% | | | | | | | | |
| SCHWAB U.S. TIPS ETF | 161.2726 | 4,160.75 | 26.4900 | 4,272.12 | 111.37 | 3,993 | 278 | 174 |

+



FBO                                      Account Number:

## *YOUR RETIREMENT ACCOUNT ASSETS*                          January 01, 2025 - March 31, 2025

| CASH/MONEY ACCOUNTS Description | Quantity | Total Cost Basis | Estimated Market Price | Estimated Market Value | Estimated Annual Income | Est. Annual Yield% |
|---|---|---|---|---|---|---|
| CASH | 6.00 | 6.00 | | 6.00 | | |
| ╬BANK OF AMERICA, NA RASP | 1,942.91 | 1,942.91 | 1.0000 | 1,942.91 | | .01 |
| ╬*FDIC INSURED NOT SIPC COVERED* | | | | | | |
| TOTAL | | 1,948.91 | | 1,948.91 | | .01 |

| EQUITIES Description | Symbol | Quantity | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Annual Income |
|---|---|---|---|---|---|---|---|
| AMERICAN HOMES 4 RENT | AMH | 20.0000 | 730.40 | 37.8100 | 756.20 | 25.80 | 24 |
| *CURRENT YIELD  3.173%* | | | | | | | |
| FLUX PWR HOLDINGS INC | FLUX | 100.0000 | 507.00 | 1.7200 | 172.00 | (335.00) | |
| INVITATION HOMES INC | INVH | 15.0000 | 521.55 | 34.8500 | 522.75 | 1.20 | 18 |
| *CURRENT YIELD  3.328%* | | | | | | | |
| TOTAL     YIELD 2.89% | | | 1,758.95 | | 1,450.95 | (308.00) | 42 |

Equity Cost Basis details are available on the Statements and Documents page of www.merrilledge.com.

RESEARCH RATINGS

| Security | Symbol | Morningstar | CFRA |
|---|---|---|---|
| AMERICAN HOMES 4 RENT | AMH | No Coverage | Hold |
| INVITATION HOMES INC | INVH | Buy | Hold |

THIRD PARTY RESEARCH
Third party research on the equity securities of certain companies is available to clients for informational purposes. Clients can access this research at www.merrilledge.com or can call 877-653-4732 to request that a copy be sent to them. Please note that the third party research rating is not necessarily equivalent to, or derived using the same methodology as, the BofAML Research ratings or the ratings of other third party research providers.

| MUTUAL FUNDS/CLOSED END FUNDS/UITs/ETPs Description | Quantity | Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Total Client Investment | Cumulative Investment Return ($) | Estimated Annual Income |
|---|---|---|---|---|---|---|---|---|
| SCHWAB U.S. TIPS ETF | 155.0000 | 3,993.58 | 26.8900 | 4,167.95 | 174.37 | 3,993 | 174 | 122 |
| *CURRENT YIELD  2.926%  SYMBOL: SCHP  Initial Purchase: 12/27/24  Fixed Income 100%* | | | | | | | | |
| Subtotal (Fixed Income) | | | | 4,167.95 | | | | |

+