UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASFA KASSAM, Individually and on behalf of all others similarly situated, | No. 3:25-cv-113-JO-DDL |
| Plaintiff, | CLASS ACTION |
| v. | Hon. Jinsook Ohta |
| FLUX POWER HOLDINGS, INC., RONALD F. DUTT, and CHARLES A. SCHEIWE, | |
| Defendants. | |

**[PROPOSED] ORDER AWARDING ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND AWARD TO PLAINTIFFS**

WHEREAS, the Court has granted final approval of the Settlement of the above-referenced class action;

WHEREAS, capitalized terms used herein having the meanings defined in the Stipulation of Settlement, dated August 27, 2025 ("Stipulation") (Dkt. No. 60-1);

WHEREAS, Lead Counsel have petitioned the Court for an award of attorneys' fees in compensation for services Plaintiffs' Counsel provided to Plaintiffs and the Settlement Class, reimbursement of expenses incurred in connection with prosecuting this action, and an award to Plaintiffs, to be paid out of the Settlement Fund established pursuant to the Settlement;

[PROPOSED] ORDER AWARDING ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND AWARD TO PLAINTIFFS

WHEREAS, notice of Lead Counsel's anticipated requests for an award of attorneys' fees, reimbursement of expenses, and award to Plaintiffs was given to all Settlement Class Members who could be identified with reasonable effort. The form and method of notifying the Settlement Class satisfied the requirements of Rule 23 of the Federal Rules of Civil Procedure, due process, and all other applicable law and rules, constituted the best notice practicable under the circumstances, and constituted due and sufficient notice to all persons and entities entitled thereto; and

WHEREAS, the Court has reviewed the fee application and the supporting materials filed therewith, and due consideration having been had thereon.

NOW, THEREFORE, it is hereby ordered:

1.    Lead Counsel are awarded attorneys' fees of one-third of the Settlement Amount, or $583,333.33, together with a proportionate share of the interest earned on the fund at the same rate as earned by the balance of the fund from the date of the establishment of the fund to the date of payment, which amount the Court finds to be fair and reasonable. Lead Counsel shall allocate the attorneys' fees awarded amongst Plaintiffs' Counsel in a manner which they, in good faith, believe reflects the contributions of such counsel to the institution, prosecution and settlement of the Action.

2.    Plaintiffs' Counsel are awarded reimbursement of expenses in the total amount of $65,904.07, with interest as described above.

3.    Plaintiffs shall be awarded $7,500 each, as reimbursement for their lost time and expenses in connection with their representation of the Settlement Class in the prosecution of this Action.

4.    Except as otherwise provided herein, the attorneys' fees, reimbursement of expenses, and award to Plaintiffs shall be paid in the manner and procedure provided for in the Stipulation.

[PROPOSED] ORDER AWARDING ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND AWARD TO PLAINTIFFS

5.     Any appeal or any challenge affecting this Court's approval regarding any attorneys' fees and expense application shall in no way disturb or affect the finality of the Judgment.

6.     Exclusive jurisdiction is hereby retained over the parties and the Settlement Class Members for all matters relating to this Action, including the administration, interpretation, effectuation or enforcement of the Stipulation and this Order.

7.     In the event that the Settlement is terminated or the Effective Date of the Settlement otherwise fails to occur, this Order shall be rendered null and void to the extent provided by the Stipulation.

8.     There is no just reason for delay in the entry of this Order, and immediate entry by the Clerk of the Court is expressly directed.

**IT IS SO ORDERED.**

Dated: __4/7/__, 2026

_____
HON. JINSOOK OHTA
UNITED STATES DISTRICT JUDGE

3

[PROPOSED] ORDER AWARDING ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND AWARD TO PLAINTIFFS